1  **BECK REDDEN LLP**
2  Russell S. Post (admitted pro hac vice)
   *rpost@beckredden.com*
3  1221 McKinney, Suite 4500
4  Houston, Texas 77010
   Telephone: (713) 951-3700
5  Facsimile: (713) 951-3720
6  *Counsel for Defendant Richard Finger*

7

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11 INTERNATIONAL MEDICAL         Case No. 2:20-cv-03503-CBM (RAOx)
   DEVICES, INC.; et al.,
12                               **DEFENDANT RICHARD FINGER'S**
                                 **NOTICE OF APPEAL**
13            Plaintiffs,
                                 Judge:    Hon. Consuelo B. Marshall
14       v.
15 ROBERT CORNELL, MD, an
   individual; et al.,           Date:  March 17, 2025
16
17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL
OF RECORD:**

Notice is hereby given that Defendant Richard Finger ("Finger") hereby

appeals to the United States Court of Appeals for the Federal Circuit. Finger appeals

from the Amended Final Judgment entered in this case on May 30, 2024 (ECF 708);

all prior interlocutory orders that merged into the final judgment; the Order Denying

Defendants' Motion for Amended or Additional Findings, and to Alter or Amend

(ECF 766); and the Order Denying Defendants' Renewed Motion for Judgment as a

Matter of Law and Motion for New Trial (ECF 765), including the In Chambers

Order Re: Plaintiffs' *Ex Parte* Application for Leave to File Response to Plaintiffs'

Supplemental Brief regarding that motion (ECF 763).

Dated: March 17, 2025                    **BECK REDDEN LLP**

                                         */s/ Russell S. Post*
                                         Russell S. Post (*pro hac vice*)
                                          *rpost@beckredden.com*
                                         1221 McKinney, Suite 4500
                                         Houston, Texas 77010
                                         Telephone: (713) 951-3700
                                         Facsimile: (713) 951-3720

                                         *Counsel for Defendant Richard Finger*

DEFENDANT RICHARD FINGER'S NOTICE OF APPEAL

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, declare:

I am not a party to the above case, and I am over the age of eighteen. On March 17, 2025, I served a true and correct copy of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 17, 2025, in Houston, Texas.

*/s/ Russell S. Post*
Russell S. Post

1

**BECK REDDEN LLP**

2

Russell S. Post (admitted pro hac vice)
*rpost@beckredden.com*

3

1221 McKinney, Suite 4500

4

Houston, Texas 77010
Telephone: (713) 951-3700

5

Facsimile: (713) 951-3720

6

*Counsel for Defendant Richard Finger*

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11

INTERNATIONAL MEDICAL
DEVICES, INC.; et al.,

12

Plaintiffs,

13

v.

14

15

ROBERT CORNELL, MD, an
individual; et al.,

16

17

Defendants.

18

Case No. 2:20-cv-03503-CBM (RAOx)

**DEFENDANT RICHARD FINGER'S
AMENDED NOTICE OF APPEAL**

Judge:    Hon. Consuelo B. Marshall

Date:  March 21, 2025

19

20

21

22

23

24

25

26

27

28

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL
OF RECORD:**

Notice is hereby given that Defendant Richard Finger ("Finger") hereby

appeals to the United States Court of Appeals for the Federal Circuit. Finger appeals

from the Amended Final Judgment entered in this case on May 30, 2024 (ECF 708);

all prior interlocutory orders that merged into the final judgment; the Order Denying

Defendants' Motion for Amended or Additional Findings, and to Alter or Amend

(ECF 766); the Order Denying Defendants' Renewed Motion for Judgment as a

Matter of Law and Motion for New Trial (ECF 765), including the In Chambers

Order Re: Plaintiffs' *Ex Parte* Application for Leave to File Response to Plaintiffs'

Supplemental Brief regarding that motion (ECF 763); the Order re Plaintiffs' *Ex

Parte* Application for Order to Correct Amended Final Judgment (ECF 770); and

the Corrected Amended Final judgment entered in this case on March 20, 2025

(ECF 771).

Dated: March 21, 2025                    **BECK REDDEN LLP**

                                         */s/ Russell S. Post*
                                         Russell S. Post (*pro hac vice*)
                                          rpost@beckredden.com
                                         1221 McKinney, Suite 4500
                                         Houston, Texas 77010
                                         Telephone: (713) 951-3700
                                         Facsimile: (713) 951-3720

                                         *Counsel for Defendant Richard Finger*

DEFENDANT RICHARD FINGER'S NOTICE OF APPEAL

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, declare:

      I am not a party to the above case, and I am over the age of eighteen.  On March 21, 2025, I served a true and correct copy of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

      I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 21, 2025, in Houston, Texas.


              */s/ Russell S. Post*
              Russell S. Post

ACCO,(RAOx),APPEAL,CLOSED,DISCOVERY,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:20-cv-03503-CBM-RAO

| | |
|---|---|
| International Medical Devices, Inc. et al v. Robert Cornell et al | Date Filed: 04/15/2020 |
| Assigned to: Judge Consuelo B. Marshall | Date Terminated: 05/16/2024 |
| Referred to: Magistrate Judge Rozella A. Oliver | Jury Demand: Plaintiff |
| Case in other court: 9th Circuit, 21-55144 | Nature of Suit: 840 Trademark |
| Cause: 15:44 Trademark Infringement | Jurisdiction: Federal Question |

## Plaintiff

**International Medical Devices, Inc.**
*a corporation organized under the laws of California*

represented by **Ryan G. Baker**
Waymaker LLP
515 South Flower Street Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: rbaker@waymakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Standage Meehan**
Waymaker LLP
515 South Flower Street Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: smeehan@waymakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian T Grace**
Waymaker LLP
515 South Flower Street Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
*TERMINATED: 02/21/2023*

**Donald R Pepperman**
Waymaker LLP
515 South Flower Street Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: dpepperman@waymakerlaw.com
*ATTORNEY TO BE NOTICED*

**Emily Rebecca Megan Stierwalt**
Waymaker LLP
515 South Flower Street Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: estierwalt@waymakerlaw.com
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
Ahmad Zavitsanos Analpakos Alavi and
Mensing PC
1221 McKinney Street Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: kpeck@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**May Yuen Chan**
Waymaker LLP
515 South Flower Street Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: mchan@bakermarquart.com
*ATTORNEY TO BE NOTICED*

**Melissa A. Meister**
Hunt Ortmann Palffy Nieves Darling and
Mah, Inc.
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101-0107
626-440-5200
Email: meister@huntortmann.com
*TERMINATED: 03/21/2023*

**Scott Matthew Malzahn**
Waymaker LLP
515 South Flower Street Suite 3500
Los Angeles, CA 90071
424-652-7800
Fax: 424-652-7850
Email: smalzahn@waymakerlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Menova International, Inc.**<br>*a corporation organized under the laws of California* | represented by | **Ryan G. Baker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Samuel Standage Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian T Grace**
(See above for address)
*TERMINATED: 02/21/2023*

**Donald R Pepperman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Rebecca Megan Stierwalt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**May Yuen Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa A. Meister**
(See above for address)
*TERMINATED: 03/21/2023*

**Scott Matthew Malzahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Elist**                          represented by   **Ryan G. Baker**
*MS, an individual*                                      (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Samuel Standage Meehan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brian T Grace**
                                                         (See above for address)
                                                         *TERMINATED: 02/21/2023*

                                                         **Donald R Pepperman**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Emily Rebecca Megan Stierwalt**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **May Yuen Chan**
                                                         (See above for address)

*ATTORNEY TO BE NOTICED*

**Melissa A. Meister**
(See above for address)
*TERMINATED: 03/21/2023*

**Scott Matthew Malzahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**MD Robert Cornell**
*an individual*

represented by **Alexander M. Dvorscak**
Ahmad Zavitsanos and Mensing PLLC
1221 McKinney Street Suite 2500
Houston, TX 77010
713-655-1101
Email: alex@stonehilton.com
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
Ahmad Zavitsanos and Mensing PLLC
1221 McKinney Street, Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: bdepena@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David K. Wooten**
Tumey LLP
5177 Richmond Avenue Suite 1188
Houston, TX 77056
713-622-7005
Fax: 713-622-0220
Email: dwooten@tumeyllp.com
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Eric M. Adams**
Tumey LLP
5177 Richmond Avenue Suite 1188
Dallas, TX 77056
713-622-7005
Fax: 713-622-0220
Email: eadams@tumeyllp.com
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Foster C Johnson**

Ahmad, Zavitsanos and Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: fjohnson@azalaw.com
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
Ahmad, Zavitsanos and Mensing, PLLC
1221 McKinney Street Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: jmcmanis@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
Ahmad Zavitsanos and Mensing PLLC
1221 McKinney Street, Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: jzavitsanos@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310-201-9150
Fax: 310-201-9160
Email: kruf@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
Ahmad, Zavitsanos and Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, TX 77010
713-655-1101
Email: mkillingsworth@azalaw.com
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
Ahmad Zavitsanos and Mensing PC
1221 McKinney Street Suite 2500

Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: mmoussighi@azalaw.com
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310-201-9150
Fax: 310-201-9160
Email: npang@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
Ahmad Zavitsanos and Mensing PC
1221 McKinney Street, Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: omarawi@azalaw.com
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
Ahmad Zavitsanos and Mensing PC
1221 McKinney Street Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: shalepota@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tod T. Tumey**
Tumey LLP
5177 Richmond Aveue Suite 1188
Houston, TX 77056
713-622-7005
Fax: 713-622-0220
Email: ttumey@tumeyllp.com
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Weining Bai**
Ahmad Zavitsanos Anaipakos Alavi and
Mensing PC
1221 McKinney Street Suite 2500
Houston, TX 77010
713-655-1101
Fax: 713-655-0062
Email: wbai@azalaw.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
Halpern May Ybarra Gelberg LLP
550 South Hope Street, Suite 2330
Los Angeles, CA 90071
213-402-1917
Fax: 213-402-1901
Email: hmayer@nolanheimann.com
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Augmenta, LLC**
*a corporation organized under the laws of Delaware*

represented by   **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David K. Wooten**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Eric M. Adams**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tod T. Tumey**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert J. Conrell**
*M.D., P.A., a professional association*
*organized under the laws of Texas*
*TERMINATED: 11/19/2020*

represented by **David K. Wooten**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Eric M. Adams**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Michael A. Killingsworth**

(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tod T. Tumey**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Weining Bai**
Ahmad Zavitsanos Anaipakos Alavi and
Mensing PC
1221 McKinney Street Suite 2500
Houston, TX 77010
713-600-4981
Fax: 713-655-0062
Email: wbai@azalaw.com
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jonathan Clavell**
*MD, an individual*
*TERMINATED: 11/10/2020*

represented by **David K. Wooten**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Eric M. Adams**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Shahmeer A. Halepota**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tod T. Tumey**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Weining Bai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clavell Urology, PLLC**
*a professional limited liability corporation*
*organized under laws of Texas*
*TERMINATED: 06/05/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**David K. Wooten**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Eric M. Adams**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tod T. Tumey**
(See above for address)
*TERMINATED: 06/02/2021*
*PRO HAC VICE*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

represented by **Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*

*PRO HAC VICE*

**Weining Bai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AM Founders LLC**
*limited liability company organized under the laws of Delaware*
*TERMINATED: 04/20/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**

(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Augmenta Investors LLC**
*limited liability company organized under*
*the laws of Delaware*
*TERMINATED: 04/20/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**

(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OAM LLC**
*a limited liability company organized under the laws of Delaware*
*TERMINATED: 06/05/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Cornell Cosmetic Urology LLC**
*limited liability company organized under
the laws of Delaware*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Louis Nichols**
*an Individual*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Huck Medical Technologies Inc**
*a corporation organized under the laws of Texas*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hans Mische**
*an Individual*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hans Mische LLC**
*a limited liability company organized under the laws of Minnesota*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathan Clavell Hernandez**
*MD, an Individual*
*TERMINATED: 06/05/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Run Wang**
*MD, an Individual*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RW Global Men's Health Consultation Services PLLC**
*a professional limited liability corporation organized under the laws of Texas*
*TERMINATED: 06/05/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*

*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Defendant

**Capital Urology Associates LLC**
*a limited liability company organized under the laws of Delaware*
*TERMINATED: 04/20/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard B Finger**
*an Individual*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David M. Gunn**
Beck Redden LLP
1221 McKinney Suite 4500
Houston, TX 77010
713-951-3700
Fax: 713-951-3720
Email: dgunn@beckredden.com
*TERMINATED: 09/19/2024*

*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**James C Martin**
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
412-288-3546
Fax: 412-288-3063
Email: jcmartin@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**

(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Russell S. Post**
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
713-951-3700
Fax: 713-951-3720
Email: rpost@beckredden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shayna A. Jackson**
Reed Smith LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071
213-457-8353
Email: sjackson@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LATA Lignum LLC**
*limited liability company organized under
the laws of Texas*
*TERMINATED: 06/05/2023*

represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Foster C Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert J. Cornell, M.D., P.A.**                represented by **Alexander M. Dvorscak**
(See above for address)
*TERMINATED: 05/13/2024*
*PRO HAC VICE*

**Barbara B. DePena**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Foster C Johnson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Heather Lynn Mayer**
(See above for address)
*TERMINATED: 03/31/2021*
*ATTORNEY TO BE NOTICED*

**Jason S McManis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Zavitsanos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen B Peck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin F. Ruf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*TERMINATED: 07/27/2022*
*PRO HAC VICE*

**Monica M. Moussighi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Natalie S Pang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Marawi**
(See above for address)
*TERMINATED: 04/25/2023*
*PRO HAC VICE*

**Shahmeer A. Halepota**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weining Bai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2020 | 1 | COMPLAINT Receipt No: ACACDC-26101599 - Fee: $400, filed by Plaintiffs Menova International, Inc., International Medical Devices, Inc., James Elist. (Attorney Ryan G Baker added to party James Elist(pty:bkmov), Attorney Ryan G Baker added to party International Medical Devices, Inc. (pty:bkmov), Attorney Ryan G Baker added to party Menova International, Inc.(pty:bkmov))(Baker, Ryan) (Entered: 04/15/2020) |
| 04/15/2020 | 2 | CIVIL COVER SHEET filed by Movants James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Summons)(Baker, Ryan) (Entered: 04/15/2020) |
| 04/15/2020 | 3 | NOTICE Notice of Interested Parties filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 04/15/2020) |
| 04/16/2020 | 4 | NOTICE OF ASSIGNMENT to District Judge Consuelo B. Marshall and Magistrate Judge Rozella A. Oliver. (ghap) (Entered: 04/16/2020) |
| 04/16/2020 | 5 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (ghap) (Entered: 04/16/2020) |
| 04/16/2020 | 6 | NOTICE TO COUNSEL RE: Copyright, Patent and Trademark Reporting Requirements. Counsel shall file the appropriate AO-120 and/or AO-121 form with the Clerk within 10 days. (ghap) (Entered: 04/16/2020) |
| 04/16/2020 | 7 | NOTICE OF DEFICIENCIES in Attorney Case Opening RE: Complaint (Attorney Civil Case Opening), 1 . The following error(s) was found: Other error(s) with document(s): Attachments 1 Summons is attached to the Complaint. Each of these documents should have been filed and entered separately under its correct event/relief. You need not take any action in response to this notice unless and until the Court directs you to do so. (ghap) (Entered: 04/16/2020) |
| 04/22/2020 | 8 | Summons Returned Unexecuted filed by Plaintiffs International Medical Devices, Inc., James Elist. as to Augmenta, LLC. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 9 | Summons Returned Unexecuted filed by Plaintiffs International Medical Devices, Inc., James Elist. as to Clavell Urology, PLLC. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 10 | Summons Returned Unexecuted filed by Plaintiffs International Medical Devices, Inc., James Elist. as to Jonathan Clavell. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 11 | Summons Returned Unexecuted filed by Plaintiffs International Medical Devices, Inc., James Elist. as to Robert J. Conrell. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 12 | Summons Returned Unexecuted filed by Plaintiffs International Medical Devices, Inc., James Elist. as to Robert Cornell. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 13 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., James Elist, upon Defendant Augmenta, LLC served on 4/17/2020, answer due 5/8/2020. Service of the Summons and Complaint were executed upon Augmenta, LLC, a corporation organized under the laws of Delaware in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 14 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., James Elist, upon Defendant Robert J. Conrell served on 4/17/2020, answer due 5/8/2020. Service of the Summons and Complaint were executed upon Robert J. Cornel, M.D., P.A., |

| | | |
|---|---|---|
| | | a professional association organized under the laws of Texas in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 15 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., James Elist, upon Defendant Clavell Urology, PLLC served on 4/17/2020, answer due 5/8/2020. Service of the Summons and Complaint were executed upon Clavell Urology, PLLC, a professional limited liability corporation organized under the laws of Texas in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 16 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., James Elist, upon Defendant Robert Cornell served on 4/17/2020, answer due 5/8/2020. Service of the Summons and Complaint were executed upon Robert Cornell, M.D., an individual in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/22/2020 | 17 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., James Elist, upon Defendant Jonathan Clavell served on 4/17/2020, answer due 5/8/2020. Service of the Summons and Complaint were executed upon Jonathan Clavell, M.D., an individual in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Meister, Melissa) (Entered: 04/22/2020) |
| 04/27/2020 | 18 | NOTICE filed by Plaintiffs James Elist, International Medical Devices, Inc.. *Notice of Filing Forms AO120 for Patents, AO120 for Trademarks and AO121* (Meister, Melissa) (Entered: 04/27/2020) |
| 04/27/2020 | 19 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by James Elist, International Medical Devices, Inc.. (Meister, Melissa) (Entered: 04/27/2020) |
| 04/27/2020 | 20 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by James Elist, International Medical Devices, Inc.. (Meister, Melissa) (Entered: 04/27/2020) |
| 04/27/2020 | 21 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by James Elist, International Medical Devices, Inc.. (Meister, Melissa) (Entered: 04/27/2020) |
| 04/27/2020 | 22 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., re Notice (Other) 18 served on Notice of Filing Forms AO120 for Patents, AO120 for Trademarks and AO121. (Meister, Melissa) (Entered: 04/27/2020) |
| 04/28/2020 | 23 | STANDING ORDER upon filing of the complaint by Judge Consuelo B. Marshall. READ THIS ORDER CAREFULLY. It controls this case and may differ in some respects from the Local Rules. (ys) (Entered: 04/28/2020) |
| 05/08/2020 | 24 | Joint STIPULATION Extending Time to Answer the complaint as to Robert J. Conrell answer now due 5/29/2020; Clavell Urology, PLLC answer now due 5/29/2020; Robert Cornell answer now due 5/29/2020; Jonathan Clavell answer now due 5/29/2020; Augmenta, LLC answer now due 5/29/2020, re Complaint (Attorney Civil Case Opening), 1 filed by Defendants (also on behalf of Plaintiffs by their counsel's permission, LR 5-4.3.4(a)(2)(i)) Robert J. Conrell; Clavell Urology, PLLC; Robert Cornell; Jonathan Clavell; Augmenta, LLC.(Attorney Heather Lynn Mayer added to party Augmenta, LLC(pty:dft), Attorney Heather Lynn Mayer added to party Jonathan Clavell(pty:dft), Attorney Heather Lynn Mayer added to party Clavell Urology, PLLC(pty:dft), Attorney Heather Lynn Mayer added to party Robert J. Conrell(pty:dft), |

| | | Attorney Heather Lynn Mayer added to party Robert Cornell(pty:dft))(Mayer, Heather) (Entered: 05/08/2020) |
|---|---|---|
| 05/29/2020 | 25 | ANSWER to Complaint (Attorney Civil Case Opening), 1 with JURY DEMAND filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell.(Mayer, Heather) (Entered: 05/29/2020) |
| 05/29/2020 | 26 | CERTIFICATE of Interested Parties filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, identifying Richard Finger and Hans A. Mische. (Mayer, Heather) (Entered: 05/29/2020) |
| 06/18/2020 | 27 | STIPULATION for Protective Order filed by Plaintiffs James Elist, International Medical Devices, Inc..(Baker, Ryan) (Entered: 06/18/2020) |
| 06/18/2020 | 28 | STIPULATION for Issuance of Joint Stipulation and Proposed Order Setting Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction filed by Plaintiffs James Elist, International Medical Devices, Inc..(Baker, Ryan) (Entered: 06/18/2020) |
| 06/24/2020 | 29 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Rozella A. Oliver re Stipulation for Protective Order 27 . See Document for details. (dml) (Entered: 06/24/2020) |
| 06/24/2020 | 30 | MINUTE ORDER IN CHAMBERS SCHEDULING CONFERENCE by Judge Consuelo B. Marshall. Scheduling Conference set for 8/25/2020 at 10:00 AM before Judge Consuelo B. Marshall. (ys) (Entered: 06/24/2020) |
| 07/16/2020 | 31 | APPLICATION of Non-Resident Attorney Tod T. Tumey to Appear Pro Hac Vice on behalf of Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell (Pro Hac Vice Fee - $400 Fee Paid, Receipt No. ACACDC-27237207) filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Proposed Order) (Mayer, Heather) (Entered: 07/16/2020) |
| 07/17/2020 | 32 | ORDER by Judge Consuelo B. Marshall: GRANTING 31 Non-Resident Attorney Tod T. Tumey APPLICATION to Appear Pro Hac Vice on behalf of Defendants, Robert Cornell, MD; Augmenta, LLC; Robert J. Cornell, MD, P.A.; Jonathan Clavell, MD; and Clavell Urology, PLLC, designating Heather L. Mayer as local counsel. (shb) (Entered: 07/17/2020) |
| 08/18/2020 | 33 | APPLICATION of Non-Resident Attorney Eric M. Adams to Appear Pro Hac Vice on behalf of Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell (Pro Hac Vice Fee - $400 Fee Paid, Receipt No. ACACDC-27682367) filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Proposed Order) (Mayer, Heather) (Entered: 08/18/2020) |
| 08/18/2020 | 34 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 7 days, filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 08/18/2020) |
| 08/19/2020 | 35 | ORDER by Judge Consuelo B. Marshall: GRANTING 33 Non-Resident Attorney Eric M. Adams APPLICATION to Appear Pro Hac Vice on behalf of Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, designating Heather L. Mayer as local counsel. (shb) (Entered: 08/19/2020) |
| 08/21/2020 | 36 | MINUTE ORDER IN CHAMBERS-OFF THE RECORD by Judge Consuelo B. Marshall: Counsel are hereby notified that the Court has reviewed the joint status report filed by the parties. The Scheduling Conference, currently set for August 25, 2020, is hereby taken off calendar. The Court sets the following dates: Initial disclosures shall be |

| | | |
|---|---|---|
| | | completed by September 11, 2020. ADR-1 Form shall be filed on or before September 1, 2020. Request to file Amended Complaint to be filed no later than October 1, 2020. Fact discovery shall be completed on or before April 30, 2021. Initial expert report due no later than May 30, 2021. Rebuttal expert report due by June 30, 2021. Expert discovery shall be completed on or before July 1, 2021. Settlement conference shall be held on or before September 15, 2021. Motions shall be set for oral argument on or before September 14, 2021 at 10:00 a.m. Pre Trial Conference is set on November 2, 2021 at 2:30 p.m. Jury Trial is set on January 11, 2022 at 10:00 a.m.(est. 7 days). (shb) (Entered: 08/21/2020) |
| 08/31/2020 | 37 | REQUEST for ADR Procedure No. 3. Parties request for private mediation. Filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. (Baker, Ryan) (Entered: 08/31/2020) |
| 09/02/2020 | 38 | ORDER/REFERRAL to ADR Procedure No 3 by Judge Consuelo B. Marshall. Case ordered to a private mediator based upon a stipulation of the parties or by the court order. ADR Proceeding to be held no later than 9/15/21. (yl) (Entered: 09/02/2020) |
| 09/16/2020 | 39 | Notice of Appearance or Withdrawal of Counsel: for attorney Brian T Grace counsel for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Adding Brian T. Grace as counsel of record for International Medical Devices, Inc., Menova International, Inc., and James Elist, MD for the reason indicated in the G-123 Notice. Filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc., and James Elist, MD. (Attorney Brian T Grace added to party James Elist(pty:pla), Attorney Brian T Grace added to party International Medical Devices, Inc. (pty:pla), Attorney Brian T Grace added to party Menova International, Inc.(pty:pla))(Grace, Brian) (Entered: 09/16/2020) |
| 09/28/2020 | 40 | Joint REQUEST to AMEND Stipulation for Issuance 28 *Amended Joint Stipulation and [PROPOSED] Order Setting Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 09/28/2020) |
| 09/30/2020 | 41 | AMENDED ORDER RE JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION 40 by Judge Consuelo B. Marshall: IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that: The Parties held a meet and confer pursuant to Civil Local Rule 7-3 regarding the Motion on June 2, 2020; The Parties will meet and confer to select deposition dates, but, unless otherwise agreed by the Parties, all depositions will take place no later than September 28, 2020; Based on this discovery timeline, Plaintiffs deadline to file their motion for preliminary injunction shall be October 6, 2020; Defendants deadline to file any opposition to Plaintiffs motion for preliminary injunction shall be October 20, 2020. Plaintiffs deadline to file any reply to such opposition shall be October 27,2020. The Parties agree that any delay in these proceedings occasioned by thisstipulation cannot be used as the basis for any argument against ongoing andirreparable harm to the Plaintiffs by Defendants alleged intellectual property infringement. See order for further details. (shb) (Entered: 09/30/2020) |
| 10/01/2020 | 42 | NOTICE OF MOTION AND MOTION to File First Amended Complaint filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 11/3/2020 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Exhibit 1 - First Amended Complaint, # 2 Declaration of Brian T. Grace, # 3 Proposed Order) (Baker, Ryan) (Entered: 10/01/2020) |
| 10/06/2020 | 43 | NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. |

| | | Motion set for hearing on 11/10/2020 at 10:00 AM before Judge Consuelo B. Marshall. (Baker, Ryan) (Entered: 10/07/2020) |
|---|---|---|
| 10/07/2020 | 44 | DECLARATION of MINERVA ACOSTA in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 10/07/2020) |
| 10/07/2020 | 45 | DECLARATION of DUNCAN LOUIE in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/07/2020) |
| 10/07/2020 | 46 | DECLARATION of Jan Varner in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/07/2020) |
| 10/07/2020 | 47 | DECLARATION of Edward Leicht in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 *DECLARATION OF EDWARD LEICHT IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION with Exhibit A and Exhibit B* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/07/2020) |
| 10/07/2020 | 48 | DECLARATION of Jonathan Elist in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Baker, Ryan) (Entered: 10/07/2020) |
| 10/07/2020 | 49 | DECLARATION of James Elist in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Baker, Ryan) (Entered: 10/07/2020) |
| 10/07/2020 | 50 | DECLARATION of Brian T. Grace in support of NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE)(Grace, Brian) (Entered: 10/07/2020) |
| 10/07/2020 | 51 | APPLICATION to file document *Exhibits to Declarations* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Redacted Document Exhibit A to Declaration of |

| | | |
|---|---|---|
| | | Brian T. Grace, # 3 Redacted Document Exhibit B to Declaration of Brian T. Grace, # 4 Redacted Document Exhibit C to Declaration of Brian T. Grace, # 5 Redacted Document Exhibit E to Declaration of Brian T. Grace, # 6 Redacted Document Exhibit F to Declaration of Brian T. Grace, # 7 Redacted Document Exhibit G to Declaration of Brian T. Grace, # 8 Redacted Document Exhibit H to Declaration of Brian T. Grace, # 9 Redacted Document Exhibit I to Declaration of Brian T. Grace, # 10 Redacted Document Exhibit J to Declaration of Brian T. Grace, # 11 Redacted Document Exhibit L to Declaration of Brian T. Grace, # 12 Redacted Document Exhibit M to Declaration of Brian T. Grace, # 13 Redacted Document Exhibit N to Declaration of Brian T. Grace, # 14 Redacted Document Exhibit R to Declaration of Brian T. Grace, # 15 Redacted Document Exhibit S to Declaration of Brian T. Grace, # 16 Redacted Document Exhibit U to Declaration of Brian T. Grace, # 17 Redacted Document Exhibit V to Declaration of Brian T. Grace, # 18 Redacted Document Exhibit W to Declaration of Brian T. Grace, # 19 Redacted Document Exhibit X to Declaration of Brian T. Grace, # 20 Redacted Document Exhibit Y to Declaration of Brian T. Grace, # 21 Redacted Document Exhibit AA to Declaration of Brian T. Grace, # 22 Redacted Document Exhibit BB to Declaration of Brian T. Grace, # 23 Redacted Document Exhibit G to Declaration of James Elist, MD, # 24 Redacted Document Exhibit H to Declaration of James Elist, MD, # 25 Redacted Document Exhibit I to Declaration of James Elist, MD, # 26 Redacted Document Exhibit J to Declaration of James Elist, MD, # 27 Redacted Document Exhibit L to Declaration of James Elist, MD, # 28 Redacted Document Exhibit A to Declaration of Jonathan Elist, # 29 Redacted Document Exhibit A to Declaration of Edward Leicht, # 30 Redacted Document Exhibit B to Declaration of Edward Leicht)(Baker, Ryan) (Entered: 10/07/2020) |
| 10/07/2020 | 52 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits to Declarations* under seal 51 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A to Sealing Declaration, # 2 Unredacted Document Exhibit A to Declaration of Brian T. Grace, # 3 Unredacted Document Exhibit B to Declaration of Brian T. Grace, # 4 Unredacted Document Exhibit C to Declaration of Brian T. Grace, # 5 Unredacted Document Exhibit E to Declaration of Brian T. Grace, # 6 Unredacted Document Exhibit F to Declaration of Brian T. Grace, # 7 Unredacted Document Exhibit G to Declaration of Brian T. Grace, # 8 Unredacted Document Exhibit H to Declaration of Brian T. Grace, # 9 Unredacted Document Exhibit I to Declaration of Brian T. Grace, # 10 Unredacted Document Exhibit J to Declaration of Brian T. Grace, # 11 Unredacted Document Exhibit L to Declaration of Brian T. Grace, # 12 Unredacted Document Exhibit M to Declaration of Brian T. Grace, # 13 Unredacted Document Exhibit N to Declaration of Brian T. Grace, # 14 Unredacted Document Exhibit R to Declaration of Brian T. Grace, # 15 Unredacted Document Exhibit S to Declaration of Brian T. Grace, # 16 Unredacted Document Exhibit U to Declaration of Brian T. Grace, # 17 Unredacted Document Exhibit V to Declaration of Brian T. Grace, # 18 Unredacted Document Exhibit W to Declaration of Brian T. Grace, # 19 Unredacted Document Exhibit X to Declaration of Brian T. Grace, # 20 Unredacted Document Exhibit Y to Declaration of Brian T. Grace, # 21 Unredacted Document Exhibit AA to Declaration of Brian T. Grace, # 22 Unredacted Document Exhibit BB to Declaration of Brian T. Grace, # 23 Unredacted Document Exhibit G to Declaration of James Elist, MD, # 24 Unredacted Document Exhibit H to Declaration of James Elist, MD, # 25 Unredacted Document Exhibit I to Declaration of James Elist, MD, # 26 Unredacted Document Exhibit J to Declaration of James Elist, MD, # 27 Unredacted Document Exhibit L to Declaration of James Elist, MD, # 28 Unredacted Document Exhibit A to Declaration of Jonathan Elist, # 29 Unredacted Document Exhibit A to Declaration of Edward Leicht, # 30 Unredacted Document Exhibit B to Declaration of Edward Leicht)(Baker, Ryan) (Entered: 10/07/2020) |

| | | |
|---|---|---|
| 10/07/2020 | 53 | APPLICATION to file document *Unredacted Motion for Preliminary Injunction* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Redacted Document)(Grace, Brian) (Entered: 10/07/2020) |
| 10/07/2020 | 54 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Unredacted Motion for Preliminary Injunction* under seal 53 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Unredacted Document Motion for Preliminary Injunction)(Grace, Brian) (Entered: 10/07/2020) |
| 10/08/2020 | 55 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,,,,,,,,,, 52 , Sealed Declaration in SupportDeclaration, 54 served on October 7, 2020. (Baker, Ryan) (Entered: 10/08/2020) |
| 10/13/2020 | 56 | OPPOSITION to NOTICE OF MOTION AND MOTION to File First Amended Complaint 42 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Declaration of Dr. Run Wang)(Mayer, Heather) (Entered: 10/13/2020) |
| 10/13/2020 | 57 | DECLARATION of David K. Wooten in Support of APPLICATION to file document *Exhibits to Declarations* under seal 51 , APPLICATION to file document *Unredacted Motion for Preliminary Injunction* under seal 53 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Mayer, Heather) (Entered: 10/13/2020) |
| 10/20/2020 | 58 | REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION to File First Amended Complaint 42 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Thomas Hopper in support of Plaintiffs' Reply)(Baker, Ryan) (Entered: 10/20/2020) |
| 10/21/2020 | 59 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Declaration of Dr. Robert Cornell & Exh. A (Redacted), # 2 Declaration of Dr. Jonathan Clavell, # 3 Declaration of Dr. Run Wang, # 4 Declaration of Jairo Restrepo, # 5 Declaration of David K. Wooten)(Mayer, Heather) (Entered: 10/21/2020) |
| 10/21/2020 | 60 | APPLICATION to file document *1) Portions of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction; and 2) Portions of Robert J. Cornells Declaration in Support of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction* under seal filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Proposed Order, # 2 Redacted Document - Defendants Opposition to Plaintiffs Motion for Preliminary Injunction, # 3 Redacted Document - Declaration of Dr. Robert Cornell, # 4 Redacted Document - Exh. A to Declaration of Dr. Robert Cornell)(Mayer, Heather) (Entered: 10/21/2020) |
| 10/21/2020 | 61 | SEALED OPPOSITION RE MEMORANDUM in Opposition to Motion,, 59 , APPLICATION to file document *1) Portions of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction; and 2) Portions of Robert J. Cornells Declaration in Support of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction* 60 , *Protective Order 29 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell.(Mayer, Heather) (Entered: 10/21/2020)* |

| 10/21/2020 | 62 | SEALED DOCUMENT *Declaration of Dr. Robert Cornell; and Exhibit A thereto* re MEMORANDUM in Opposition to Motion,, 59 , APPLICATION to file document *1) Portions of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction; and 2) Portions of Robert J. Cornells Declaration in Support of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction 60 , Sealed Opposition, 61 , Protective Order 29 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Exhibit A - Filed Under Seal)(Mayer, Heather) (Entered: 10/21/2020)* |
|---|---|---|
| 10/21/2020 | 63 | PROOF OF SERVICE filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, re MEMORANDUM in Opposition to Motion,, 59 *and Supporting Declarations* served on October 21, 2020. (Mayer, Heather) (Entered: 10/21/2020) |
| 10/21/2020 | 64 | PROOF OF SERVICE filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, re APPLICATION to file document *1) Portions of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction; and 2) Portions of Robert J. Cornells Declaration in Support of Defendants Opposition to Plaintiffs Motion for Preliminary Injunction 60 , Sealed Opposition, 61 , Sealed Document,, 62 served on October 21, 2020. (Mayer, Heather) (Entered: 10/21/2020)* |
| 10/22/2020 | 65 | ORDER REGARDING PLAINTIFFS APPLICATION TO FILE UNDER SEAL: 51 by Judge Consuelo B. Marshall: Plaintiffs International Medical Devices, Inc. (IMD), Menova International, Inc. (Menova), and James Elist, MD (collectively Plaintiffs) submitted an Application seeking permission to file under seal:(1) An unredacted Version of Plaintiffs Motion for Preliminary Injunction;(2) Exhibits A-C, E-J, L-N, R-S, U-Y, and AA-BB to the Declaration of BrianT. Grace; (3) Exhibits G-J, L to the Declaration of James Elist, MD; (4) Exhibits A to the Declaration of Jonathan Elist; and (5) Exhibits A-B to the Declaration of Edward Leicht. Based on Plaintiffs Application, and compelling reasons appearing therefrom, Plaintiffs Application is GRANTED and IT IS HEREBY ORDERED that the following documents and portions thereof shall be filed under seal: Edward Leicht Declaration Exhibit A - Entire document filed under seal. Edward Leicht Declaration Exhibit B - Entire document filed under seal. See order for further details. (shb) (Entered: 10/23/2020) |
| 10/22/2020 | 66 | ORDER REGARDING DEFENDANTS APPLICATION TO FILE UNDER SEAL 53 60 by Judge Consuelo B. Marshall: Defendants' Application, the Application is GRANTED and IT IS HEREBY ORDERED that the Defendant shall file under seal the following documents and portions thereof: a. Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, Page 2 lines 7-12, 15-17, Page 3 lines 12-14 and Page 7 lines 20-27. b. Declaration of Robert Cornell, Paragraphs 4, 6 and 11 and Exhibit A. IT IS SO ORDERED. See order for further details. (shb) (Entered: 10/23/2020) |
| 10/27/2020 | 67 | REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | 68 | DECLARATION of James Elist, MD IN SUPPORT OF NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement 43 *SUPPLEMENTAL DECLARATION OF JAMES ELIST, MD* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | 69 | DECLARATION of Brian T. Grace IN SUPPORT OF NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation |

| | | |
|---|---|---|
| | | of Trade Secrets and Trademark Infringement [43](#) *SUPPLEMENTAL DECLARATION OF BRIAN T. GRACE* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F)(Grace, Brian) (Entered: 10/27/2020) |
| 10/27/2020 | [70](#) | PLAINTIFFS' OBJECTION TO THE DECLARATION OF DR. ROBERT CORNELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | [71](#) | PLAINTIFFS' OBJECTION TO THE DECLARATION OF DR. JONATHAN CLAVELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | [72](#) | PLAINTIFFS' OBJECTION TO THE DECLARATION OF DR. RUN WANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | [73](#) | PLAINTIFFS' OBJECTION TO THE DECLARATION OF JAIRO RESTREPO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | [74](#) | PLAINTIFFS' OBJECTION TO THE DECLARATION OF DAVID K. WOOTEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION re: NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | [75](#) | APPLICATION to file document under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) Proposed Order, # [2](#) Redacted Document Plaintiffs' Reply iso Motion for Preliminary Injunction, # [3](#) Redacted Document Exhibit A to the Supplemental Declaration of Brian T. Grace in support of Plaintiffs' Motion for Preliminary Injunction, # [4](#) Redacted Document Exhibit C to the Supplemental Declaration of Brian T. Grace in support of Plaintiffs' Motion for Preliminary Injunction)(Baker, Ryan) (Entered: 10/27/2020) |
| 10/27/2020 | [76](#) | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document under seal [75](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) Unredacted Document Plaintiffs' Reply iso Motion for Preliminary Injunction, # [2](#) Unredacted Document Exhibit A to the Supplemental Declaration of Brian T. Grace in support of Plaintiffs' Motion for Preliminary Injunction, # [3](#) Unredacted Document Exhibit C to the Supplemental Declaration of Brian T. Grace in support of Plaintiffs' Motion for Preliminary Injunction)(Baker, Ryan) (Entered: 10/27/2020) |

| | | |
|---|---|---|
| 10/28/2020 | 77 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,, 76 served on October 27, 2020. (Baker, Ryan) (Entered: 10/28/2020) |
| 10/30/2020 | 78 | MINUTES IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: The Court finds that plaintiff's motion to file 1st amended complaint 42 currently set for hearing on Noember 3, 2020, is appropriate for decision without oral argument. Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on November 3, 2020. A written order will issue. IT IS SO ORDERED. (shb) (Entered: 10/30/2020) |
| 10/30/2020 | 79 | SEALED NOTICE OF MOTION AND MOTION *for Preliminary Injunction; Memorandum of Points and Authorities* re Order on Motion for Leave to File Document Under Seal,,,, 65 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 11/10/2020 at 10:00 AM before Judge Consuelo B. Marshall.(Baker, Ryan) (Entered: 10/30/2020) |
| 10/30/2020 | 80 | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSIONS OF EXHIBITS G-J and L TO THE DECLARATION OF DR. JAMES ELIST* re Order on Motion for Leave to File Document Under Seal,,,, 65 , Declaration (Motion related),, 49 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibits G, H, I, J and L to the Declaration of James Elist, M.D.) (Baker, Ryan) (Entered: 10/30/2020) |
| 10/30/2020 | 81 | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSION OF EXHIBIT A TO THE DECLARATION OF JONATHAN ELIST* re Order on Motion for Leave to File Document Under Seal,,,, 65 , Declaration (Motion related),, 48 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A to the Declaration of Jonathan Elist)(Baker, Ryan) (Entered: 10/30/2020) |
| 10/30/2020 | 82 | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSION OF EXHIBITS A AND B TO THE DECLARATION OF EDWARD LEICHT* re Order on Motion for Leave to File Document Under Seal,,,, 65 , Declaration (Motion related), 47 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibits A and B to the Declaration of Edward Leicht)(Baker, Ryan) (Entered: 10/30/2020) |
| 10/30/2020 | 83 | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSIONS OF EXHIBITS A-C, E-J, L-N, R-S, U-Y and AA-BB TO THE DECLARATION OF BRIAN T. GRACE* re Declaration (Motion related),,, 50 , Order on Motion for Leave to File Document Under Seal,,,, 65 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 EXHIBITS A-C, E-J, L-N, R-S, U-Y and AA-BB TO THE DECLARATION OF BRIAN T. GRACE)(Grace, Brian) (Entered: 10/30/2020) |
| 10/30/2020 | 84 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Document, 83 , Sealed Document, 80 , Sealed Document, 81 , SEALED NOTICE OF MOTION AND MOTION *for Preliminary Injunction; Memorandum of Points and Authorities* re Order on Motion for Leave to File Document Under Seal,,,, 65 79 , Sealed Document, 82 served on October 30, 2020. (Baker, Ryan) (Entered: 10/30/2020) |
| 10/30/2020 | 85 | SEALED OPPOSITION RE MEMORANDUM in Opposition to Motion,, 59 , Order on Motion for Leave to File Document Under Seal,,,,, 66 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Mayer, Heather) (Entered: 10/30/2020) |

| | | |
|---|---|---|
| 10/30/2020 | 86 | SEALED DOCUMENT *Declaration of Dr. Robert Cornell and Exhibit A Thereto* re Sealed Document,, 62 , Sealed Opposition, 85 , Order on Motion for Leave to File Document Under Seal,,,,, 66 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Exhibit A - Filed Under Seal)(Mayer, Heather) (Entered: 10/30/2020) |
| 10/30/2020 | 87 | PROOF OF SERVICE filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, re Sealed Document, 86 , Sealed Opposition, 85 served on October 30, 2020. (Mayer, Heather) (Entered: 10/30/2020) |
| 11/06/2020 | 88 | MINUTE ORDER IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall. Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re Plaintiffs' motions for preliminary injunction 43 79 on November 10, 2020 at 10:00 a.m. See minute order for details. (lom) (Entered: 11/06/2020) |
| 11/06/2020 | 89 | APPLICATION of Non-Resident Attorney David K. Wooten to Appear Pro Hac Vice on behalf of Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-28898818) filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Proposed Order) (Mayer, Heather) (Entered: 11/06/2020) |
| 11/09/2020 | 90 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney David K. Wooten to Appear Pro Hac Vice on behalf of Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-28 89 . The following error(s) was/were found: Application and proposed order are inconsistent. Application lists 2 defendants being represented and proposed order lists 5 defendants. (Thrasher, Lupe) (Entered: 11/09/2020) |
| 11/09/2020 | 91 | Corrected APPLICATION of Non-Resident Attorney David K. Wooten to Appear Pro Hac Vice on behalf of Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell (Pro Hac Vice Fee - $500.00 Previously Paid on 11/6/2020, Receipt No. 28898818) filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order) (Mayer, Heather) (Entered: 11/09/2020) |
| 11/09/2020 | 92 | ORDER by Judge Consuelo B. Marshall: GRANTING 89 Non-Resident Attorney David K. Wooten APPLICATION to Appear Pro Hac Vice on behalf of Defendants, Robert Cornell, MD; Augmenta, LLC; Robert J. Cornell, MD, P.A.; Jonathan Clavell, MD; and Clavell Urology, PLLC, designating Heather L. Mayer as local counsel. (shb) (Entered: 11/09/2020) |
| 11/09/2020 | 93 | RESPONSE filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornellto Objection/Opposition (Motion related), 72 , Objection/Opposition (Motion related), 70 , Objection/Opposition (Motion related), 73 , Objection/Opposition (Motion related), 71 *to Plaintiffs' Evidentiary Objections to Declarations in Support of Opposition to Plaintiffs' Motion for Preliminary Injunction* (Mayer, Heather) (Entered: 11/09/2020) |
| 11/10/2020 | 95 | MINUTES OF TELEPHONIC HEARING RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION 43 AND PLAINTIIFF'S SEALED MOTION FOR PRELIMINARY INJUNCTION 79 held before Judge Consuelo B. Marshall. Following discussionswith the parties, the Court advises counsel that the Plaintiff's motion for preliminary injunction 43 and 79 is GRANTED and will make a final ruling when |

| | | |
|---|---|---|
| | | plaintiff files a new proposed order re the preliminary injunction. The Court further orders that Plaintiff's motion for leave to file 1st amended complaint 42 is GRANTED and will be deemed filed as to today. The Court will expect the declarations and for the Defendant to file the proposed Findings of Fact and conclusions of law by no later November 24, 2020 as stated on the record. Matter will be submitted upon the receipt of these additional filings. An order will then issue. Court Reporter: Sheri Kleeger. (lom) (Entered: 11/17/2020) |
| 11/10/2020 | 96 | FIRST AMENDED COMPLAINT against Defendants Augmenta, LLC, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Does, AM Founders LLC, Augmenta Investors LLC, OAM LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Jonathan Clavell Hernandez, Run Wang, RW Global Men's Health Consultation Services PLLC, Capital Urology Associates LLC, Richard B Finger, LATA Lignum LLC 1 filed by Plaintiffs Menova International, Inc., International Medical Devices, Inc., James Elist. (lom) (Entered: 11/17/2020) |
| 11/10/2020 | 99 | AMENDED MINUTES re 95 held before Judge Consuelo B. Marshall: TELEPHONIC HEARING RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, 43 , AND PLAINTIFF'S SEALED MOTION FOR PRELIMINARY INJUNCTION, 79 : The case is called and counsel state their appearance. The court and counsel confer. Following discussions with the parties, the Court advises counsel that the Plaintiff's motion for preliminary injunction, 43 and 79 is GRANTED and will make a final ruling when plaintiff files a new proposed order re the preliminary injunction. The Court further orders that Plaintiff's motion for leave to file the 1st amended complaint, 42 is GRANTED and will be deemed filed as to today. The court will expect the declarations and for the Plaintiff to file the proposed Findings of Fact and conclusions of law by no later than November 24, 2020 as stated on the record. The matter will be submitted upon the receipt of these additional filings. An order will then issue. IT IS SO ORDERED. (shb) (Entered: 11/23/2020) |
| 11/12/2020 | 94 | ORDER by Judge Consuelo B. Marshall: GRANTING 91 Non-Resident Attorney David K. Wooten APPLICATION to Appear Pro Hac Vice on behalf of Defendants, Robert Cornell, MD; Augmenta, LLC; Robert J. Cornell, MD, P.A.; Jonathan Clavell, MD; and Clavell Urology, PLLC, designating Heather L. Mayer as local counsel. (shb) (Entered: 11/12/2020) |
| 11/19/2020 | 97 | Request for Clerk to Issue Summons on Amended Complaint,, 96 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 11/19/2020) |
| 11/20/2020 | 98 | 21 DAY Summons Issued re First Amended Complaint 96 as to Defendants AM Founders LLC, Augmenta Investors LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Run Wang. (bm) (Entered: 11/20/2020) |
| 11/24/2020 | 100 | DECLARATION of Tod T. Tumey re Motion Hearing,,,, Order on Motion for Leave,,,, Order on Motion for Preliminary Injunction,,,, Order on Sealed Motion (Generic sealed motion type event),,, 95 *Pursuant to the Court Order Re. USPTO Procedures and the Augmenta '821 Application* filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Mayer, Heather) (Entered: 11/24/2020) |
| 11/24/2020 | 101 | DECLARATION of Grace Powers re Motion Hearing,,,, Order on Motion for Leave,,,, Order on Motion for Preliminary Injunction,,,, Order on Sealed Motion (Generic sealed motion type event),,, 95 *Pursuant to the Court Order Re. The Food and Druge* |

| | | |
|---|---|---|
| | | *Administration's 510(k) Premarket Notification Application for the Augmenta Implant* filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Mayer, Heather) (Entered: 11/24/2020) |
| 11/24/2020 | [102](#) | DECLARATION of Allison Komiyama in response to the Court's Amended Minute Order [Dkt. 99] re NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) , SEALED NOTICE OF MOTION AND MOTION *for Preliminary Injunction; Memorandum of Points and Authorities* re Order on Motion for Leave to File Document Under Seal,,,, [65](#) [79](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 11/24/2020) |
| 11/24/2020 | [103](#) | DECLARATION of Brian T. Grace in response to the Court's Amended Minute Order [Dkt. 99] re NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) , SEALED NOTICE OF MOTION AND MOTION *for Preliminary Injunction; Memorandum of Points and Authorities* re Order on Motion for Leave to File Document Under Seal,,,, [65](#) [79](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 11/24/2020) |
| 11/24/2020 | [104](#) | [Proposed] Findings of Fact and Conclusions of Law re NOTICE OF MOTION AND MOTION for Preliminary Injunction re Plaintiffs Causes of Action for Misappropriation of Trade Secrets and Trademark Infringement [43](#) , SEALED NOTICE OF MOTION AND MOTION *for Preliminary Injunction; Memorandum of Points and Authorities* re Order on Motion for Leave to File Document Under Seal,,,, [65](#) [79](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) [Proposed] Preliminary Injunction Order)(Baker, Ryan) (Entered: 11/24/2020) |
| 11/27/2020 | [105](#) | OBJECTIONS to Motion Hearing,,,, Order on Motion for Leave,,,, Order on Motion for Preliminary Injunction,,, Order on Sealed Motion (Generic sealed motion type event),,, [95](#) , Amended Minutes,,,, [99](#) , Motion Related Document,, [104](#) *to Plaintiffs' Proposed Preliminary Injunction Statement of Facts and Conclusions of Law Pursuant to Court Orders (Dkt. 95 & 99)* filed by Defendants Augmenta, LLC, Clavell Urology, PLLC, Robert Cornell, Jonathan Clavell Hernandez, Robert J. Cornell, M.D., P.A.. (Mayer, Heather) (Entered: 11/27/2020) |
| 11/27/2020 | [106](#) | DECLARATION of Tod T. Tumey re Motion Hearing,,,, Order on Motion for Leave,,,, Order on Motion for Preliminary Injunction,,,, Order on Sealed Motion (Generic sealed motion type event),,, [95](#) *Supplemental Declaration Pursuant to the Court's Order (Dkt. No. 95) Re. USPTO Procedures and the Augmenta '821 Application* filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Robert J. Cornell, M.D., P.A.. (Mayer, Heather) (Entered: 11/27/2020) |
| 12/02/2020 | [107](#) | OBJECTIONS to Declaration, [101](#) *of Grace Powers Pursuant to the Court's Order (Dkt. 95) Regarding the Food And Drug Administration's 510(k) Premarket Notification Application for the Augmenta Implant* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 12/02/2020) |
| 12/07/2020 | [108](#) | RESPONSE filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Robert J. Cornell, M.D., P.A.to Objection, [107](#) *to Declarations in Support of Opposition to Plaintiffs' Motion for Preliminary Injunction* (Mayer, Heather) (Entered: 12/07/2020) |
| 12/11/2020 | [109](#) | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant AM Founders LLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were |

| | | |
|---|---|---|
| | | executed upon Tod Tumey, Attorney for Defendant, AM Founders LLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 110 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant Augmenta Investors LLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, Augmenta Investors LLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 111 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., James Elist, upon Defendant OAM LLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, OAM LLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 112 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant Cornell Cosmetic Urology LLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, Cornell Cosmetic Urology LLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 113 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant Huck Medical Technologies Inc served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, Huck Medical Technologies, Inc. in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 114 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant RW Global Men's Health Consultation Services PLLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, RW Global Men's Health Consultation Services PLLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 115 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant Capital Urology Associates LLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, Capital Urology Associates, LLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 116 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant LATA Lignum LLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were |

| | | executed upon Tod Tumey, Attorney for Defendant, Lata Lignum LLC in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
|---|---|---|
| 12/11/2020 | 117 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant David Louis Nichols served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, David Louis Nichols in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 118 | PROOF OF SERVICE Executed by Plaintiff Menova International, Inc., upon Defendant Run Wang served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, Run Wang, M.D. in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 119 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant Richard B Finger served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, Richard B. Finger in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 120 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant Hans Mische served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Tod Tumey, Attorney for Defendant, Hans Mische in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/11/2020 | 121 | PROOF OF SERVICE Executed by Plaintiff International Medical Devices, Inc., Menova International, Inc., James Elist, upon Defendant Hans Mische LLC served on 11/30/2020, answer due 12/21/2020. Service of the Summons and Complaint were executed upon Hans Mische, Registered Agent in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. *Additional Summons and First Amended Complaint* (Baker, Ryan) (Entered: 12/11/2020) |
| 12/14/2020 | 122 | NOTICE OF MOTION AND MOTION to Expedite Final Ruling on Plaintiffs' Motion for Preliminary Injunction - *No Hearing Required* filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Mayer, Heather) (Entered: 12/14/2020) |
| 12/14/2020 | 123 | DECLARATION of Dr. Robert Cornell in Support of NOTICE OF MOTION AND MOTION to Expedite Final Ruling on Plaintiffs' Motion for Preliminary Injunction - *No Hearing Required* 122 filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Mayer, Heather) (Entered: 12/14/2020) |
| 12/14/2020 | 124 | ANSWER to Amended Complaint,, 96 with JURY DEMAND *and Defenses* filed by Original Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell.(Mayer, Heather) (Entered: 12/14/2020) |

| 12/15/2020 | 125 | PLAINTIFFS' OPPOSITION TO re: NOTICE OF MOTION AND MOTION to Expedite Final Ruling on Plaintiffs' Motion for Preliminary Injunction - *No Hearing Required* 122 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Brian T. Grace in support of Plaintiffs' Opposition to Defendants' Motion for an Expedited Ruling on Plaintiffs' Motion for Preliminary Injunction)(Baker, Ryan) (Entered: 12/15/2020) |
|---|---|---|
| 12/15/2020 | 126 | OBJECTIONS to Declaration (Motion related), 123 *Objections to the Declaration of Dr. Robert Cornell in support of Defendants' Motion for an Expedited Final Ruling on Plaintiffs' Motion for Preliminary Injunction* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 12/15/2020) |
| 12/16/2020 | 127 | REPLY TO *Plaintiffs' Opposition to the Motion for an Expedited Final Ruling on Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 125)* filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell. (Mayer, Heather) (Entered: 12/16/2020) |
| 12/16/2020 | 128 | RESPONSE filed by Defendants Augmenta, LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornellto Objection, 126 *to Plaintiffs' Objections to Dr. Robert Cornell's Declaration in Support of Defendants' Motion for an Expedited Final Ruling on Plaintiffs' Motion for Preliminary Injunction* (Mayer, Heather) (Entered: 12/16/2020) |
| 12/21/2020 | 129 | ANSWER to Amended Complaint,, 96 with JURY DEMAND *and Defenses* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Run Wang.(Attorney Heather Lynn Mayer added to party AM Founders LLC(pty:dft), Attorney Heather Lynn Mayer added to party Augmenta Investors LLC(pty:dft), Attorney Heather Lynn Mayer added to party Capital Urology Associates LLC(pty:dft), Attorney Heather Lynn Mayer added to party Cornell Cosmetic Urology LLC(pty:dft), Attorney Heather Lynn Mayer added to party Richard B Finger(pty:dft), Attorney Heather Lynn Mayer added to party Hans Mische LLC(pty:dft), Attorney Heather Lynn Mayer added to party Jonathan Clavell Hernandez(pty:dft), Attorney Heather Lynn Mayer added to party Huck Medical Technologies Inc(pty:dft), Attorney Heather Lynn Mayer added to party LATA Lignum LLC(pty:dft), Attorney Heather Lynn Mayer added to party Hans Mische(pty:dft), Attorney Heather Lynn Mayer added to party David Louis Nichols(pty:dft), Attorney Heather Lynn Mayer added to party OAM LLC(pty:dft), Attorney Heather Lynn Mayer added to party RW Global Men's Health Consultation Services PLLC(pty:dft), Attorney Heather Lynn Mayer added to party Run Wang(pty:dft))(Mayer, Heather) (Entered: 12/21/2020) |
| 01/08/2021 | 130 | ORDER DENYING PLAINTIFFS APPLICATION TO FILE UNDER SEAL: 1 UNREDACTED VERSION OF PLAINTIFFS REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; 2 EXHIBITS A AND C TO THE SUPPLEMENTAL DECLARATION OF BRIAN T. GRACE, 75 by Judge Consuelo B. Marshall: Based on Plaintiffs Application, and compelling reasons appearingtherefrom, Plaintiffs Application is DENIED and IT IS HEREBY ORDERED thatthe following documents and portions thereof shall NOT be filed under seal. See order for further details. (shb) (Entered: 01/08/2021) |
| 01/08/2021 | 131 | APPLICATION for Protective Order *[PROPOSED] FIRST AMENDED STIPULATED PROTECTIVE ORDER* filed by Plaintiff James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 01/08/2021) |

| 01/11/2021 | 132 | FIRST AMENDED STIPULATED PROTECTIVE ORDER by Magistrate Judge Rozella A. Oliver: granting 131 Application for Protective Order (dml) (Entered: 01/11/2021) |
|---|---|---|
| 01/11/2021 | 133 | NOTICE OF LODGING filed re Order on Motion for Leave to File Document Under Seal,, 130 (Attachments: # 1 Plaintiffs' Reply in Support of Motion for Preliminary Injunction, # 2 Exhibit A to the Supplemental Declaration of Brian T. Grace in Support of Plaintiffs' Motion for Preliminary Injunction, # 3 Exhibit C to the Supplemental Declaration of Brian T. Grace in Support of Plaintiffs' Motion for Preliminary Injunction) (Baker, Ryan) (Entered: 01/11/2021) |
| 01/12/2021 | 134 | RESPONSE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.to Motion Hearing,,,, Order on Motion for Leave,,,, Order on Motion for Preliminary Injunction,,,, Order on Sealed Motion (Generic sealed motion type event),,, 95 , Amended Minutes,,,, 99 *NOTICE RE COURT ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKTS. 95, 99]* (Attachments: # 1 Declaration of Brian T. Grace)(Baker, Ryan) (Entered: 01/12/2021) |
| 01/13/2021 | 135 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Run Wangto Response, 134 *to Plaintiffs' January 12, 2021 Notice Re. Plaintiffs' Motion for Preliminary Injunction* (Mayer, Heather) (Entered: 01/13/2021) |
| 01/20/2021 | 136 | ORDER RE: COURTS RULING ON OBJECTIONS TO EVIDENCE IN SUPPORT OF DEFENDANTS MOTION FOR AN EXPEDITED FINAL RULING by Judge Consuelo B. Marshall. See order for further details. (shb) (Entered: 01/20/2021) |
| 01/20/2021 | 137 | ORDER GRANTING PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION, 122 by Judge Consuelo B. Marshall: The Court grants Plaintiffs motion for preliminary injunction and makes the following findings: 1. Plaintiffs are likely to prevail on the merits of their claims against Defendants for trademark infringement in violation of 15 U.S.C § 1114, et seq. and trade secret misappropriation in violation of the Defend Trade Secrets Act, 18 U.S.C. § 1836. 2. Plaintiffs are likely to suffer irreparable harm without intervention of this Court. 3. The balance of hardships and the public interest tips decidedly in favor of issuing a preliminary injunction. 4. Further, the public interest supports the protection of Plaintiffs valid intellectual property rights. IT IS SO ORDERED. (shb) (Entered: 01/20/2021) |
| 01/20/2021 | 138 | PRELIMINARY INJUNCTION by Judge Consuelo B. Marshall. See order for details. (shb) (Entered: 01/20/2021) |
| 01/20/2021 | 139 | ORDER RE FINDINGS OF FACT AND CONCLUSIONS OF LAW by Judge Consuelo B. Marshall. See order for details. (shb) (Entered: 01/20/2021) |
| 01/25/2021 | 140 | NOTICE of Change of Attorney Business or Contact Information: for attorney Ryan G Baker counsel for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Changing firm name to Waymaker LLP. Changing e-mail to rbaker@waymakerlaw.com. Filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 01/25/2021) |
| 02/01/2021 | 141 | DECLARATION of Dr. Robert Cornell re Preliminary Injunction 138 *in Compliance with Document Destruction Provisions of the Order* filed by Defendant Robert Cornell. (Mayer, Heather) (Entered: 02/01/2021) |

| | | |
|---|---|---|
| 02/19/2021 | 142 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Run Wang. Appeal of Order 139 , Order on Motion to Expedite,,, 137 , Preliminary Injunction 138 . (Appeal Fee - $505 Fee Paid, Receipt No. ACACDC-30623956.) (Mayer, Heather) (Entered: 02/19/2021) |
| 02/22/2021 | 143 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 21-55144 assigned to Notice of Appeal to 9th Circuit Court of Appeals,, 142 as to Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Menova International, Inc., Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (shb) (Entered: 02/22/2021) |
| 02/24/2021 | 144 | Joint STIPULATION to Continue Trial and Related Dates from January 11, 2022 to Period of no less than 30 days from January 11, 2022 Re: Minutes of In Chambers Order/Directive - no proceeding held,,,,, Terminate Hearings,,,,, Set/Reset Deadlines/Hearings,,,, 36 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 02/24/2021) |
| 02/26/2021 | 145 | ORDER ON JOINT STIPULATION RE: FIRST REQUEST FOR CONTINUANCE OF TRIAL AND RELATED DATES, 144 by Judge Consuelo B. Marshall: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that the parties abide by the following schedule: Fact Discovery to be completed by 5/31/2021.;Discovery cut-off 8/2/2021., Last date to conduct settlement conference is 10/15/2021., Final Pretrial Conference set for 12/7/2021 02:30 PM before Judge Consuelo B. Marshall., Jury Trial set for 2/15/2022 10:00 AM before Judge Consuelo B. Marshall.) See order for further details. IT IS SO ORDERED. (shb) (Entered: 02/26/2021) |
| 03/05/2021 | 146 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals,, 142 filed by RW Global Men's Health Consultation Services PLLC, AM Founders LLC, Huck Medical Technologies Inc, Robert J. Conrell, Robert Cornell, Does, Run Wang, Richard B Finger, Cornell Cosmetic Urology LLC, Jonathan Clavell, Hans Mische, Capital Urology Associates LLC, Augmenta, LLC, OAM LLC, David Louis Nichols, Hans Mische LLC, LATA Lignum LLC, Clavell Urology, PLLC, Augmenta Investors LLC, Jonathan Clavell Hernandez. CCA # 21-55144. Pursuant to the stipulation of the parties (Docket Entry No. 13), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys fees on appeal. A copy of this order shall serve as and for the mandate of this court. (shb) (Entered: 03/08/2021) |
| 03/10/2021 | 147 | NOTICE of Appearance filed by attorney Foster C Johnson on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Attorney Foster C Johnson added to party AM Founders LLC(pty:dft), Attorney |

Foster C Johnson added to party Augmenta Investors LLC(pty:dft), Attorney Foster C Johnson added to party Augmenta, LLC(pty:dft), Attorney Foster C Johnson added to party Capital Urology Associates LLC(pty:dft), Attorney Foster C Johnson added to party Clavell Urology, PLLC(pty:dft), Attorney Foster C Johnson added to party Robert Cornell(pty:dft), Attorney Foster C Johnson added to party Cornell Cosmetic Urology LLC(pty:dft), Attorney Foster C Johnson added to party Does(pty:dft), Attorney Foster C Johnson added to party Richard B Finger(pty:dft), Attorney Foster C Johnson added to party Hans Mische LLC(pty:dft), Attorney Foster C Johnson added to party Jonathan Clavell Hernandez(pty:dft), Attorney Foster C Johnson added to party Huck Medical Technologies Inc(pty:dft), Attorney Foster C Johnson added to party LATA Lignum LLC(pty:dft), Attorney Foster C Johnson added to party Hans Mische(pty:dft), Attorney Foster C Johnson added to party David Louis Nichols(pty:dft), Attorney Foster C Johnson added to party OAM LLC(pty:dft), Attorney Foster C Johnson added to party RW Global Men's Health Consultation Services PLLC(pty:dft), Attorney Foster C Johnson added to party Robert J. Cornell, M.D., P.A.(pty:dft), Attorney Foster C Johnson added to party Run Wang(pty:dft))(Johnson, Foster) (Entered: 03/10/2021)

| 03/11/2021 | 148 | APPLICATION of Non-Resident Attorney John Zavitsanos to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-30900342) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Certificate of Good Standing, # 2 [Proposed] Order, # 3 Proof of Service) (Attorney Heather Lynn Mayer added to party Robert J. Cornell, M.D., P.A.(pty:dft)) (Mayer, Heather) (Entered: 03/11/2021) |
| 03/11/2021 | 149 | APPLICATION of Non-Resident Attorney Shahmeer A. Halepota to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-30901333) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Certificate of Good Standing (TX), # 2 Certificate of Good Standing (NY), # 3 [Proposed] Order, # 4 Proof of Service) (Mayer, Heather) (Entered: 03/11/2021) |
| 03/11/2021 | 150 | APPLICATION of Non-Resident Attorney Michael A. Killingsworth to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, |

| | | Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-30901475) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Certificate of Good Standing, # 2 [Proposed] Order, # 3 Proof of Service) (Mayer, Heather) (Entered: 03/11/2021) |
|---|---|---|
| 03/16/2021 | 151 | ORDER by Judge Consuelo B. Marshall: GRANTING John Zavitsanos, Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Heather L. Mayer as local counsel. (shb) (Entered: 03/16/2021) |
| 03/16/2021 | 152 | ORDER by Judge Consuelo B. Marshall: GRANTING 149 Non-Resident Attorney Shahmeer A. Halepota APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Heather L. Mayer as local counsel. (shb) (Entered: 03/16/2021) |
| 03/16/2021 | 153 | ORDER by Judge Consuelo B. Marshall: GRANTING 150 Non-Resident Attorney Michael A. Killingsworth APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Heather L. Mayer as local counsel. (shb) (Entered: 03/16/2021) |
| 03/25/2021 | 154 | REQUEST TO SUBSTITUTE ATTORNEY Kevin F. Ruf in place of attorney Heather Lynn Mayer filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Attorney Kevin F Ruf added to party AM Founders LLC(pty:dft), Attorney Kevin F Ruf added to party Augmenta Investors LLC(pty:dft), Attorney Kevin F Ruf added to party Augmenta, LLC(pty:dft), Attorney Kevin F Ruf added to party Capital Urology Associates LLC(pty:dft), Attorney Kevin F Ruf added to party Clavell Urology, PLLC(pty:dft), Attorney Kevin F Ruf added to party Robert Cornell(pty:dft), Attorney Kevin F Ruf added to party Cornell Cosmetic Urology LLC(pty:dft), Attorney Kevin F Ruf added to party Richard B Finger(pty:dft), Attorney Kevin F Ruf added to party Hans Mische LLC(pty:dft), Attorney Kevin F Ruf added to party Jonathan Clavell Hernandez(pty:dft), Attorney Kevin F Ruf added to party Huck Medical Technologies Inc(pty:dft), Attorney Kevin F Ruf added to party LATA Lignum LLC(pty:dft), Attorney Kevin F Ruf added to party Hans Mische(pty:dft), Attorney Kevin F Ruf added to party David Louis Nichols(pty:dft), Attorney Kevin F Ruf added to party OAM LLC(pty:dft), Attorney |

| | | Kevin F Ruf added to party RW Global Men's Health Consultation Services PLLC(pty:dft), Attorney Kevin F Ruf added to party Robert J. Cornell, M.D., P.A. (pty:dft), Attorney Kevin F Ruf added to party Run Wang(pty:dft)) (Ruf, Kevin) (Entered: 03/25/2021) |
|---|---|---|
| 03/25/2021 | [155](#) | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of Texas filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 4/27/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # [1](#) Declaration Decl. of M. Killingsworth, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Exhibit I, # [11](#) Exhibit J, # [12](#) Exhibit K, # [13](#) Exhibit L, # [14](#) Exhibit M, # [15](#) Exhibit N, # [16](#) Exhibit O, # [17](#) Proposed Order) (Attorney Michael A. Killingsworth added to party Jonathan Clavell(pty:dft), Attorney Michael A. Killingsworth added to party Robert J. Conrell(pty:dft)) (Killingsworth, Michael) (Entered: 03/25/2021) |
| 03/30/2021 | [156](#) | NOTICE OF MOTION AND MOTION to Quash Subpoena for Production of Documents, Information, or Objects or Permit Inspection to The University of Texas MD Anderson Cancer Center filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 4/20/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # [1](#) Declaration Decl. of Brian T. Grace, # [2](#) Declaration Decl. of Michael Killingsworth, # [3](#) Proposed Order)(Killingsworth, Michael) (Entered: 03/30/2021) |
| 03/31/2021 | [157](#) | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY, [154](#) by Judge Consuelo B. Marshall: The Court hereby orders the request of Defendants (See Attachment A) to substitute Attorney Kevin F. Ruff of Glancy Prongay and Murray, LLP for defendants in place and instead of attorney Heather Lynn Mayer. Added attorney Kevin F Ruf for AM Founders LLC,Kevin F Ruf for Augmenta Investors LLC,Kevin F Ruf for Augmenta, LLC,Kevin F Ruf for Capital Urology Associates LLC,Kevin F Ruf for Clavell Urology, PLLC,Kevin F Ruf for Robert Cornell,Kevin F Ruf for Cornell Cosmetic Urology LLC,Kevin F Ruf for Richard B Finger,Kevin F Ruf for Hans Mische LLC,Kevin F Ruf for Jonathan Clavell Hernandez,Kevin F Ruf for Huck Medical Technologies Inc,Kevin F Ruf for LATA Lignum LLC,Kevin F Ruf for Hans Mische,Kevin F Ruf for David Louis Nichols,Kevin F Ruf for OAM LLC,Kevin F Ruf for RW Global Men's Health Consultation Services PLLC,Kevin F Ruf for Robert J. Cornell, M.D., P.A.,Kevin F Ruf for Run Wang. Attorney Heather Lynn Mayer terminated (shb) (Entered: 04/01/2021) |

| 04/06/2021 | 158 | SUPPLEMENT to MOTION to Quash Subpoena for Production of Documents, Information, or Objects or Permit Inspection to The University of Texas MD Anderson Cancer Center 156 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Killingsworth, Michael) (Entered: 04/06/2021) |
|---|---|---|
| 04/06/2021 | 159 | OPPOSITION re: NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of Texas 155 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Duncan Louie in support of Plaintiffs' Opposition to Motion to Transfer Venue, # 2 Declaration of James Elist, MD, in support of Plaintiffs' Opposition to Motion to Transfer Venue, # 3 Declaration of Jonathan Elist in support of Plaintiffs' Opposition to Motion to Transfer Venue, # 4 Declaration of Brian T. Grace in support of Plaintiffs' Opposition to Motion to Transfer Venue)(Baker, Ryan) (Entered: 04/06/2021) |
| 04/13/2021 | 160 | APPLICATION of Non-Resident Attorney Monica M. Moussighi to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-31108313) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Attorney Kevin F Ruf added to party Does(pty:dft)) (Ruf, Kevin) (Entered: 04/13/2021) |
| 04/13/2021 | 161 | REPLY in support of NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of Texas 155 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Of Dr. Robert Cornell)(Attorney Michael A. Killingsworth added to party Does(pty:dft))(Killingsworth, Michael) (Entered: 04/13/2021) |
| 04/14/2021 | 162 | SCHEDULING NOTICE by Magistrate Judge Rozella A. Oliver, re: MOTION to Quash Subpoena for Production of Documents 156 previously scheduled for 4/20/2021 at 10:00 AM before District Judge Consuelo B. Marshall has been rescheduled. Telephonic Motion hearing is set for 4/21/2021 at 10:00 AM before Magistrate Judge Rozella A. Oliver. Call-in information provided via email.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dml) TEXT ONLY ENTRY (Entered: 04/14/2021) |
| 04/16/2021 | 168 | AMENDED ORDER by Judge Consuelo B. Marshall: granting 148 Non-Resident Attorney John Zavitsanos APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic |

| | | |
|---|---|---|
| | | Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Heather L. Mayer as local counsel. (shb) (Entered: 04/22/2021) |
| 04/19/2021 | 163 | APPLICATION of Non-Resident Attorney Alexander M. Dvorscak to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-31143640) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Ruf, Kevin) (Entered: 04/19/2021) |
| 04/20/2021 | 164 | Notice of Appearance or Withdrawal of Counsel: for attorney Scott Matthew Malzahn counsel for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Adding Scott M. Malzahn as counsel of record for International Medical Devices, Inc., Menova International, Inc., and James Elist, MD for the reason indicated in the G-123 Notice. Filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc., and James Elist, MD. (Attorney Scott Matthew Malzahn added to party James Elist(pty:pla), Attorney Scott Matthew Malzahn added to party International Medical Devices, Inc. (pty:pla), Attorney Scott Matthew Malzahn added to party Menova International, Inc.(pty:pla))(Malzahn, Scott) (Entered: 04/20/2021) |
| 04/21/2021 | 165 | MINUTES OF HEARING ON DEFENDANTS' MOTION TO QUASH 156 held before Magistrate Judge Rozella A. Oliver: For the reasons stated on the record, Defendants' motion to quash or, alternatively, for a protective order is DENIED. See Order for complete details. Court Recorder: AT&T System. (dml) (Entered: 04/21/2021) |
| 04/21/2021 | 166 | ORDER by Judge Consuelo B. Marshall: GRANTING 160 Non-Resident Attorney Monica M. Moussinghi APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Kevin Ruf as local counsel. (shb) (Entered: 04/22/2021) |
| 04/21/2021 | 167 | ORDER by Judge Consuelo B. Marshall: GRANTING 163 Non-Resident Attorney Alexander M. Dvorsack APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Kevin Ruf as local counsel. (shb) (Entered: 04/22/2021) |

| | | |
|---|---|---|
| 04/21/2021 | 169 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, the motion tor transfer the case 155 , currently scheduled for April 27, 2021, is hereby ordered continued to JUNE 1, 2021 at 10:00 a.m. IT IS SO ORDERED. (shb) (Entered: 04/22/2021) |
| 04/22/2021 | 170 | Notice of Appearance or Withdrawal of Counsel: for attorney Natalie S Pang counsel for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Filed by Defendants Robert Cornell, M.D. et al.. (Attorney Natalie S Pang added to party AM Founders LLC(pty:dft), Attorney Natalie S Pang added to party Augmenta Investors LLC(pty:dft), Attorney Natalie S Pang added to party Augmenta, LLC(pty:dft), Attorney Natalie S Pang added to party Capital Urology Associates LLC(pty:dft), Attorney Natalie S Pang added to party Clavell Urology, PLLC(pty:dft), Attorney Natalie S Pang added to party Robert Cornell(pty:dft), Attorney Natalie S Pang added to party Cornell Cosmetic Urology LLC(pty:dft), Attorney Natalie S Pang added to party Richard B Finger(pty:dft), Attorney Natalie S Pang added to party Hans Mische LLC(pty:dft), Attorney Natalie S Pang added to party Jonathan Clavell Hernandez(pty:dft), Attorney Natalie S Pang added to party Huck Medical Technologies Inc(pty:dft), Attorney Natalie S Pang added to party LATA Lignum LLC(pty:dft), Attorney Natalie S Pang added to party Hans Mische(pty:dft), Attorney Natalie S Pang added to party David Louis Nichols(pty:dft), Attorney Natalie S Pang added to party OAM LLC(pty:dft), Attorney Natalie S Pang added to party RW Global Men's Health Consultation Services PLLC(pty:dft), Attorney Natalie S Pang added to party Robert J. Cornell, M.D., P.A.(pty:dft), Attorney Natalie S Pang added to party Run Wang(pty:dft)) (Pang, Natalie) (Entered: 04/22/2021) |
| 04/22/2021 | 171 | NOTICE OF MOTION AND MOTION of Tod T. Tumey, Eric M. Adams, and David K. Wooten to Withdraw as Attorney filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Natalie S. Pang, # 2 Proposed Order) (Pang, Natalie) (Entered: 04/22/2021) |
| 05/26/2021 | 172 | MOTION RE: INFORMAL DISCOVERY DISPUTE. The parties have requested an informal discovery conference with Magistrate Judge Rozella A. Oliver. A telephonic discovery conference is set for May 28, 2021 at 1:30 p.m. before Magistrate Judge Rozella A. Oliver. Call-in information to be provided via email. (dml) (Entered: 05/26/2021) |
| 05/28/2021 | 173 | MINUTES OF INFORMAL DISCOVERY CONFERENCE 172 held before Magistrate Judge Rozella A. Oliver: A telephonic hearing was held regarding Defendants' Interrogatory No. 10, in which Defendants seek information about patient complaints and/or complications regarding the Penuma device or Penuma implant procedure. See Order for complete details. Court Recorder: AT&T System. (dml) (Entered: 05/28/2021) |
| 05/28/2021 | 174 | MINUTE ORDER IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re Motion to transfer 155 on JUNE 1, 2021 AT at 10:00 a.m. (see document for further details) (bm) (Entered: 05/28/2021) |

| 05/28/2021 | [175](#) | NOTICE OF MOTION AND MOTION to Amend filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 6/29/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Proposed Order) (Dvorscak, Alexander) (Entered: 05/28/2021) |
|---|---|---|
| 05/31/2021 | [176](#) | NOTICE OF LODGING filed *Plaintiffs' Notice of Lodging of Defendants' Fourth Amended Initial Disclosures* re NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of Texas [155](#) (Baker, Ryan) (Entered: 05/31/2021) |
| 05/31/2021 | [177](#) | Joint STIPULATION to Continue Limited Deposition-Related Fact Discovery and Expert Deadlines Only Re: Order,,, Set/Reset Deadlines/Hearings,, [145](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) Proposed Order on Joint Stipulation Re: Second Request for Continuance of Limited Deposition-Related Fact Discovery and Expert Deadlines Only)(Baker, Ryan) (Entered: 05/31/2021) |
| 06/01/2021 | [178](#) | MINUTES IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: The Court finds that the Motion to transfer case to Southern District of Texas [155](#) currently set for hearing on June 1, 2021, is appropriate for decision without oral argument. Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on June 1, 2021. A written order will issue. IT IS SO ORDERED. (shb) (Entered: 06/01/2021) |
| 06/01/2021 | [179](#) | APPLICATION to file document *PLAINTIFFS NOTICE OF LODGING OF DEFENDANTS FOURTH AMENDED INITIAL DISCLOSURES (DKT NO. 176)* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) Proposed Order, # [2](#) Redacted Document)(Baker, Ryan) (Entered: 06/01/2021) |
| 06/01/2021 | [180](#) | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *PLAINTIFFS NOTICE OF LODGING OF DEFENDANTS FOURTH AMENDED INITIAL DISCLOSURES (DKT NO. 176)* under seal [179](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) Unredacted Document)(Baker, Ryan) (Entered: 06/01/2021) |
| 06/02/2021 | [181](#) | ORDER ON JOINT STIPULATION RE: SECOND REQUEST FOR CONTINUANCE OF LIMITEDDEPOSITION-RELATED FACT DISCOVERY AND EXPERT DEADLINES ONLY [177](#) by Judge Consuelo B. Marshall: The Court ORDERS that the parties abide by the following schedule: Fact Discovery - Remains May 31, 2021, but fact discovery shall remain open for the limited purpose of conducting certain depositions. Initial expert report due no later than July 29, 2021. Rebuttal expert report due August 30, 2021. Expert discovery shall be complete on or before October 1, 2021. IT IS SO ORDERED. See order for further details. (shb) (Entered: 06/02/2021) |
| 06/02/2021 | [182](#) | ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL [171](#) by Judge Consuelo B. Marshall: IT IS HEREBY ORDERED that Tod T. Tumey, Eric M. Adams and David K. Wooten, of the law firm of Tumey LLP, are hereby withdrawn as counsel of record in this matter on behalf of Defendants Robert Cornell, et al. (shb) (Entered: 06/02/2021) |
| 06/02/2021 | [183](#) | EX PARTE APPLICATION to Continue on Defendants' Motion for Leave to Amend from June 29, 2021 to July 6, 2021 filed by Plaintiffs James Elist, International Medical |

| | | Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to Set Hearing Date and Briefing Schedule for Defendants' Motion for Leave to Amend, # 2 Exhibit A to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to Set Hearing Date and Briefing Schedule for Defendants' Motion for Leave to Amend, # 3 Exhibit B to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to Set Hearing Date and Briefing Schedule for Defendants' Motion for Leave to Amend, # 4 Exhibit C to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to Set Hearing Date and Briefing Schedule for Defendants' Motion for Leave to Amend, # 5 Exhibit D to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to Set Hearing Date and Briefing Schedule for Defendants' Motion for Leave to Amend, # 6 Proposed Order Granting Plaintiffs' Ex Parte Application to Set Hearing Date and Briefing Schedule for Defendants' Motion for Leave to Amend) (Baker, Ryan) (Entered: 06/02/2021) |
|---|---|---|
| 06/03/2021 | 184 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wangto EX PARTE APPLICATION to Continue on Defendants' Motion for Leave to Amend from June 29, 2021 to July 6, 2021 183 (Attachments: # 1 Declaration of Alexander Dvorscak, # 2 Exhibit 1 to Declaration of Alexander Dvorscak)(Dvorscak, Alexander) (Entered: 06/03/2021) |
| 06/04/2021 | 185 | ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO SET HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR LEAVE TO AMEND 183 by Judge Consuelo B. Marshall. IT IS HEREBY ORDERED THAT: 1. The ex parte application is GRANTED. 2. Plaintiffs' Opposition to Defendants' Motion for Leave to Amend is due on June 15, 2021; 3. Defendants Reply to Defendants' Motion for Leave to Amend is due on June 22, 2021; and 4. The hearing on Defendants' Motion for Leave to Amend will occur on July 8, 2021. (lom) (Entered: 06/04/2021) |
| 06/07/2021 | 186 | Notice of Electronic Filing re Order on Motion to Continue,, 185 e-mailed to Scott Matthew Malzahn at snalzahn@waymakerlaw.com bounced due to Typo in email by Clerk. Primary e-mail address corrected. Notice of Electronic Filing resent addressed to smalzahn@waymakerlaw.com. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ir) TEXT ONLY ENTRY (Entered: 06/07/2021) |
| 06/08/2021 | 187 | SCHEDULING NOTICE by Magistrate Judge Rozella A. Oliver. The parties have requested the Court's assistance re deposition in progress. Telephone Conference is set for 6/8/2021 at 1:40 PM before Magistrate Judge Rozella A. Oliver. Call-in information provided via email.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dml) TEXT ONLY ENTRY (Entered: 06/08/2021) |
| 06/08/2021 | 188 | MINUTE ORDER RE DEPOSITION ISSUE held before Magistrate Judge Rozella A. Oliver: The case was called and the parties entered their appearances. A telephonic hearing was held regarding issues that arose during a deposition that Plaintiff's counsel was taking today. Counsel for both parties agreed to resume the deposition as soon as practicable. The Court indicated that it would be available going forward to hear from counsel regarding further issues in this or other scheduled depositions. IT IS SO ORDERED. Court Recorder: AT&T 6/8/2021. (jm) (Entered: 06/08/2021) |

| | | |
|---|---|---|
| 06/09/2021 | 189 | TRANSCRIPT ORDER as to Defendant Robert J. Conrell for Court Smart (CS). Court will contact Alma Alvarez at aalvarez@azalaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the transcription company. (Johnson, Foster) (Entered: 06/09/2021) |
| 06/10/2021 | 190 | APPLICATION of Non-Resident Attorney Karen B. Peck to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-31447031) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Ruf, Kevin) (Entered: 06/10/2021) |
| 06/10/2021 | 191 | TRANSCRIPT ORDER as to Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. for Court Smart (CS). (Baker, Ryan) (Entered: 06/10/2021) |
| 06/10/2021 | 192 | TRANSCRIPT for proceedings held on 5/28/21. Court Reporter/Electronic Court Recorder: JAMS Certified Transcription, phone number 661 609-4528. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/1/2021. Redacted Transcript Deadline set for 7/12/2021. Release of Transcript Restriction set for 9/8/2021. (Entered: 06/10/2021) |
| 06/10/2021 | 193 | TRANSCRIPT for proceedings held on 6/8/21. Court Reporter/Electronic Court Recorder: JAMS Certified Transcription, phone number 661 609-4528. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/1/2021. Redacted Transcript Deadline set for 7/12/2021. Release of Transcript Restriction set for 9/8/2021. (ha) (Entered: 06/10/2021) |
| 06/10/2021 | 194 | NOTICE OF FILING TRANSCRIPT filed for proceedings 5/28/21 & 6/8/21 re Transcript 192 , 193 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ha) TEXT ONLY ENTRY (Entered: 06/10/2021) |
| 06/11/2021 | 195 | ORDER DENYING PLAINTIFFS APPLICATION TO FILE UNDER SEAL PLAINTIFFS NOTICE OFLODGING OF DEFENDANTS FOURTH AMENDED INITIAL DISCLOSURES (DKT NO. 176), 179 by Judge Consuelo B. Marshall: Based on Plaintiffs Application, Plaintiffs Application is DENIED Defendant did not file a declaration within 4 days pursuant to Local Rule 79-5.2.2(b). IT IS HEREBY ORDERED that the following documents and portions thereof shall NOT be filed under seal: portions thereof shall NOT be filed under seal: Plaintiffs Notice of Lodging of Defendants Fourth Amended Initial Disclosures (DKT No. 176) - Entire Document - Not to be filed under seal. Exhibit A to Plaintiffs Notice of Lodging of Defendants Fourth Amended Initial Disclosures (DKT No. 176) IT IS SO ORDERED. (shb) (Entered: 06/14/2021) |
| 06/14/2021 | 196 | NOTICE filed by Defendant Robert Cornell. *of Intention to Take Oral and Video Depo of Ramin Faghihi* (Johnson, Foster) (Entered: 06/14/2021) |

| 06/14/2021 | 197 | NOTICE OF MOTION AND MOTION to MODIFY THE SCHEDULING ORDER filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 7/13/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Proposed Order) (Johnson, Foster) (Entered: 06/14/2021) |
|---|---|---|
| 06/14/2021 | 198 | NOTICE OF SERVICE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, *Motion to Show Cause and Compel Compliance by Kambiz Tajkarimi, M.D.* served on 6/14/2021. (Attachments: # 1 Memorandum, # 2 Exhibit A-K, # 3 NOH, # 4 Proposed Order)(Johnson, Foster) (Entered: 06/14/2021) |
| 06/14/2021 | 199 | NOTICE OF SERVICE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, *Motion to Shorten Time for Response* served on 6/14/2021. (Attachments: # 1 Memorandum, # 2 Proposed Order)(Johnson, Foster) (Entered: 06/14/2021) |
| 06/15/2021 | 200 | MINUTES (IN CHAMBERS) - ORDER RE MOTION TO TRANSFER CASE, 155 by Judge Consuelo B. Marshall: Balancing these factors, which mostly weigh against transfer, Defendants have not made a showing of inconvenience sufficient to warrant upsetting Plaintiffs choice of forum. See Decker Coal, 805 F.2d at 843.Accordingly, the Court DENIES Defendants Motion. IT IS SO ORDERED. See order for more information. (shb) (Entered: 06/15/2021) |
| 06/15/2021 | 201 | CERTIFICATE OF SERVICE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, *Por Hac Vice of Alexander Dvorscak* served on 6/15/2021. (Johnson, Foster) (Entered: 06/15/2021) |
| 06/15/2021 | 202 | CERTIFICATE OF SERVICE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, *Pro Hac Vice of Foster Johnson* served on 6/15/2021. (Johnson, Foster) (Entered: 06/15/2021) |

| | | |
|---|---|---|
| 06/15/2021 | 203 | APPLICATION to file document *Exhibits F, J and P to Declaration of Brian T. Grace iso of Opposition to Defendants' Motion for Leave to Amend and to Revise Scheduling Order* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Redacted Document Exhibit F to Declaration of Brian T. Grace, # 3 Redacted Document Exhibit J to Declaration of Brian T. Grace, # 4 Redacted Document Exhibit P to Declaration of Brian T. Grace) (Baker, Ryan) (Entered: 06/15/2021) |
| 06/15/2021 | 204 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits F, J and P to Declaration of Brian T. Grace iso of Opposition to Defendants' Motion for Leave to Amend and to Revise Scheduling Order* under seal 203 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Unredacted Document Exhibit F to Declaration of Brian T. Grace, # 2 Unredacted Document Exhibit J to Declaration of Brian T. Grace, # 3 Unredacted Document Exhibit P to Declaration of Brian T. Grace)(Baker, Ryan) (Entered: 06/15/2021) |
| 06/15/2021 | 205 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Amend 175 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of James Elist MD, # 2 Exhibit A to Declaration of James Elist MD, # 3 Exhibit Bto Declaration of James Elist MD, # 4 Exhibit C to Declaration of James Elist MD, # 5 Exhibit D to Declaration of James Elist MD, # 6 Exhibit E to Declaration of James Elist MD)(Baker, Ryan) (Entered: 06/15/2021) |
| 06/15/2021 | 206 | DECLARATION of Brian T. Grace in opposition to NOTICE OF MOTION AND MOTION to Amend 175 *Declaration of Brian T. Grace iso Plaintiffs' Opposition to Defendants' Motion for Leave to Amend and to Revise Scheduling Order* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Grace, Brian) (Entered: 06/15/2021) |
| 06/16/2021 | 207 | NOTICE OF INTENTION TO TAKE ORAL/VIDEO DEPOSITION AND NOTICE OF SUBPOENA - DR. KAMBIZ TAJKARIMI filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 06/16/2021) |
| 06/18/2021 | 208 | DECLARATION of Alexander Dvorscak in support of APPLICATION to file document *Exhibits F, J and P to Declaration of Brian T. Grace iso of Opposition to Defendants' Motion for Leave to Amend and to Revise Scheduling Order* under seal 203 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Pang, Natalie) (Entered: 06/18/2021) |
| 06/21/2021 | 209 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,, 204 served on June 15, 2021. (Baker, Ryan) (Entered: 06/21/2021) |

| 06/21/2021 | [210](#) | ORDER by Judge Consuelo B. Marshall: GRANTING [190](#) Non-Resident Attorney Karen B. Peck APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-31447031) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Kevin Ruf as local counsel. (shb) (Entered: 06/22/2021) |
|---|---|---|
| 06/22/2021 | [211](#) | REPLY in support NOTICE OF MOTION AND MOTION to Amend [175](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 06/22/2021) |
| 06/22/2021 | [212](#) | APPLICATION for Leave to file Under Seal Exhibits to the Declaration of Alexander M. Dvorscak in Support of Defendants' Reply to Motion for Leave to Amend filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Proposed Order) (Johnson, Foster) (Entered: 06/22/2021) |
| 06/22/2021 | [213](#) | DECLARATION of Alexander M. Dvorscak in support of APPLICATION for Leave to file Under Seal Exhibits to the Declaration of Alexander M. Dvorscak in Support of Defendants' Reply to Motion for Leave to Amend [212](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 1)(Johnson, Foster) (Entered: 06/22/2021) |
| 06/22/2021 | [214](#) | APPLICATION to file document *Declaration of Alexander Dvorscak* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Proposed Order)(Johnson, Foster) (Entered: 06/22/2021) |
| 06/22/2021 | [215](#) | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Declaration of Alexander Dvorscak* under seal [214](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B |

| | | Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35)(Johnson, Foster) (Entered: 06/22/2021) |
|---|---|---|
| 06/22/2021 | 216 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to MODIFY THE SCHEDULING ORDER 197 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Brian T. Grace in support of Plaintiffs' Opposition to Motion to Modify Scheduling Order and Extend Discovery Deadline, # 2 Declaration of Melissa A. Meister in support of Plaintiffs' Opposition to Motion to Modify Scheduling Order and Extend Discovery Deadline) (Baker, Ryan) (Entered: 06/22/2021) |
| 06/23/2021 | 217 | OBJECTIONS to Sealed Declaration in SupportDeclaration,,,, 215 *PLAINTIFFS OBJECTIONS TO THE DECLARATION OF ALEXANDER M. DVORSCAK IN SUPPORT OF DEFENDANTS REPLY TO DEFENDANTS MOTION FOR LEAVE TO AMEND* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 06/23/2021) |
| 06/23/2021 | 218 | MINUTES (IN CHAMBERS) NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall. On the Court's own motion, the defendant's motion to amend 175 , currently scheduled for July 8, 2021, is hereby advanced to July 7, 2021 at 10:00 a.m. (iv) (Entered: 06/23/2021) |
| 06/24/2021 | 219 | ORDER REGARDING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL: EXHIBITS F, J, AND P TO THE DECLARATION OF BRIAN T. GRACE 203 by Judge Consuelo B. Marshall: granting 203 APPLICATION to Seal Document. Plaintiffs Application is GRANTED. (et) (Entered: 06/24/2021) |
| 06/25/2021 | 220 | NOTICE of Service filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. *of Defendants' Reply in Support of Their Motion to Show Cause and to Compel Compliance by Tajkarimi* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Johnson, Foster) (Entered: 06/25/2021) |
| 06/25/2021 | 221 | NOTICE of Service filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. *of the Declaration of Alexander M. Dvorscak* (Johnson, Foster) (Entered: 06/25/2021) |
| 06/28/2021 | 222 | APPLICATION of Non-Resident Attorney Weining Bai to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, |

| | | Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-31539637) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Ruf, Kevin) (Entered: 06/28/2021) |
|---|---|---|
| 06/28/2021 | 223 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Declaration of Alexander Dvorscak* under seal 214 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 06/28/2021) |
| 06/29/2021 | 224 | RESPONSE IN SUPPORT of NOTICE OF MOTION AND MOTION to MODIFY THE SCHEDULING ORDER 197 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Alexander Dvorscak, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N)(Johnson, Foster) (Entered: 06/29/2021) |
| 06/29/2021 | 225 | APPLICATION to file document *Declaration of Alexander Dvorscak* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Johnson, Foster) (Entered: 06/29/2021) |
| 06/29/2021 | 226 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Declaration of Alexander Dvorscak* under seal 225 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Johnson, Foster) (Entered: 06/29/2021) |
| 06/30/2021 | 227 | NOTICE OF LODGING filed *Proposed Order* re APPLICATION to file document *Declaration of Alexander Dvorscak* under seal 214 (Attachments: # 1 Exhibit A)(Johnson, Foster) (Entered: 06/30/2021) |
| 06/30/2021 | 228 | STIPULATION to Compel Deposition of Thomas Hopper filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, |

| | | |
|---|---|---|
| | | OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Johnson, Foster) (Entered: 06/30/2021) |
| 06/30/2021 | 229 | ORDER GRANTING DEFENDANTS APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 129 AND 3134 TO THE DECLARATION OF ALEXANDER M. DVORSCAK IN SUPPORT OF DEFENDANTSMOTION FOR LEAVE TO AMEND 212 214 227 by Judge Consuelo B. Marshall: The Court, based on the briefing submitted by the parties, oral argument, if any, and all other matters properly considered by the Court, ORDERS that the motion is GRANTED. It is so ORDERED. (shb) (Entered: 06/30/2021) |
| 06/30/2021 | 230 | ORDER GRANTING AGREED STIPULATION RE: DEPOSITION OF TOM HOPPER 228 by Judge Consuelo B. Marshall: The Court, pursuant to the parties agreement, orders that the deposition of Mr. Thomas Hopper shall be taken within 30 days of the Courtsruling on Defendants Motion for Leave to Amend, if denied. If the Motion forLeave to Amend is granted, Mr. Hopper will be deposed within the new discoveryperiod. Only one deposition will be taken of Mr. Hopper. There will be no otherlimitations in time or scope. It is so ORDERED. (shb) (Entered: 07/01/2021) |
| 07/01/2021 | 231 | ORDER by Judge Consuelo B. Marshall: GRANTING 222 Non-Resident Attorney Weining Bai APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Kevin Ruf as local counsel. (shb) (Entered: 07/01/2021) |
| 07/02/2021 | 232 | SEALED DOCUMENT *Sealed Exhibit F to Declaration of Brian T. Grace* re Declaration (Motion related),, 206 , Order on Motion for Leave to File Document Under Seal, 219 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Sealed Exhibit J to Declaration of Brian T. Grace, # 2 Sealed Exhibit P to Declaration of Brian T. Grace)(Grace, Brian) (Entered: 07/02/2021) |
| 07/02/2021 | 233 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Document, 232 served on July 2, 2021. (Baker, Ryan) (Entered: 07/02/2021) |
| 07/03/2021 | 234 | EX PARTE APPLICATION for Leave to file Sur-Reply to Defendants' Motion to Modify the Scheduling Order and Extend Discovery Deadline filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to File a Sur-Reply, # 2 Exhibit A to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to File a Sur-Reply, # 3 Exhibit B to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to File a Sur-Reply, # 4 Exhibit C to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to File a Sur-Reply, # 5 Exhibit D to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to File a Sur-Reply, # 6 Exhibit E to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to File a Sur-Reply, # 7 Exhibit F to the Declaration of Emily R. Stierwalt in Support of Plaintiffs' Ex Parte Application to File a Sur-Reply, # 8 Proposed Order Granting Plaintiffs' Ex Parte Application for Leave to File a Sur-Reply) (Baker, Ryan) (Entered: 07/03/2021) |
| 07/03/2021 | 235 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische |

| | | |
|---|---|---|
| | | LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wangto Objection, [217] (Halepota, Shahmeer) (Entered: 07/03/2021) |
| 07/06/2021 | [236] | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Declaration of Alexander Dvorscak* under seal [225] filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 07/06/2021) |
| 07/07/2021 | [237] | MINUTES OF HEARING RE DEFENDANT'S MOTION FOR LEAVE TO AMEND [175] ; MOTION TOMODIFY SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINE [197] ; EX PARTE APPLICATION FOR LEA VE TO FILE SUR REPLY [234] held before Judge Consuelo B. Marshall: The case is called and counsel state their appearance. The Court and counsel confer. Following discussions with the parties, the Court advises counsel that the motion for leave to amend [175] and motion do modify scheduling order and extend discove1y deadline [197] are denied and a written order will follow. The Court further orders the ex parte application for leave to file sure reply [234] is denied no further order will be sent out. IT IS SO ORDERED. Court Reporter: Myra Ponce. (shb) (Entered: 07/08/2021) |
| 07/07/2021 | [238] | ORDER GRANTING DEFENDANTS' APPLICATION FOR LEA VE TO FILE UNDER SEAL EXHIBITS 2 AND 4 TO THE DECLARATION OF ALEXANDER M. DVORSCAK IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER [225] by Judge Consuelo B. Marshall: The Court, ORDERS that the motion is GRANTED. IT IS SO ORDERED. See order for details. (shb) (Entered: 07/08/2021) |
| 07/14/2021 | [239] | TRANSCRIPT ORDER as to Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang for Court Reporter. Court will contact Stephanie Liuskos at sliuskos@azalaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Halepota, Shahmeer) (Entered: 07/14/2021) |
| 08/11/2021 | [240] | TRANSCRIPT for proceedings held on 07/07/2021 at 11:09 a.m. Court Reporter/Electronic Court Recorder: Myra L. Ponce, CSR, RDR, CRR, e-mail address myraponce@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 9/1/2021. Redacted Transcript Deadline set for 9/13/2021. Release of Transcript Restriction set for 11/9/2021. (Ponce, Myra) (Entered: 08/11/2021) |
| 08/11/2021 | 241 | NOTICE OF FILING TRANSCRIPT filed for proceedings 07/07/2021 at 11:09 a.m. re Transcript [240] THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Ponce, Myra) TEXT ONLY ENTRY (Entered: 08/11/2021) |
| 08/11/2021 | [242] | ORDER RE: DEFENDANTS MOTION TO MODIFY THE SCHEDULING ORDER [DKT. 197] by Judge Consuelo B. Marshall: The Court DENIES Defendants Motion to Modify the Scheduling Order. IT IS SO ORDERED. (shb) (Entered: 08/12/2021) |
| 08/11/2021 | [244] | ORDER RE: DEFENDANTS MOTION FOR LEAVE TO AMEND [DKT. 175.] by Judge Consuelo B. Marshall: The Court DENIES Defendants Motion. IT IS SO |

| | | |
|---|---|---|
| | | ORDERED. (shb) (Entered: 08/27/2021) |
| 08/26/2021 | 243 | Joint STIPULATION for Order re Dismissal of the Third and Fourth Causes of Action Against All Defendants and Expansion of Page Limits for Briefing of Defendants' Motion for Summary Judgment filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 08/26/2021) |
| 08/31/2021 | 245 | ORDER REGARDING STIPULATION RE: 1 DISMISSAL OF THE THIRD AND FOURTH CAUSES OF ACTION AGAINST ALL DEFENDANTS; AND 2 EXPANSION OF PAGE LIMITS FOR BRIEFING OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT 243 by Judge Consuelo B. Marshall: TheCourt ORDERS that: 1. Plaintiffs third cause of action for Civil RICO, 18 U.S.C. § 1962(c) and fourth cause of action for Civil RICO, 18 U.S.C. § 1962(d) are dismissed with prejudice as to all Defendants pursuant to Fed. R. Civ. P. 41(a), with all parties to bear their own fees and costs related to the third and fourth causes of action; 2. Defendants motion for summary judgment and Plaintiffs opposition shall respectively be no more than 40 pages and Defendants reply, if any, shall be no more than 15 pages. IT IS SO ORDERED. (shb) (Entered: 09/01/2021) |
| 09/03/2021 | 246 | Joint STIPULATION to Continue SUMMARY JUDGMENT AND EXPERT CHALLENGE DEADLINES AND TO SET HEARING DATE Re: Order,,, Set/Reset Deadlines,, 181 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 [PROPOSED] ORDER ON JOINT STIPULATION RE: REQUEST TO CONTINUE SUMMARY JUDGMENT AND EXPERT CHALLENGE DEADLINES AND TO SET HEARING DATE)(Baker, Ryan) (Entered: 09/03/2021) |
| 09/07/2021 | 247 | APPLICATION of Non-Resident Attorney Omar A. Marawi to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-31941050) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Ruf, Kevin) (Entered: 09/07/2021) |
| 09/10/2021 | 248 | ORDER by Judge Consuelo B. Marshall: GRANTING Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, designating Kevin Ruf as local counsel. (shb) (Entered: 09/13/2021) |
| 09/13/2021 | 249 | STIPULATION to Clarify Scope of Claims and Relief filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, |

| | | |
|---|---|---|
| | | RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Johnson, Foster) (Entered: 09/13/2021) |
| 09/13/2021 | 250 | ORDER ON JOINT STIPULATION RE: SCOPE OF CLAIMS AND RELIEF, 249 by Judge Consuelo B. Marshall: The Court ORDERS that: (1) Plaintiffs withdraw the allegation and will not contend at trial that any Defendant misappropriated the concept of including an antibacterial or anti-microbial coating in the first cause of action under the Defend Trade Secrets Act, 18 U.S.C. && 1836, or second cause of action under the California Uniform Trade Secrets Act, Cal. Civ.Code Sect 3426.1; (2) The prayer for attorneys' fees, statutory damages, and an award for exemplary and/or punitive damages in Plaintiffs' seventh cause of action forCopyright Infringement, 17 U.S.C. § 501, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(al, with all parties to bear their own associated attorneys' fees and costs; 3. Defendants will not seek dismissal of Plaintiffs' seventh cause of action for Copyright Infringement or oppose summary judgment of that seventh cause of action for Copyright Infringement on the basis that the First Amended Complaint mistakenly alleges the copyright registration at issue is pending registration whereas the registration actually issued February 9, 2020;4. Plaintiffs will not assert that Defendant Run Wang, MD is liable for directlybreaching Defendant Robert J. Cornell, MD's contract with Plaintiff IMD under the eighth cause of action; and 5. Plaintiffs will not seek to recover restitution or other economic damages pursuant to the eleventh cause of action for Unfair Competition, Cal. Bus. & Prof Code § 17200. 6. This order, other than specified herein, does not otherwise limit or restrict the scope of any of Plaintiffs' causes of action (or proffer of evidence) or the relief sought on any of those causes of action. (shb) (Entered: 09/14/2021) |
| 09/14/2021 | 251 | APPLICATION to file document *Declaration of John M, Exhibit K to Declaration of Jonatham Elist and Exhibits A-E, G, I, M-Q, T, Z, BB-EE and GG-HH to Declaration of Emily R. Stierwalt* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Declaration of John M. -REDACTED, # 3 Exhibit K to Declaration of Jonathan Elist - REDACTED, # 4 Exhibits A-E to Declaration of Emily R. Stierwalt -REDACTED, # 5 Exhibit G to Declaration of Emily R. Stierwalt-REDACTED, # 6 Exhibit I to Declaration of Emily R. Stierwalt - REDACTED, # 7 Exhibits M-Q to Declaration of Emily R. Stierwalt - REDACTED, # 8 Exhibit T to Declaration of Emily R. Stierwalt - REDACTED, # 9 Exhibit Z to Declaration of Emily R. Stierwalt - REDACTED, # 10 Exhibits BB-EE to Declaration of Emily R. Stierwalt - REDACTED, # 11 Exhibits GG-HH to Declaration of Emily R. Stierwalt - REDACTED)(Baker, Ryan) (Entered: 09/14/2021) |
| 09/14/2021 | 252 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Declaration of John M, Exhibit K to Declaration of Jonatham Elist and Exhibits A-E, G, I, M-Q, T, Z, BB-EE and GG-HH to Declaration of Emily R. Stierwalt* under seal 251 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration on John M. - SEALED, # 2 Exhibit K to Declaration of Jonathan Elist, # 3 Exhibit A to Declaration of Emily R. Stierwalt - UNREDACTED, # 4 Exhibit B to Declaration of Emily R. Stierwalt - UNREDACTED, # 5 Exhibit C to Declaration of Emily R. Stierwalt - UNREDACTED, # 6 Exhibit D to Declaration of Emily R. Stierwalt - UNREDACTED, # 7 Exhibit E to Declaration of Emily R. Stierwalt - UNREDACTED, # 8 Exhibit G to Declaration of Emily R. Stierwalt - UNREDACTED, # 9 Exhibit I to Declaration of Emily R. Stierwalt - UNREDACTED, # 10 Exhibit M to Declaration of Emily R. Stierwalt - UNREDACTED, # 11 Exhibit N to Declaration of Emily R. Stierwalt - UNREDACTED, # 12 Exhibit O to Declaration of Emily R. Stierwalt - UNREDACTED, # 13 Exhibit P to Declaration of Emily R. Stierwalt - UNREDACTED, # 14 Exhibit Q to Declaration of Emily R. Stierwalt - UNREDACTED, # 15 Exhibit T to Declaration of Emily R. Stierwalt - UNREDACTED, # 16 Exhibit Z to |

| | | |
|---|---|---|
| | | Declaration of Emily R. Stierwalt - UNREDACTED, # 17 Exhibit BB to Declaration of Emily R. Stierwalt - UNREDACTED, # 18 Exhibit CC to Declaration of Emily R. Stierwalt - UNREDACTED, # 19 Exhibit DD to Declaration of Emily R. Stierwalt - UNREDACTED, # 20 Exhibit EE to Declaration of Emily R. Stierwalt - UNREDACTED, # 21 Exhibit GG to Declaration of Emily R. Stierwalt - UNREDACTED, # 22 Exhibit HH to Declaration of Emily R. Stierwalt - UNREDACTED)(Baker, Ryan) (Entered: 09/14/2021) |
| 09/14/2021 | 253 | NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 10/19/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Proposed Order) (Johnson, Foster) (Entered: 09/14/2021) |
| 09/14/2021 | 254 | NOTICE OF MOTION AND MOTION for Summary Adjudication filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 10/12/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 PLAINTIFFS SEPARATE STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION, # 2 DECLARATION OF EMILY R. STIERWALT IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION, # 3 Exhibits A through J to Declaration of Emily R. Stierwalt, # 4 Exhibits K through Z to Declaration of Emily R. Stierwalt, # 5 Exhibits AA through JJ to Declaration of Emily R. Stierwalt, # 6 DECLARATION OF JAMES ELIST, M.D., IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION and Exhibits A through J, # 7 DECLARATION OF JONATHAN ELIST IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION and Exhibits A-K, # 8 DECLARATION OF JOHN M, # 9 Proposed Order) (Baker, Ryan) (Entered: 09/14/2021) |
| 09/14/2021 | 255 | DECLARATION of Shahmeer Halepota in support of NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 *Part I* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9a, # 10 Exhibit 9b, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25)(Attorney Foster C Johnson added to party Jonathan Clavell(pty:dft))(Johnson, Foster) (Entered: 09/14/2021) |

| 09/14/2021 | [256](#) | DECLARATION of Dave Douglas in support of NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims [253](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 09/14/2021) |
|---|---|---|
| 09/14/2021 | [257](#) | STATEMENT of Uncontroverted Facts and Conclusions of Law NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims [253](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 09/14/2021) |
| 09/15/2021 | [258](#) | DECLARATION of Shahmeer Halepota in support of NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims [253](#) *Part II* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 26a, # [2](#) Exhibit 26b, # [3](#) Exhibit 26c, # [4](#) Exhibit 26d, # [5](#) Exhibit 26e)(Johnson, Foster) (Entered: 09/15/2021) |
| 09/15/2021 | [259](#) | DECLARATION of Shahmeer Halepota in support of NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims [253](#) *Part III* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 27, # [2](#) Exhibit 28, # [3](#) Exhibit 29, # [4](#) Exhibit 30, # [5](#) Exhibit 31, # [6](#) Exhibit 32, # [7](#) Exhibit 33, # [8](#) Exhibit 34, # [9](#) Exhibit 35, # [10](#) Exhibit 36, # [11](#) Exhibit 37, # [12](#) Exhibit 38, # [13](#) Exhibit 39, # [14](#) Exhibit 40, # [15](#) Exhibit 41, # [16](#) Exhibit 42, # [17](#) Exhibit 43, # [18](#) Exhibit 44, # [19](#) Exhibit 45, # [20](#) Exhibit 46, # [21](#) Exhibit 47, # [22](#) Exhibit 48, # [23](#) Exhibit 49)(Johnson, Foster) (Entered: 09/15/2021) |
| 09/15/2021 | [260](#) | DECLARATION of Shahmeer Halepota in support of NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims [253](#) *Part IV* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 50, # [2](#) Exhibit 51, # [3](#) Exhibit 52, # [4](#) Exhibit 53, # [5](#) Exhibit 54, # [6](#) Exhibit 55, # [7](#) Exhibit 56, # [8](#) Exhibit 57, # [9](#) Exhibit 58, # [10](#) Exhibit 59, # [11](#) Exhibit 60, # [12](#) Exhibit 61, # [13](#) Exhibit 62, # [14](#) Exhibit 63, # [15](#) Exhibit 64, # [16](#) Exhibit 65, # [17](#) Exhibit 66, # [18](#) Exhibit 67, # [19](#) Exhibit 68, # [20](#) Exhibit 69, # [21](#) Exhibit 70, # [22](#) Exhibit 71)(Johnson, Foster) (Entered: 09/15/2021) |

| 09/15/2021 | [261](#) | APPLICATION to file document *Exhibits to Declaration of Shahmeer Halepota* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Proposed Order)(Attorney Shahmeer A. Halepota added to party Jonathan Clavell(pty:dft))(Halepota, Shahmeer) (Entered: 09/15/2021) |
|---|---|---|
| 09/15/2021 | [262](#) | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits to Declaration of Shahmeer Halepota* under seal [261](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 7, # [7](#) Exhibit 12, # [8](#) Exhibit 16, # [9](#) Exhibit 17, # [10](#) Exhibit 18, # [11](#) Exhibit 19, # [12](#) Exhibit 24, # [13](#) Exhibit 25, # [14](#) Exhibit 36, # [15](#) Exhibit 65, # [16](#) Exhibit 66, # [17](#) Exhibit 67, # [18](#) Exhibit 68, # [19](#) Exhibit 69, # [20](#) Exhibit 70, # [21](#) Exhibit 71)(Halepota, Shahmeer) (Entered: 09/15/2021) |
| 09/15/2021 | [263](#) | NOTICE OF LODGING filed *Certain Exhibits* re Declaration (Motion related),,,, [259](#) , Declaration (Motion related),, [258](#) , Declaration (Motion related),,,, [260](#) , Declaration (Motion related),,,, [255](#) (Halepota, Shahmeer) (Entered: 09/15/2021) |
| 09/15/2021 | [264](#) | NOTICE OF ERRATA filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. correcting APPLICATION to file document *Declaration of John M, Exhibit K to Declaration of Jonatham Elist and Exhibits A-E, G, I, M-Q, T, Z, BB-EE and GG-HH to Declaration of Emily R. Stierwalt* under seal [251](#) *NOTICE OF ERRATA RE DOCUMENT NO. 251-6* (Baker, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | [265](#) | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,,,,,,, [252](#) served on September 14, 2021. (Grace, Brian) (Entered: 09/15/2021) |
| 09/16/2021 | [266](#) | ORDER ON JOINT STIPULATION RE: REQUEST TO CONTINUE SUMMARY JUDGMENT AND EXPERT CHALLENGE DEADLINES AND TO SET HEARING DATE [246](#) by Judge Consuelo B. Marshall: The Court hereby ORDERS that the parties abide by the following schedule: Motions shall be set for oral argument on or before October 21, 2021. The following scheduled dates will remain the same: Expert discovery shall be completed before October 21, 2021; Settlement conference - October 15, 2021; Pre-Trial - December 7, 2021; Jury Trial - February 15, 2022. Motions for summary judgment to be filed no later than September 14, 2021; Oppositions to any motion for summary judgment to be filed no later than September 28, 2021; Motions challenging the admissibility of expert opinions shall be heard on orbefore December 7, 2021. IT IS SO ORDERED. See order for more information. (shb) (Entered: 09/16/2021) |
| 09/17/2021 | [267](#) | NOTICE OF MOTION re NOTICE OF MOTION AND MOTION for Summary Adjudication [254](#) *Plaintiffs' Amended Notice of Motion for Summary Adjudication* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 10/19/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Grace, Brian) (Entered: 09/17/2021) |

| | | |
|---|---|---|
| 09/20/2021 | [268](#) | DECLARATION of Shahmeer Halepota in support of APPLICATION to file document *Declaration of John M, Exhibit K to Declaration of Jonatham Elist and Exhibits A-E, G, I, M-Q, T, Z, BB-EE and GG-HH to Declaration of Emily R. Stierwalt* under seal [251](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 09/20/2021) |
| 09/20/2021 | [269](#) | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits to Declaration of Shahmeer Halepota* under seal [261](#) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # [1](#) Exhibit A to the Declaration of Brian T. Grace, # [2](#) Exhibit B to the Declaration of Brian T. Grace, # [3](#) Exhibit C to the Declaration of Brian T. Grace, # [4](#) Exhibit D to the Declaration of Brian T. Grace)(Grace, Brian) (Entered: 09/20/2021) |
| 09/21/2021 | [270](#) | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration, [269](#) served on September 20, 2021. (Grace, Brian) (Entered: 09/21/2021) |
| 09/28/2021 | [271](#) | OPPOSITION to NOTICE OF MOTION AND MOTION for Summary Adjudication [254](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 09/28/2021) |
| 09/28/2021 | [272](#) | DECLARATION of Shahmeer Halepota in Opposition to NOTICE OF MOTION AND MOTION for Summary Adjudication [254](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21, # [22](#) Exhibit 22, # [23](#) Exhibit 23, # [24](#) Exhibit 24, # [25](#) Exhibit 25, # [26](#) Exhibit 26, # [27](#) Exhibit 27, # [28](#) Exhibit 28, # [29](#) Exhibit 29, # [30](#) Exhibit 30, # [31](#) Exhibit 31, # [32](#) Exhibit 32, # [33](#) Exhibit 33, # [34](#) Exhibit 34, # [35](#) Exhibit 35, # [36](#) Exhibit 36, # [37](#) Exhibit 37, # [38](#) Exhibit 38, # [39](#) Exhibit 39, # [40](#) Exhibit 40, # [41](#) Exhibit 41, # [42](#) Exhibit 42, # [43](#) Exhibit 43, # [44](#) Exhibit 44, # [45](#) Exhibit 45, # [46](#) Exhibit 46, # [47](#) Exhibit 47, # [48](#) Exhibit 48, # [49](#) Exhibit 49, # [50](#) Exhibit 50, # [51](#) Exhibit 51, # [52](#) Exhibit 52, # [53](#) Exhibit 53, # [54](#) Exhibit 54, # [55](#) Exhibit 55, # [56](#) Exhibit 56, # [57](#) Exhibit 57, # [58](#) Exhibit 58, # [59](#) Exhibit 59, # [60](#) Exhibit 60, # [61](#) Exhibit 61, # [62](#) Exhibit 62, # [63](#) Exhibit 63, # [64](#) Exhibit 64, # [65](#) Exhibit 65, # [66](#) Exhibit 66, # [67](#) Exhibit 67, # [68](#) Exhibit 68, # [69](#) Exhibit 69, # [70](#) Exhibit 70, # [71](#) Exhibit 71, # [72](#) Exhibit 72, # [73](#) Exhibit 73)(Johnson, Foster) (Entered: 09/28/2021) |
| 09/28/2021 | [273](#) | APPLICATION to file document *Declaration of Shahmeer Halepota* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell |

| | | |
|---|---|---|
| | | Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Halepota, Shahmeer) (Entered: 09/28/2021) |
| 09/28/2021 | 274 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Declaration of Shahmeer Halepota* under seal 273 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 4, # 3 Exhibit 8, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 14, # 7 Exhibit 17, # 8 Exhibit 19, # 9 Exhibit 21, # 10 Exhibit 22, # 11 Exhibit 24, # 12 Exhibit 25, # 13 Exhibit 26, # 14 Exhibit 27, # 15 Exhibit 30, # 16 Exhibit 32, # 17 Exhibit 36, # 18 Exhibit 50, # 19 Exhibit 53, # 20 Exhibit 56, # 21 Exhibit 58, # 22 Exhibit 59, # 23 Exhibit 68)(Halepota, Shahmeer) (Entered: 09/28/2021) |
| 09/28/2021 | 275 | NOTICE OF LODGING filed re Declaration (Motion related),,,,,,, 272 (Halepota, Shahmeer) (Entered: 09/28/2021) |
| 09/28/2021 | 276 | STATEMENT of Genuine Disputes NOTICE OF MOTION AND MOTION for Summary Adjudication 254 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 09/28/2021) |
| 09/28/2021 | 277 | Objections to Plaintiffs' Summary Judgment Evidence and Motion to Strike re: NOTICE OF MOTION AND MOTION for Summary Adjudication 254 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1)(Halepota, Shahmeer) (Entered: 09/28/2021) |
| 09/28/2021 | 278 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Dr. Culley C. Carson III, # 2 Declaration of Troy D. Drewry)(Baker, Ryan) (Entered: 09/28/2021) |
| 09/29/2021 | 279 | DECLARATION of Jonathan Elist in support of Plaintiffs' Opposition to NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibits A through I, # 2 Exhibits J through R)(Baker, Ryan) (Entered: 09/29/2021) |
| 09/29/2021 | 280 | DECLARATION of James Elist, M.D. in support of Plaintiffs' Opposition to NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibits A through S)(Baker, Ryan) (Entered: 09/29/2021) |

| 09/29/2021 | 281 | STATEMENT of Plaintiffs' Genuine Disputes of Material Fact Re: NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 09/29/2021) |
|---|---|---|
| 09/29/2021 | 282 | DECLARATION of Brian T. Grace in support of Plaintiffs' Opposition to NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibits A through I, # 2 Exhibits J through Y, # 3 Exhibit Z, # 4 Exhibits AA through JJ, # 5 Exhibits K through UU)(Baker, Ryan) (Entered: 09/29/2021) |
| 09/29/2021 | 283 | APPLICATION to file document *in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Redacted Document Exhibit I to Declaration of James Elist, MD, # 3 Redacted Document Exhibit J to Declaration of James Elist, MD, # 4 Redacted Document Exhibit K to Declaration of James Elist, MD, # 5 Redacted Document Exhibit A to Declaration of Jonathan Elist, # 6 Redacted Document Exhbit P to Declaration of Jonathan Elist, # 7 Redacted Document Exhibit Q to Declaration of Jonathan Elist, # 8 Redacted Document Exhibit R to Declaration of Jonathan Elist, # 9 Redacted Document Exhibit F to Declaration of Brian T. Grace, # 10 Redacted Document Exhibit G to Declaration of Brian T. Grace, # 11 Redacted Document Exhibit H to Declaration of Brian T. Grace, # 12 Redacted Document Exhibit I to Declaration of Brian T. Grace, # 13 Redacted Document Exhibit J to Declaration of Brian T. Grace, # 14 Redacted Document Exhibit K to Declaration of Brian T. Grace, # 15 Redacted Document Exhibit L to Declaration of Brian T. Grace, # 16 Redacted Document Exhibit O to Declaration of Brian T. Grace, # 17 Redacted Document Exhibit P to Declaration of Brian T. Grace, # 18 Redacted Document Exhibit R to Declaration of Brian T. Grace, # 19 Redacted Document Exhibit S to Declaration of Brian T. Grace, # 20 Redacted Document Exhibit T to Declaration of Brian T. Grace, # 21 Redacted Document Exhibit U to Declaration of Brian T. Grace, # 22 Redacted Document Exhibit V to Declaration of Brian T. Grace, # 23 Redacted Document Exhibit W to Declaration of Brian T. Grace, # 24 Redacted Document Exhibit FF to Declaration of Brian T. Grace, # 25 Redacted Document Exhibit GG to Declaration of Brian T. Grace, # 26 Redacted Document Exhibit HH to Declaration of Brian T. Grace, # 27 Redacted Document Exhibit II to Declaration of Brian T. Grace, # 28 Redacted Document Exhibit JJ to Declaration of Brian T. Grace, # 29 Redacted Document Exhibit KK to Declaration of Brian T. Grace, # 30 Redacted Document Exhibit MM to Declaration of Brian T. Grace, # 31 Redacted Document Exhibit NN to Declaration of Brian T. Grace, # 32 Redacted Document Exhibit OO to Declaration of Brian T. Grace, # 33 Redacted Document Exhibit PP to Declaration of Brian T. Grace, # 34 Redacted Document Exhibit QQ to Declaration of Brian T. Grace, # 35 Redacted Document Exhibit RR to Declaration of Brian T. Grace, # 36 Redacted Document Exhibit SS to Declaration of Brian T. Grace, # 37 Redacted Document Exhibit TT to Declaration of Brian T. Grace, # 38 Redacted Document Exhibit UU to Declaration of Brian T. Grace)(Baker, Ryan) (Entered: 09/29/2021) |
| 09/29/2021 | 284 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* under seal 283 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Unredacted Document Exhibit I to Declaration of James Elist, MD, # 2 Unredacted Document Exhibit J to Declaration of James Elist, MD, # 3 Unredacted Document Exhibit K to Declaration of James Elist, MD, # 4 Unredacted Document Exhibit A to Declaration of Jonathan Elist, # 5 Unredacted Document Exhibit P to Declaration of Jonathan Elist, # 6 Unredacted Document Exhibit Q to Declaration of Jonathan Elist, # 7 Unredacted Document Exhibit R to Declaration of Jonathan Elist, # 8 |

| | | |
|---|---|---|
| | | Unredacted Document Exhibit F to Declaration of Brian T. Grace, # 9 Unredacted Document Exhibit G to Declaration of Brian T. Grace, # 10 Unredacted Document Exhibit H to Declaration of Brian T. Grace, # 11 Unredacted Document Exhibit I to Declaration of Brian T. Grace, # 12 Unredacted Document Exhibit J to Declaration of Brian T. Grace, # 13 Unredacted Document Exhibit K to Declaration of Brian T. Grace, # 14 Unredacted Document Exhibit L to Declaration of Brian T. Grace, # 15 Unredacted Document Exhibit O to Declaration of Brian T. Grace, # 16 Unredacted Document Exhibit P to Declaration of Brian T. Grace, # 17 Unredacted Document Exhibit R to Declaration of Brian T. Grace, # 18 Unredacted Document Exhibit S to Declaration of Brian T. Grace, # 19 Unredacted Document Exhibit T to Declaration of Brian T. Grace, # 20 Unredacted Document Exhibit U to Declaration of Brian T. Grace, # 21 Unredacted Document Exhibit V to Declaration of Brian T. Grace, # 22 Unredacted Document Exhibit W to Declaration of Brian T. Grace, # 23 Unredacted Document Exhibit FF to Declaration of Brian T. Grace, # 24 Unredacted Document Exhibit GG to Declaration of Brian T. Grace, # 25 Unredacted Document Exhibit HH to Declaration of Brian T. Grace, # 26 Unredacted Document Exhibit II to Declaration of Brian T. Grace, # 27 Unredacted Document Exhibit JJ to Declaration of Brian T. Grace, # 28 Unredacted Document Exhibit KK to Declaration of Brian T. Grace, # 29 Unredacted Document Exhibit MM to Declaration of Brian T. Grace, # 30 Unredacted Document Exhibit NN to Declaration of Brian T. Grace, # 31 Unredacted Document Exhibit OO to Declaration of Brian T. Grace, # 32 Unredacted Document Exhibit PP to Declaration of Brian T. Grace, # 33 Unredacted Document Exhibit QQ to Declaration of Brian T. Grace, # 34 Unredacted Document Exhibit RR to Declaration of Brian T. Grace, # 35 Unredacted Document Exhibit SS to Declaration of Brian T. Grace, # 36 Unredacted Document Exhibit TT to Declaration of Brian T. Grace, # 37 Unredacted Document Exhibit UU to Declaration of Brian T. Grace) (Baker, Ryan) (Entered: 09/29/2021) |
| 09/29/2021 | 285 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,,,,,,,,,,,, 284 served on September 29, 2021. (Baker, Ryan) (Entered: 09/29/2021) |
| 10/04/2021 | 286 | FOR COURT USE ONLY: STATISTICAL CORRECTION Denying 234 Application re: 237 Order. (iv) (Entered: 10/04/2021) |
| 10/04/2021 | 287 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Declaration of Shahmeer Halepota* under seal 273 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Stierwalt, Emily) (Entered: 10/04/2021) |
| 10/04/2021 | 288 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration 287 served on October 4, 2021. (Baker, Ryan) (Entered: 10/04/2021) |
| 10/04/2021 | 289 | DECLARATION of Shahmeer Halepota in support of APPLICATION to file document *in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* under seal 283 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 10/04/2021) |
| 10/05/2021 | 290 | REPLY in support NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans |

| | | |
|---|---|---|
| | | Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 10/05/2021) |
| 10/05/2021 | 291 | Objections to re: NOTICE OF MOTION AND MOTION for Summary Adjudication 254 *and Motion to Strike* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 10/05/2021) |
| 10/05/2021 | 292 | REPLY in support of a motion NOTICE OF MOTION AND MOTION for Summary Adjudication 254 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 SUPPLEMENTAL DECLARATION OF JAMES ELIST, M.D., IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION)(Baker, Ryan) (Entered: 10/05/2021) |
| 10/05/2021 | 293 | RESPONSE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.to Objection/Opposition (Motion related),, 277 *PLAINTIFFS RESPONSES TO DEFENDANTS OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE AND OPPOSITION TO MOTION TO STRIKE* (Attachments: # 1 DECLARATION OF RYAN G. BAKER IN SUPPORT OF PLAINTIFFS RESPONSES TO DEFENDANTS OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE AND OPPOSITION TO MOTION TO STRIKE)(Baker, Ryan) (Entered: 10/05/2021) |
| 10/05/2021 | 294 | Objections re: NOTICE OF MOTION AND MOTION for Summary Adjudication 254 *PLAINTIFFS OBJECTIONS AND RESPONSES TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION ( Dkt 272)* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/05/2021) |
| 10/05/2021 | 295 | Objections re: NOTICE OF MOTION AND MOTION for Summary Adjudication 254 *PLAINTIFFS OBJECTIONS AND RESPONSES TO THE DECLARATION OF ROBERT CORNELL IN SUPPORT OF DEFENDANTS OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION (Dkt 272-23)* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/05/2021) |
| 10/05/2021 | 296 | Objections re: NOTICE OF MOTION AND MOTION for Summary Adjudication 254 *PLAINTIFFS OBJECTIONS AND RESPONSES TO THE DECLARATION OF RUN WANG IN SUPPORT OF DEFENDANTS OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION (Dkt 272-29)* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/05/2021) |
| 10/05/2021 | 297 | Objections re: NOTICE OF MOTION AND MOTION for Summary Adjudication 254 *PLAINTIFFS OBJECTIONS AND RESPONSES TO THE DECLARATION OF JONATHAN CLAVELL IN SUPPORT OF DEFENDANTS OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION (Dkt 272-37)* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 10/05/2021) |
| 10/07/2021 | 298 | MINUTES (IN CHAMBERS) NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall. On the Court's own motion, the plaintiff's motion for |

| | | |
|---|---|---|
| | | summary judgment 254 , currently scheduled for October 12, 2021, is hereby ordered continued to October 19, 2021 at 10:00 a.m. (iv) (Entered: 10/07/2021) |
| 10/07/2021 | 299 | ORDER REGARDING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL: 251 by Judge Consuelo B. Marshall: granting 251 APPLICATION to Seal Document. Re: APPLICATION to file document *Declaration of John M, Exhibit K to Declaration of Jonatham Elist and Exhibits A-E, G, I, M-Q, T, Z, BB-EE and GG-HH to Declaration of Emily R. Stierwalt* under seal 251 . [See document for details.] (et) (Entered: 10/07/2021) |
| 10/08/2021 | 300 | SEALED DOCUMENT *Sealed Documents re ORDER REGARDING PLAINTIFFS APPLICATION TO FILE UNDER SEAL: 251 1 EXHIBIT K TO THE DECLARATION OF JONATHAN ELIST IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION; 2 UNREDACTED VERSION OF THE DECLARATION OF JOHN M.; AND 3 EXHIBITS A-E, G, I, M-Q, T, Z, BB-EE, GG and HH TO THE DECLARATION OF EMILY R. STIERWALT IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION* re NOTICE OF MOTION AND MOTION for Summary Adjudication 254 , Order on Motion for Leave to File Document Under Seal, 299 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of John M., # 2 Exhibit A to Declaration of Emily R. Stierwalt, # 3 Exhibit B to Declaration of Emily R. Stierwalt, # 4 Exhibit C to Declaration of Emily R. Stierwalt, # 5 Exhibit D to Declaration of Emily R. Stierwalt, # 6 Exhibit E to Declaration of Emily R. Stierwalt, # 7 Exhibit G to Declaration of Emily R. Stierwalt, # 8 Exhibit I to Declaration of Emily R. Stierwalt, # 9 Exhibit M to Declaration of Emily R. Stierwalt, # 10 Exhibit N to Declaration of Emily R. Stierwalt, # 11 Exhibit O to Declaration of Emily R. Stierwalt, # 12 Exhibit P to Declaration of Emily R. Stierwalt, # 13 Exhibit Q to Declaration of Emily R. Stierwalt, # 14 Exhibit T to Declaration of Emily R. Stierwalt, # 15 Exhibit Z to Declaration of Emily R. Stierwalt, # 16 Exhibit BB to Declaration of Emily R. Stierwalt, # 17 Exhibit CC to Declaration of Emily R. Stierwalt, # 18 Exhibit DD to Declaration of Emily R. Stierwalt, # 19 Exhibit EE to Declaration of Emily R. Stierwalt, # 20 Exhibit GG to Declaration of Emily R. Stierwalt, # 21 Exhibit HH to Declaration of Emily R. Stierwalt)(Baker, Ryan) (Entered: 10/08/2021) |
| 10/08/2021 | 301 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Document,,,,,,,, 300 served on October 8, 2021. (Baker, Ryan) (Entered: 10/08/2021) |
| 10/11/2021 | 302 | Joint STIPULATION to Continue Settlement Conference Completion Date from October 15, 2021 to October 29, 2021 Re: Order,,,, Set/Reset Deadlines/Hearings,,, 266 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 [Proposed] Order)(Baker, Ryan) (Entered: 10/11/2021) |
| 10/12/2021 | 303 | RESPONSE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.to Objection/Opposition (Motion related),, 291 *PLAINTIFFS RESPONSES TO DEFENDANTS OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE AND OPPOSITION TO MOTION TO STRIKE* (Attachments: # 1 DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS RESPONSES TO DEFENDANTS OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE AND OPPOSITION TO MOTION TO STRIKE (DKT. 291))(Baker, Ryan) (Entered: 10/12/2021) |
| 10/13/2021 | 304 | ORDER RE JOINT STIPULATION RE: REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE COMPLETION DATE 302 by Judge Consuelo B. Marshall: The Court ORDERS that the parties abide by the following schedule: Settlement conference shall be held on or before October 29, 2021. The following currently scheduled dates will remain the same: Motions shall be set for oral argument on or before October 21, 2021; Motions challenging the admissibility of expert opinions |

| | | shall be heard on or before December 7, 2021; Pre-Trial Conference is set on December 7, 2021; Jury Trial February 15, 2022. IT IS SO ORDERED. (shb) (Entered: 10/13/2021) |
|---|---|---|
| 10/14/2021 | 305 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wangto Objection/Opposition (Motion related), 297 *Defendants' Response to Plaintiffs' Objections to the Declaration of Jonathan Clavell* (Halepota, Shahmeer) (Entered: 10/14/2021) |
| 10/14/2021 | 306 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wangto Objection/Opposition (Motion related), 295 *Defendants' Response to Plaintiffs' Objections to the Declaration of Robert Cornell* (Halepota, Shahmeer) (Entered: 10/14/2021) |
| 10/14/2021 | 307 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wangto Objection/Opposition (Motion related), 296 *Defendants' Response to Plaintiffs' Objections to the Declaration of Run Wang* (Halepota, Shahmeer) (Entered: 10/14/2021) |
| 10/15/2021 | 308 | OBJECTIONS to Reply (Motion related), 292 *and Motion to Strike The Supplemental Declaration of James Elist* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 10/15/2021) |
| 10/15/2021 | 309 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wangto Objection/Opposition (Motion related), 294 *to Plaintiffs' Objections to the Declaration of Shahmeer Halepota* (Halepota, Shahmeer) (Entered: 10/15/2021) |
| 10/15/2021 | 310 | RESPONSE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.to Objection,, 308 *PLAINTIFFS RESPONSES TO DEFENDANTS OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE AND OPPOSITION TO MOTION TO STRIKE (DKT. 308)* (Baker, Ryan) (Entered: 10/15/2021) |

| | | |
|---|---|---|
| 10/17/2021 | 311 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, and counsel agree, the motions for summary judgment 253 254 , currently scheduled for October 19, 2021, are hereby ordered continued to October 26, 2021 at 10:00 a.m. IT IS SO ORDERED. (shb) (Entered: 10/18/2021) |
| 10/18/2021 | 312 | REPLY filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang to Objection/Opposition (Motion related),, 277 *in Support of Its Motion to Strike and Objections to Plaintiffs' Summary Judgment Evidence* (Halepota, Shahmeer) (Entered: 10/18/2021) |
| 10/20/2021 | 313 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, and counsel agree, the motions for summary judgment 253 254 , currently scheduled for October 26, 2021, are hereby ordered continued to NOVEMBER 30, 2021 at 10:00 a.m. IT IS SO ORDERED. (shb) (Entered: 10/20/2021) |
| 10/26/2021 | 314 | Joint STIPULATION to Continue Pre-Trial Conference from December 7, 2021 to January 11, 2022 Re: Order,,, Set/Reset Deadlines/Hearings,, 304 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 10/26/2021) |
| 10/28/2021 | 315 | ORDER RE JOINT STIPULATION RE: REQUEST FOR CONTINUANCE OF PRE-TRIAL CONFERENCE 314 by Judge Consuelo B. Marshall: The Court ORDERS that the parties abide by the following schedule: The following currently scheduled dates will remain the same: Motions shall be set for oral argument on or before October 21, 2021; Settlement conference shall be held on or before October 29, 2021; Motions challenging the admissibility of expert opinions shall be heard on or before December 7, 2021; and Jury Trial February 15, 2022. IT IS SO ORDERED. (shb) (Entered: 10/29/2021) |
| 11/02/2021 | 316 | NOTICE OF MOTION AND MOTION to Strike the Expert Report of Mr. Arst filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 11/30/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 317 | NOTICE OF MOTION AND MOTION to Strike The Expert Report of Drewry filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 11/30/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Halepota, Shahmeer) (Entered: 11/02/2021) |

| 11/02/2021 | 318 | APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Proposed Order)(Halepota, Shahmeer) (Entered: 11/02/2021) |
|---|---|---|
| 11/02/2021 | 319 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY* under seal 318 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 320 | NOTICE OF MOTION AND MOTION to Strike OPINION #2 OF DR. CARSON WITH MEMORANDUM OF AUTHORITIES IN SUPPORT filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 11/30/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Exhibit 1) (Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 321 | APPLICATION to file document *DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE OPINION #2 OF DR. CARSON* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Proposed Order)(Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 322 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE OPINION #2 OF DR. CARSON* under seal 321 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1)(Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 323 | NOTICE OF MOTION AND MOTION to Strike EXPERT REPORT OF MR. ARST filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital |

| | | Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 11/30/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22) (Halepota, Shahmeer) (Entered: 11/02/2021) |
|---|---|---|
| 11/02/2021 | 324 | APPLICATION to file document *DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Proposed Order)(Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 325 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST* under seal 324 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 326 | NOTICE OF MOTION AND MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS, WITH MEMORANDUM OF AUTHORITIES IN SUPPORT filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E) (Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/02/2021 | 327 | APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORTS* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run |

| | | Wang. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Proposed Order) (Halepota, Shahmeer) (Entered: 11/02/2021) |
|---|---|---|
| 11/02/2021 | 328 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORTS* under seal 327 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Men's Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Halepota, Shahmeer) (Entered: 11/02/2021) |
| 11/08/2021 | 329 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST* under seal 324 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/08/2021) |
| 11/08/2021 | 330 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE OPINION #2 OF DR. CARSON* under seal 321 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/08/2021) |
| 11/08/2021 | 331 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY* under seal 318 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/08/2021) |
| 11/08/2021 | 332 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORTS* under seal 327 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/08/2021) |
| 11/09/2021 | 333 | NOTICE OF MOTION AND MOTION to Withdraw Docket Entry Number 316 NOTICE OF MOTION AND MOTION to Strike the Expert Report of Mr. Arst 316 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Halepota, Shahmeer) (Entered: 11/09/2021) |
| 11/09/2021 | 334 | APPLICATION to file document *Exhibit A to the Declaration of Brian T. Grace In Support of Plaintiffs' Opposition to Defendants' Motion to Strike Opinion #2 of Dr. Carson* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Redacted Document Exhibit A to the Declaration of Brian T. Grace In Support of Plaintiffs' Opposition to Defendants' Motion to Strike Opinion #2 of Dr. Carson)(Baker, Ryan) (Entered: 11/09/2021) |

| | | |
|---|---|---|
| 11/09/2021 | 335 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibit A to the Declaration of Brian T. Grace In Support of Plaintiffs' Opposition to Defendants' Motion to Strike Opinion #2 of Dr. Carson* under seal 334 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Unredacted Document Exhibit A to the Declaration of Brian T. Grace In Support of Plaintiffs' Opposition to Defendants' Motion to Strike Opinion #2 of Dr. Carson)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 336 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Strike OPINION #2 OF DR. CARSON WITH MEMORANDUM OF AUTHORITIES IN SUPPORT 320 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration Declaration of Brian T. Grace In Support of Plaintiffs' Opposition to Defendants' Motion to Strike Opinion #2 of Dr. Carson, # 2 Exhibit A to the Declaration of Brian T. Grace In Support of Plaintiffs' Opposition to Defendants' Motion to Strike Opinion #2 of Dr. Carson)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 337 | APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Expert Report of Mr. Arst* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit A to Declaration of Brian T. Grace, # 3 Exhibit B to Declaration of Brian T. Grace, # 4 Exhibit C to Declaration of Brian T. Grace)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 338 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Expert Report of Mr. Arst* under seal 337 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A to Declaration of Brian T. Grace - unredacted, # 2 Exhibit B to Declaration of Brian T. Grace -unredacted, # 3 Exhibit C to Declaration of Brian T. Grace - unredacted)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 339 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Strike EXPERT REPORT OF MR. ARST 323 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST, # 2 Exhibit A to Declaration of Brian T. Grace, # 3 Exhibit B to Declaration of Brian T. Grace, # 4 Exhibit C to Declaration of Brian T. Grace, # 5 Exhibit D to Declaration of Brian T. Grace)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 340 | APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants Motion to Strike Expert Report of Mr. Drewry* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit A to Declaration of Brian T. Grace In Support of Opposition to Motion to Strike Expert Report of Mr. Drewry, # 3 Exhibit B to Declaration of Brian T. Grace In Support of Opposition to Motion to Strike Expert Report of Mr. Drewry, # 4 Exhibit C to Declaration of Brian T. Grace In Support of Opposition to Motion to Strike Expert Report of Mr. Drewry)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 341 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants Motion to Strike Expert Report of Mr. Drewry* under seal 340 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A to Declaration of Brian T. Grace - unredacted, # 2 Exhibit B |

| | | |
|---|---|---|
| | | to Declaration of Brian T. Grace - unredacted, # 3 Exhibit C to Declaration of Brian T. Grace - unredacted)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 342 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Strike The Expert Report of Drewry 317 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY, # 2 Exhibit A to Declaration of Brian T. Grace, # 3 Exhibit B to Declaration of Brian T. Grace, # 4 Exhibit C to Declaration of Brian T. Grace, # 5 Exhibit D to Declaration of Brian T. Grace) (Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 343 | APPLICATION to file document *Exhibits B, C, E and F to the Declaration of Brian T. Grace in Support of Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit B to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports - redacted, # 3 Exhibit C to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports - redacted, # 4 Exhibit E to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports - redacted, # 5 Exhibit F to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports - redacted)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 344 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits B, C, E and F to the Declaration of Brian T. Grace in Support of Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports* under seal 343 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit B to the Declaration of Brian T. Grace in Support of Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports-unredacted, # 2 Exhibit C to the Declaration of Brian T. Grace in Support of Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports- unredacted, # 3 Exhibit E to the Declaration of Brian T. Grace in Support of Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports- unredacted, # 4 Exhibit F to the Declaration of Brian T. Grace in Support of Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports- unredacted)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 345 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS, WITH MEMORANDUM OF AUTHORITIES IN SUPPORT 326 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORTS, # 2 Exhibit A to Declaration of Brian T. Grace, # 3 Exhibit B to Declaration of Brian T. Grace, # 4 Exhibit C to Declaration of Brian T. Grace, # 5 Exhibit D to Declaration of Brian T. Grace, # 6 Exhibit E to Declaration of Brian T. Grace, # 7 Exhibit F to Declaration of Brian T. Grace, # 8 Exhibit G to Declaration of Brian T. Grace, # 9 Exhibit H to Declaration of Brian T. Grace, # 10 Exhibit I to Declaration of Brian T. Grace)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 346 | APPLICATION to file document *Exhibits 1 and 2 to the Declaration of Donald R. Pepperman in Support of Plaintiffs' Motion to Exclude Certain Opinion of Defendants' Rebuttal Damages Expert Dr. John Hatch* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit 1 to Declaration of Donald R. Pepperman - redacted, # 3 |

| | | Exhibit 2 to Declaration of Donald R. Pepperman - redacted)(Baker, Ryan) (Entered: 11/09/2021) |
|---|---|---|
| 11/09/2021 | 347 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits 1 and 2 to the Declaration of Donald R. Pepperman in Support of Plaintiffs' Motion to Exclude Certain Opinion of Defendants' Rebuttal Damages Expert Dr. John Hatch* under seal 346 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit 1 to the Declaration of Donald R. Pepperman in Support of Plaintiffs' Motion to Exclude Certain Opinion of Defendants' Rebuttal Damages Expert Dr. John Hatch - unredacted, # 2 Exhibit 2 to Declaration of Donald R. Pepperman in Support of Plaintiffs' Motion to Exclude Certain Opinion of Defendants' Rebuttal Damages Expert Dr. John Hatch - unredacted)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 348 | NOTICE OF MOTION AND MOTION to Exclude CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 12/7/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 DECLARATION OF DONALD R. PEPPERMAN IN SUPPORT OF PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH, # 2 Exhibit 1 to Declaration of Donald R. Pepperman, # 3 Exhibit 2 to Declaration of Donald R. Pepperman) (Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 349 | APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy* under seal filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Exhibit A to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy - redacted, # 3 Exhibit B to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy - redacted, # 4 Exhibit C to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy -- redacted)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 350 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy* under seal 349 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy - unredacted, # 2 Exhibit B to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy - unredacted, # 3 Exhibit C to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy - unredacted)(Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 351 | NOTICE OF MOTION AND MOTION to Exclude TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 12/7/2021 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY, # 2 Exhibit A to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy, # 3 Exhibit B to Declaration of Brian |

| | | |
|---|---|---|
| | | T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy, # 4 Exhibit C to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy, # 5 Proposed Order) (Baker, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 352 | NOTICE OF LODGING filed *NOTICE OF LODGING OF [PROPOSED] ORDER* re NOTICE OF MOTION AND MOTION to Exclude CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH 348 (Attachments: # 1 [Proposed] Order on Plaintiffs' Motion to Exclude Certain Opinion of Defendants; Rebuttal Damages Expert Dr. John Hatch (Dkt 348))(Baker, Ryan) (Entered: 11/09/2021) |
| 11/10/2021 | 353 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,, 335 served on November 9, 2021. (Baker, Ryan) (Entered: 11/10/2021) |
| 11/10/2021 | 354 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,, 338 served on November 9, 2021. (Baker, Ryan) (Entered: 11/10/2021) |
| 11/10/2021 | 355 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,, 341 served on November 9, 2021. (Baker, Ryan) (Entered: 11/10/2021) |
| 11/10/2021 | 356 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,,,, 344 served on November 9, 2021. (Baker, Ryan) (Entered: 11/10/2021) |
| 11/10/2021 | 357 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,,, 347 served on November 9, 2021. (Baker, Ryan) (Entered: 11/10/2021) |
| 11/10/2021 | 358 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Declaration in SupportDeclaration,,, 350 served on November 9, 2021. (Baker, Ryan) (Entered: 11/10/2021) |
| 11/10/2021 | 359 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: NOTICE OF MOTION AND MOTION to Exclude CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH 348 . The following error(s) was/were found: Proposed Document was not submitted as separate attachment. Other error(s) with document(s): No [Prop] Order. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom) (Entered: 11/10/2021) |
| 11/15/2021 | 360 | DECLARATION of Shahmeer Halepota in support of APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition to Defendants' Motion to Strike Expert Report of Mr. Arst* under seal 337 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 11/15/2021) |
| 11/15/2021 | 361 | DECLARATION of Shahmeer Halepota in support of APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Opposition* |

| | | |
|---|---|---|
| | | *to Defendants Motion to Strike Expert Report of Mr. Drewry* under seal [340] filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 11/15/2021) |
| 11/15/2021 | [362] | DECLARATION of Shahmeer Halepota in support of APPLICATION to file document *Exhibits 1 and 2 to the Declaration of Donald R. Pepperman in Support of Plaintiffs' Motion to Exclude Certain Opinion of Defendants' Rebuttal Damages Expert Dr. John Hatch* under seal [346] filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 11/15/2021) |
| 11/15/2021 | [363] | DECLARATION of Shahmeer Halepota in support of APPLICATION to file document *Exhibits A, B and C to Declaration of Brian T. Grace in Support of Plaintiffs' Daubert Motion to Exclude Expert Testimony of Defendants' Expert Dr. John Mulcahy* under seal [349] filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 11/15/2021) |
| 11/15/2021 | [364] | DECLARATION of Shahmeer Halepota in support of APPLICATION to file document *Exhibits B, C, E and F to the Declaration of Brian T. Grace in Support of Opposition to Defendants' Motion to Strike Untimely Supplemental Expert Reports* under seal [343] filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 11/15/2021) |
| 11/16/2021 | [365] | REPLY in support NOTICE OF MOTION AND MOTION to Strike the Expert Report of Mr. Arst [316] filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1] Declaration Decl. of Shahmeer Halepota, # [2] Exhibit A, # [3] Proposed Order)(Johnson, Foster) (Entered: 11/16/2021) |
| 11/16/2021 | [366] | APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS REPLY TO MOTION TO STRIKE EXPERT REPORT OF MR. ARST* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, |

| | | RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Decl. of Shahmeer Halepota, # 2 Exhibit A) (Halepota, Shahmeer) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 367 | OPPOSITION to NOTICE OF MOTION AND MOTION to Exclude TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY 351 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Decl. of Shahmeer Halepota, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Halepota, Shahmeer) (Entered: 11/16/2021) |
| 11/16/2021 | 368 | APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS RESPONSE TO PLAINTIFFS DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Decl. of Shahmeer Halepota, # 2 Exhibit B, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Proposed Order)(Halepota, Shahmeer) (Entered: 11/16/2021) |
| 11/16/2021 | 369 | REPLY in support NOTICE OF MOTION AND MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS, WITH MEMORANDUM OF AUTHORITIES IN SUPPORT 326 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Johnson, Foster) (Entered: 11/16/2021) |
| 11/16/2021 | 370 | REPLY in support NOTICE OF MOTION AND MOTION to Strike OPINION #2 OF DR. CARSON WITH MEMORANDUM OF AUTHORITIES IN SUPPORT 320 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Johnson, Foster) (Entered: 11/16/2021) |
| 11/16/2021 | 371 | OPPOSITION to NOTICE OF MOTION AND MOTION to Exclude CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH 348 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Decl. of |

| | | Shahmeer Halepota, # [2] Exhibit 1, # [3] Exhibit 2)(Halepota, Shahmeer) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | [372] | APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1] Declaration of Shahmeer Halepota, # [2] Exhibit 1, # [3] Exhibit 2, # [4] Proposed Order)(Halepota, Shahmeer) (Entered: 11/16/2021) |
| 11/16/2021 | [373] | REPLY in support NOTICE OF MOTION AND MOTION to Strike The Expert Report of Drewry [317] filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1] Declaration of Shahmeer Halepota, # [2] Exhibit A, # [3] Proposed Order)(Halepota, Shahmeer) (Entered: 11/16/2021) |
| 11/16/2021 | [374] | APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO STRIKE EXPERT REPORT OF TROY DREWRY* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1] Declaration of Shahmeer Halepota, # [2] Exhibit A, # [3] Proposed Order)(Halepota, Shahmeer) (Entered: 11/16/2021) |
| 11/16/2021 | [375] | NOTICE OF LODGING filed *[PROPOSED] ORDER ON DEFENDANTS MOTION TO STRIKE PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS* re NOTICE OF MOTION AND MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS, WITH MEMORANDUM OF AUTHORITIES IN SUPPORT [326] (Attachments: # [1] Proposed Order)(Halepota, Shahmeer) (Entered: 11/16/2021) |
| 11/17/2021 | [376] | APPLICATION to file document *CERTAIN ATTACHMENTS TO DOCKET ENTRY NUMBERS 366, 368, 372, AND 374* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1] Proposed Order)(Halepota, Shahmeer) (Entered: 11/17/2021) |
| 11/17/2021 | [377] | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS REPLY TO MOTION TO STRIKE EXPERT REPORT OF MR. ARST* under seal [366] filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, |

| | | |
|---|---|---|
| | | PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit A)(Halepota, Shahmeer) (Entered: 11/17/2021) |
| 11/17/2021 | 378 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS RESPONSE TO PLAINTIFFS DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY* under seal 368 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit B, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G)(Halepota, Shahmeer) (Entered: 11/17/2021) |
| 11/17/2021 | 379 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH* under seal 372 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Halepota, Shahmeer) (Entered: 11/17/2021) |
| 11/17/2021 | 380 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO STRIKE EXPERT REPORT OF TROY DREWRY* under seal 374 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit A)(Halepota, Shahmeer) (Entered: 11/17/2021) |
| 11/17/2021 | 381 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, the following motions currently scheduled for November 30, 2021, Defendants motion to amend order 251 , Defendants motion for an award of attorneys fees and costs 252 , Defendants motion for summary judgment 253 , Plaintiffs motion for summary judgment 254 ,Motion to Strike the Expert Report of Mr. Arst 316 , Motion to Strike The Expert Report of Drewry 317 , Motion to Strike opinion #2 of Dr. Carson 320 Motion to Strike expert report of Mr. Arst 323 , Motion to withdraw docket entry #316 333 , Motion to Strike Plaintiffs untimely supplemental expert reports 326 , are hereby ordered continued to December 21, 2021 at 10:00 a.m. IT IS SO ORDERED. (shb) (Entered: 11/17/2021) |
| 11/17/2021 | 382 | Amended APPLICATION to file document *DOCKET ENTRY NUMBERS 366-2, 368-2, 372-2, 372-3, and 374-2* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B |

| | | |
|---|---|---|
| | | Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Halepota, Shahmeer) (Entered: 11/17/2021) |
| 11/22/2021 | 383 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS REPLY TO MOTION TO STRIKE EXPERT REPORT OF MR. ARST* under seal 366 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/22/2021) |
| 11/22/2021 | 384 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS RESPONSE TO PLAINTIFFS DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY* under seal 368 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/22/2021) |
| 11/22/2021 | 385 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH* under seal 372 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/22/2021) |
| 11/22/2021 | 386 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO STRIKE EXPERT REPORT OF TROY DREWRY* under seal 374 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/22/2021) |
| 11/23/2021 | 387 | SEALED DECLARATION IN SUPPORT OF Amended APPLICATION to file document *DOCKET ENTRY NUMBERS 366-2, 368-2, 372-2, 372-3, and 374-2* under seal 382 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 11/23/2021) |
| 11/23/2021 | 388 | MINUTE IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: Counsel are hereby notified that pursuant to the Judge's directive, the Plaintiffs have filed a Statement of Undisputed Facts and Conclusions of Law 254 , and both parties have filed separate Statements of Genuine Disputes of Material Facts 254 281 . In addition to these filings, the Court orders the parties to submit a Stipulated Statement of Undisputed Facts on or by Wednesday, December 1, 2021. IT IS SO ORDERED. (shb) (Entered: 11/23/2021) |
| 11/23/2021 | 389 | REPLY in support of NOTICE OF MOTION AND MOTION to Exclude CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH 348 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 11/23/2021) |
| 11/23/2021 | 390 | REPLY in support of NOTICE OF MOTION AND MOTION to Exclude TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY 351 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 SUPPLEMENTAL DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY)(Baker, Ryan) (Entered: 11/23/2021) |
| 11/23/2021 | 391 | APPLICATION to file document *Exhibit A to the Declaration of Ryan G. Baker In Support Of Plaintiffs' Ex Parte Application to Show Cause* under seal filed by Plaintiffs |

| | | James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order, # 2 Redacted Document Exhibit A to the Declaration of Ryan G. Baker In Support Of Plaintiffs' Ex Parte Application to Show Cause)(Baker, Ryan) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 392 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibit A to the Declaration of Ryan G. Baker In Support Of Plaintiffs' Ex Parte Application to Show Cause* under seal 391 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Unredacted Document Exhibit A to the Declaration of Ryan G. Baker In Support Of Plaintiffs' Ex Parte Application to Show Cause)(Baker, Ryan) (Entered: 11/23/2021) |
| 11/23/2021 | 393 | EX PARTE APPLICATION for Order to Show Cause re: Why Defendants Cornell, Wang, and Clavell-Hernandez Should Not Be Held in Contempt filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Ryan G. Baker In Support of Ex Parte Application to Show Cause, # 2 Exhibit A to the Baker Declaration, # 3 Exhibit B to the Baker Declaration, # 4 Exhibit C to the Baker Declaration, # 5 Exhibit D to the Baker Declaration, # 6 Exhibit E to the Baker Declaration, # 7 Exhibit F to the Baker Declaration, # 8 Declaration of Jonathan Elist In Support of Ex Parte Application to Show Cause, # 9 Declaration of James Elist, M.D. In Support of Ex Parte Application to Show Cause, # 10 Exhibit A to the Dr. Elist Declaration, # 11 Proposed Order) (Baker, Ryan) (Entered: 11/23/2021) |
| 11/24/2021 | 394 | OPPOSITION to EX PARTE APPLICATION for Order to Show Cause re: Why Defendants Cornell, Wang, and Clavell-Hernandez Should Not Be Held in Contempt 393 *Requesting Leave to File Responsive Brief* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Johnson, Foster) (Entered: 11/24/2021) |
| 11/30/2021 | 395 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, the plaintiffs motion to exclude certain opinion of defendants rebuttal damages expert Dr. John Hatsch 348 and Daubert motion to exclude testimony of defendants expert Dr. John Mulcah 351 , are hereby ordered continued to DECEMBER 21, 2021 at 10:00 a.m. Counsel for the parties are ordered to appear in person. IT IS SO ORDERED. (shb) (Entered: 11/30/2021) |
| 12/01/2021 | 396 | STATEMENT of Undisputed Facts (Stipulated) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. *STIPULATED STATEMENT OF UNDISPUTED FACTS* re: Minutes of In Chambers Order/Directive - no proceeding held,, 388 . (Baker, Ryan) (Entered: 12/01/2021) |
| 12/03/2021 | 397 | OPPOSITION to EX PARTE APPLICATION for Order to Show Cause re: Why Defendants Cornell, Wang, and Clavell-Hernandez Should Not Be Held in Contempt 393 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 |

| | | |
|---|---|---|
| | | Exhibit 17, # 19 Declaration of Mark Duval, # 20 Declaration of Robert Cornell) (Halepota, Shahmeer) (Entered: 12/03/2021) |
| 12/03/2021 | 398 | APPLICATION to file document *Exhibits 3-5, 7-11, and 16 to the Declaration of Shahmeer Halepota in support of Defendants Response to Plaintiffs Ex Parte Application for an Order to Show Cause Why Defendants Cornell, Wang, And Clavell-Hernandez Should Not be Held in Contempt for Violating the Courts Preliminary Injunction Order* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Shahmeer Halepota, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 16, # 11 Proposed Order)(Halepota, Shahmeer) (Entered: 12/03/2021) |
| 12/03/2021 | 399 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits 3-5, 7-11, and 16 to the Declaration of Shahmeer Halepota in support of Defendants Response to Plaintiffs Ex Parte Application for an Order to Show Cause Why Defendants Cornell, Wang, And Clavell-Hernandez Shou 398 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 7, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 16)(Halepota, Shahmeer) (Entered: 12/03/2021)* |
| 12/07/2021 | 400 | Joint STIPULATION to Continue Pre-Trial Conference from January 11, 2022 to January 18, 2022 Re: Order,,, Set/Reset Deadlines/Hearings,, 315 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Halepota, Shahmeer) (Entered: 12/07/2021) |
| 12/07/2021 | 401 | REPLY IN SUPPORT OF EX PARTE APPLICATION for Order to Show Cause re: Why Defendants Cornell, Wang, and Clavell-Hernandez Should Not Be Held in Contempt 393 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Allison Komiyama, PhD, RAC)(Baker, Ryan) (Entered: 12/07/2021) |
| 12/07/2021 | 402 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Exhibits 3-5, 7-11, and 16 to the Declaration of Shahmeer Halepota in support of Defendants Response to Plaintiffs Ex Parte Application for an Order to Show Cause Why Defendants Cornell, Wang, And Clavell-Hernandez Shou 398 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Baker, Ryan) (Entered: 12/07/2021)* |
| 12/08/2021 | 403 | ORDER GRANTING AGREED STIPULATION RE: DEPOSITION OF TOM HOPPER 400 by Judge Consuelo B. Marshall: The Court ORDERS that the parties abide by the following schedule: Pre-Trial Conference continued to February 1, 2022 at 2:30 p.m. All |

| | | other currently schedule dates shall remain the same. IT IS SO ORDERED. (shb) (Entered: 12/08/2021) |
|---|---|---|
| 12/08/2021 | [404](#) | AMENDED ORDER GRANTING AGREED STIPULATION RE: REQUEST FOR CONTINUANCE OF THE PRETRIAL CONFERENCE [400](#) , [403](#) by Judge Consuelo B. Marshall: The Court ORDERS that the parties abide by the following schedule: Pre-Trial Conference continued to February 1, 2022 at 2:30 p.m. All other currently scheduled dates shall remain the same. IT IS SO ORDERED. (shb) (Entered: 12/09/2021) |
| 12/21/2021 | [405](#) | MINUTES OF HEARING RE VARIOUS MOTIONS held before Judge Consuelo B. Marshall. The Court does not make a ruling on the following motions: Defendant's motion to amend order [251](#) ; Defendant's motion for an award of attorney's fees and costs [252](#) ; Defendant's motion for summary judgment [253](#) ; Plaintiff's motion for summary judgment [254](#) ; MOTION to Strike the Expert Report of Mr. Arst [316](#) ; MOTION to Strike The Expert Report of Drewry [317](#) ; MOTION to Strike OPINION #2 OF DR. CARSON WITH MEMORANDUM OF AUTHORITIES IN SUPPORT [320](#) ; MOTION to Strike EXPERT REPORT OF MR. ARST [323](#) ; Motion to withdraw docket entry #316 [333](#) ; MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS [326](#) ; Plaintiff's motion to exclude certain opinion of defendants' rebuttal damages expert Dr. John Hatch [348](#) and Plaintiff's Daubert motion to exclude testimony of Defendants'expert Dr. John Mulcahy [351](#) ; Following discussions with the parties, the Court advises counsel to meet and confer and submit a stipulation re new proposed dates as the dates now set Pretrial Conference February 1, 2022 and Jury Trial February 15, 2022 may not be available for the Court. Court Reporter: Pat Cuneo. (lom) (Entered: 12/22/2021) |
| 12/21/2021 | [407](#) | AMENDED MINUTES OF HEARING RE VARIOUS MOTIONS held before Judge Consuelo B. Marshall. The Court does not make a ruling on the following motions: Defendant's motion to amend order 251 ; Defendant's motion for an award of attorney's fees and costs 252 ; Defendant's motion for summary judgment 253 ; Plaintiff's motion for summary judgment 254 ; MOTION to Strike the Expert Report of Mr. Arst 316 ; MOTION to Strike The Expert Report of Drewry 317 ; MOTION to Strike OPINION #2 OF DR. CARSON WITH MEMORANDUM OF AUTHORITIES IN SUPPORT 320 ; MOTION to Strike EXPERT REPORT OF MR. ARST 323 ; Motion to withdraw docket entry #316 333 ; MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS 326; Plaintiff's motion to exclude certain opinion of defendants' rebuttal damages expert Dr. John Hatch 348 and Plaintiff's Daubert motion to exclude testimony of Defendants' expert Dr. John Mulcahy 351 ; Following discussions with the parties, the Court advises counsel to meet and confer and submit a stipulation re new proposed dates as the dates now set Pretrial Conference February 1, 2022 and Jury Trial February 15, 2022 may not be available for the Court. IT IS SO ORDERED. Court Reporter: Pat Cuneo. (shb) (Entered: 01/03/2022) |
| 12/23/2021 | [406](#) | TRANSCRIPT ORDER as to Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang for Court Reporter. Court will contact Alejandra Ramos at aramos@azalaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Halepota, Shahmeer) (Entered: 12/23/2021) |
| 01/12/2022 | [408](#) | Joint STIPULATION to Reset December 21, 2021 Hearing and Revised Trial Schedule filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert |

| | | |
|---|---|---|
| | | Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Halepota, Shahmeer) (Entered: 01/12/2022) |
| 01/13/2022 | 409 | ORDER ON JOINT STIPULATION RE: RESETTING DECEMBER 21, 2021 HEARING AND REVISED TRIAL SCHEDULE 408 408 by Judge Consuelo B. Marshall. Having considered the stipulation of the Parties and good cause appearing, the Court ORDERS that: (1) the hearing for the pending motions identified in Docket No. 407 be reset for February 8, 2022. (2) a new trial date will be confirmed on or before the February 8, 2022 hearing. (lom) (Entered: 01/13/2022) |
| 01/25/2022 | 410 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, the Pretrial Conference and all motions, currently scheduled for February 1, 2022, are hereby ordered continued to FEBRUARY 8, 2022 at 2:30 p.m. IT IS SO ORDERED. (shb) (Entered: 01/25/2022) |
| 02/07/2022 | 411 | Request filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *REQUEST OF SCOTT M. MALZAHN TO APPEAR BY TELEPHONE AT HEARING* (Malzahn, Scott) Modified on 2/8/2022 (shb). (Entered: 02/07/2022) |
| 02/08/2022 | 412 | MINUTES IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES, 41 by Judge Consuelo B. Marshall: Counsel are hereby notified that pursuant to the Judge's directive, the Plaintiff's request to appear by telephone 411 is granted and counsel will appear via zoom on February 8, 2022 at 2:30 p.m. for the Pretrial Conference hearing. IT IS SO ORDERED. (shb) (Entered: 02/08/2022) |
| 02/08/2022 | 415 | MINUTES OF HEARING RE STATUS CONFERENCE AND VARIOUS MOTIONS HEARING held before Judge Consuelo B. Marshall: The case is called and counsel state their appearance. The Court and counsel confer. Status conference is held. Following discussions with the parties, the Court advises counsel that the Pretrial Conference is June 14, 2022 at 2:30 p.m The Jury Trial is set for September 6, 2022 at 10:00 a.m. est. 15 days. The defendant's motion for summary judgment 253 and Plaintiff's motion for summary judgment 254 are taken under submission and a written order will issue. All other motions set for February 8, 2022 will be discussed at the June 14, 2022 hearing. IT IS SO ORDERED. Court Reporter: Suzanne McKennon. (shb) (Entered: 02/10/2022) |
| 02/10/2022 | 413 | TRANSCRIPT ORDER AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang for Court Reporter. Court will contact Alejandra Ramos at aramos@azalaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Zavitsanos, John) (Entered: 02/10/2022) |
| 02/10/2022 | 414 | TRANSCRIPT ORDER as to Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. for Court Reporter. Court will contact Becky Isomoto at bisomoto@waymakerlaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Baker, Ryan) (Entered: 02/10/2022) |
| 03/08/2022 | 416 | TRANSCRIPT for proceedings held on 02/08/22; 2:33 p.m. Court Reporter: Suzanne M. McKennon, CSR, CRR, RMR, phone number (559) 658-0362. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline |

| | | |
|---|---|---|
| | | for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 3/29/2022. Redacted Transcript Deadline set for 4/8/2022. Release of Transcript Restriction set for 6/6/2022. (McKennon, Suzanne) (Entered: 03/08/2022) |
| 03/08/2022 | 417 | NOTICE OF FILING TRANSCRIPT filed for proceedings 02/08/22; 2:33 p.m. re Transcript 416 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (McKennon, Suzanne) TEXT ONLY ENTRY (Entered: 03/08/2022) |
| 03/17/2022 | 418 | Supplemental EX PARTE APPLICATION for Order for TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG, AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURTS PRELIMINARY INJUNCTION ORDER (DKT. 393) *SUPPLEMENTAL NOTICE RE PLAINTIFFS EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG, AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURTS PRELIMINARY INJUNCTION ORDER (DKT. 393)* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Emily R. Stierwalt, # 2 Exhibit A to Declaration of Emily R. Stierwalt, # 3 Exhibit B to Declaration of Emily R. Stierwalt) (Baker, Ryan) (Entered: 03/17/2022) |
| 04/01/2022 | 419 | TRANSCRIPT for proceedings held on December 21, 2021 at 11:14 a.m. Court Reporter: PAT CUNEO CSR 1600, OFFICIAL REPORTER, www.patcuneo.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/22/2022. Redacted Transcript Deadline set for 5/2/2022. Release of Transcript Restriction set for 6/30/2022. (Cuneo, Patricia) (Entered: 04/01/2022) |
| 04/01/2022 | 420 | NOTICE OF FILING TRANSCRIPT filed for proceedings December 21, 2021 at 11:14 a.m. re Transcript 419 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Cuneo, Patricia) TEXT ONLY ENTRY (Entered: 04/01/2022) |
| 04/08/2022 | 421 | MINUTES IN CHAMBERS- ORDER RE: PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG, AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S PRELIMINARY INJUNCTION ORDER by Judge Consuelo B. Marshall: The Court GRANTS Plaintiffs' request for an order to show cause, ORDERS Defendants to show cause in writing on or before April 15, 2022 why Defendants should not be held in civil contempt for violating the Court's Preliminary Injunction, and schedules a hearing on this issue on Apri126, 2022. IT IS SO ORDERED. (shb) (Entered: 04/11/2022) |
| 04/15/2022 | 422 | OPPOSITION to EX PARTE APPLICATION for Order to Show Cause re: Why Defendants Cornell, Wang, and Clavell-Hernandez Should Not Be Held in Contempt 393 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Shahmeer Halepota, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 |

| | | |
|---|---|---|
| | | Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Declaration Robert J Cornell, # 27 Declaration Mark Duval)(Halepota, Shahmeer) (Entered: 04/15/2022) |
| 04/15/2022 | 423 | APPLICATION to file document under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Shahmeer Halepota, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 16, # 11 Exhibit 22, # 12 Exhibit 23, # 13 Proposed Order)(Halepota, Shahmeer) (Entered: 04/15/2022) |
| 04/15/2022 | 424 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document under seal 423 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 7, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 16, # 10 Exhibit 22, # 11 Exhibit 23)(Halepota, Shahmeer) (Entered: 04/15/2022) |
| 04/19/2022 | 425 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document under seal 423 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc..(Stierwalt, Emily) (Entered: 04/19/2022) |
| 04/21/2022 | 426 | EX PARTE APPLICATION for Leave to file Reply to Defendants Amended Response to Order to Show Cause (Dkt 422) *PLAINTIFFS UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO REPLY TO DEFENDANTS AMENDED RESPONSE TO ORDER TO SHOW CAUSE (DKT. 422)* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 DECLARATION OF EMILY R. STIERWALT IN SUPPORT OF PLAINTIFFS UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO REPLY TO DEFENDANTS AMENDED RESPONSE TO ORDER TO SHOW CAUSE (DKT. 422), # 2 Proposed Order) (Baker, Ryan) (Entered: 04/21/2022) |
| 04/21/2022 | 427 | OBJECTIONS *PLAINTIFFS EVIDENTIARY OBJECTIONS TO THE AMENDED DECLARATION OF MARK DUVAL (DKT. 422-27) AND DECLARATION OF SHAHMEER HALEPOTA (DKT. 422-1) IN SUPPORT OF DEFENDANTS RESPONSE TO ORDER TO SHOW CAUSE* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 04/21/2022) |
| 04/21/2022 | 428 | ORDER GRANTING PLAINTIFFS UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO REPLY TO DEFENDANTS AMENDED RESPONSE TO ORDER TO SHOW CAUSE (DKT. 422) 426 , by Judge Consuelo B. Marshall: Plaintiffs Application is GRANTED and IT IS HEREBY ORDEREDthat Plaintiffs Response shall be filed. Plaintiffs shall file a copy of the response as a separate docket entry within 24 hours of notice of this Order. IT IS SO ORDERED. (shb) (Entered: 04/21/2022) |

| 04/21/2022 | 429 | REPLY filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc. to Order on Motion for Leave to File Document, 428 *PLAINTIFFS REPLY TO DEFENDANTS AMENDED RESPONSE TO THIS COURTS ORDER TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG, AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURTS PRELIMINARY INJUNCTION ORDER (DKT. 138)* (Baker, Ryan) (Entered: 04/21/2022) |
|---|---|---|
| 04/22/2022 | 430 | EX PARTE APPLICATION for Leave to file SUR-REPLY TO PLAINTIFFS APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG, AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 1, # 2 Proposed Order) (Johnson, Foster) (Entered: 04/22/2022) |
| 04/22/2022 | 431 | MINUTE IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Courts own motion, the Order to Show Cause re contempt, currently scheduled for April 26, 2022, is hereby ordered continued to MAY 6, 2022 at 10:00 a.m. in Courtroom 8D. Counsel for the parties are ordered to appear in person. IT IS SO ORDERED. (shb) (Entered: 04/22/2022) |
| 04/22/2022 | 432 | MINUTES IN CHAMBERS- ORDER RE: DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY, 430 by Judge Consuelo B. Marshall: The matter before the Court is Defendants' Ex Pa1t e Application for Leave to File a Sur-Reply to Plaintiffs' Application for an Order to Show Cause. (Dkt. No. 430.) The Court DENIES the application. Defendants may address Plaintiffs' Reply in their arguments during the hearing on this issue. IT IS SO ORDERED. (shb) (Entered: 04/22/2022) |
| 04/26/2022 | 433 | NOTICE of Change of address by Ryan G Baker attorney for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Changing attorneys address to 515 S. Flower Street, Suite 3500, Los Angeles, CA 90071. Filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 04/26/2022) |
| 04/27/2022 | 434 | UNOPPOSED REQUEST TO CONTINUE PLAINTIFFS EX PARTE APPLICATION TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG, AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING, THE COURTS PRELIMINARY INJUNCTION ORDER (DKT.138) HEARING UNTIL MAY 17, 2022 re EX PARTE APPLICATION for Order to Show Cause re: Why Defendants Cornell, Wang, and Clavell-Hernandez Should Not Be Held in Contempt 393 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order Order) (Halepota, Shahmeer) Modified on 4/28/2022 (shb). (Entered: 04/27/2022) |
| 04/27/2022 | 435 | ORDER GRANTING UNOPPOSED REQUEST TO CONTINUE PLAINTIFFS EX PARTE APPLICATION TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG, AND CLAVELL HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING, THE COURTS PRELIMINARY INJUNCTION ORDER (DKT.138) HEARING UNTIL MAY 17, 2022 434 by Judge Consuelo B. Marshall: The Court |

| | | ORDERS that: (1) the hearing for the Order to Show Cause regarding Contempt, currently scheduled for May 6, 2022 at 10:00 AM is to be continued to May 17, 2022 at 10:00 a.m. for an in person hearing. IT IS SO ORDERED. (shb) (Entered: 04/28/2022) |
|---|---|---|
| 05/04/2022 | 436 | NOTICE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 05/04/2022) |
| 05/04/2022 | 437 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice (Other), 436 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Civil Events Other Filings Notices - Select - Notice of Change of Attorney Business or Contact Information (G-06). Please submit form G-06 In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (shb) (Entered: 05/04/2022) |
| 05/04/2022 | 438 | NOTICE of Change of Attorney Business or Contact Information: for attorney Shahmeer A. Halepota counsel for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 05/04/2022) |
| 05/10/2022 | 439 | Joint STIPULATION to Reset June 14, 2022 Pre-Trial Conference filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 05/10/2022) |
| 05/17/2022 | 440 | ORDER ON JOINT STIPULATION RE: RESETTING PRETRIAL CONFERENCE 439 by Judge Consuelo B. Marshall. Having considered the stipulation of the Parties and good cause appearing, the Court ORDERS that: (1) the hearing for the pending expert motions remain June 14, 2022; (2) the Pre-Trial Conference is continued from June 14, 2022 to August 16, 2022 at 2:30 p.m. (lom) (Entered: 05/17/2022) |
| 05/17/2022 | 442 | MINUTES OF HEARING RE: ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S PRELIMINARY INJUNCTION 393 Hearing held before Judge Consuelo B. Marshall: The Court and counsel confer. Counsel inform the Court that the only pending motion related to the motions for summary judgment is Docket 326, the motion to exclude expert testimony that should be ruled on before the summary judgment motion. Following discussions with the pa1ties, the Court advises counsel that the ruling re the Order to ShowCause as to why defendant should not be held in civil contempt for violating the Court's prelimina1y injunction is taken under submission and a written order will issue. The Court further informs the patties that the ruling re the motion for summary judgment will be issued within the next 3 weeks.The remaining motions: MOTION to Strike the Expe1t Repo1t of Mr. Arst, fld 11-2-21 (316); MOTION to Strike The Expe1t Report |

| | | |
|---|---|---|
| | | ofDrew1y, fld 11-2-21 (317); MOTION to Strike opinion #2 of Dr. Carson with memorandum of authorities in suppo1t, fld 11-2-21 (320); MOTION to Strike expe1t repo1t of Mr. Arst, fld 11-2-21 (323); MOTION to withdraw docket entry #316, fld 11/9/21 (333); Plaintiffs motion to exclude ce1tain opinion of defendants' rebuttal damages expe1t Dr. John Hatch, fld 11/9/21 (348); Plaintiffs Daubert motion to exclude testimony of Defendants' expe1t Dr. John Mulcahy, fld 11/9/21 (351, do not need to be ruled on before the summary judgment ruling as stated on the record. IT IS SO ORDERED. Court Reporter: Myra Ponce. (shb) (Entered: 05/19/2022) |
| 05/19/2022 | 441 | TRANSCRIPT ORDER as to Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang for Court Reporter. Court will contact Alejandra Ramos at aramos@azalaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Halepota, Shahmeer) (Entered: 05/19/2022) |
| 06/09/2022 | 443 | ORDER GRANTING DEFENDANTS MOTION TO WITHDRAW DOCKET ENTRY NUMBER 316 333 by Judge Consuelo B. Marshall: The Court, based on the briefing submitted by the parties, oral argument, if any, and all other matters properly considered by the Court, ORDERS that the motion is GRANTED. Docket Entry Number 316 is withdrawn. It is so ORDERED. (shb) (Entered: 06/10/2022) |
| 06/13/2022 | 444 | TRANSCRIPT for proceedings held on 05/17/2022 at 10:33 a.m. Court Reporter/Electronic Court Recorder: Myra L. Ponce, CSR, RDR, CRR, e-mail address myraponce@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/14/2022. Release of Transcript Restriction set for 9/12/2022. (Ponce, Myra) (Entered: 06/13/2022) |
| 06/13/2022 | 445 | NOTICE OF FILING TRANSCRIPT filed for proceedings 05/17/2022 at 10:33 a.m. re Transcript 444 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Ponce, Myra) TEXT ONLY ENTRY (Entered: 06/13/2022) |
| 06/14/2022 | 446 | MINUTES OF DEFENDANTS' MOTION TO STRIKE EXPERT REPORT OF DREWRY (316.), DEFENDANT'SMOTION TO STRIKE EXPERT REPORT OF DREWRY (317), MOTION TO STRIKE OPINION #2 OF DR. CARSON WITH MEMORANDUM OF AUTHORITIES IN SUPPORT [320], DEFENDANTS' MOTION TO STRIKE EXPERT REPORT OF MR. ARST [323], MOTION TO STRIKE PLAINTIFFS' UNTIMELY SUPPLEMENTAL EXPERT REPORTS (326), PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS' REBUTTAL DAMAGES EXPERT DR. JOHN HATCH (348), PLAINTIFFS' MOTION AND DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT DR. JOHN MULCAHY (351) Hearing held before Judge Consuelo B. Marshall: The Court and counsel confer. Following discussions with the parties, the Court advises counsel to meet and confer about the Motions to Seal that were filed in the case. The Court advises counsel to file a joint repo1i by June 28, 2022. The Motions before the Court are taken under submission and written orders will issue. IT IS SO ORDERED. Court Reporter: Maria Bustillos. (shb) (Entered: 06/15/2022) |
| 06/16/2022 | 447 | TRANSCRIPT ORDER as to Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, |

| | | PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang for Court Reporter. Court will contact Alejandra Ramos at aramos@azalaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Zavitsanos, John) (Entered: 06/16/2022) |
|---|---|---|
| 06/16/2022 | 448 | ORDER RE: DEFENDANTS MOTION TO STRIKE PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS (DKT. NO. 326) by Judge Consuelo B. Marshall: The Court DENIES Defendants Motion to Strike. IT IS SO ORDERED. (shb) (Entered: 06/16/2022) |
| 06/28/2022 | 449 | JOINT REPORT of ON PARTIES MEET-AND-CONFER RE: SEALING OF EXHIBITS TO PRE-TRIAL FILINGS filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 06/28/2022) |
| 07/11/2022 | 450 | STATUS REPORT *UPDATED JOINT REPORT ON PARTIES MEET-AND-CONFER RE: SEALING OF EXHIBITS TO PRE-TRIAL FILINGS* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 07/11/2022) |
| 07/12/2022 | 451 | Joint STIPULATION to Continue Trial and Related Dates from September 6, 2022 to November 7 or December 5, 2022 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 07/12/2022) |
| 07/13/2022 | 452 | TRANSCRIPT ORDER as to Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. for Court Reporter. Court will contact Becky Isomoto at bisomoto@waymakerlaw.com with further instructions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Baker, Ryan) (Entered: 07/13/2022) |
| 07/15/2022 | 453 | ORDER by Judge Consuelo B. Marshall, re Stipulation to Continue, 451 The Court hereby ORDERS that the parties abide by the following schedule: Deadline to submit motions in limine - September 6 or October 4, 2022. Pre-Trial Conference - November 8, 2022 at 2:30 p.m.; Trial Date - December 6, 2022 at 10:00 a.m. (on the condition that Plaintiffs expressly reserve the right to seek a further continuance of any trial date in December based on the availability of their witnesses). All other currently scheduled dates shall remain the same. It Is So Ordered. (shb) (Entered: 07/15/2022) |
| 07/15/2022 | 454 | [4/15/2022 - WITHDRAWN PER DKT - 458] - STIPULATION File Exhibits to Pretrial Filings Under Seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 45, # 2 Proposed Order Proposed Order)(Attorney John Zavitsanos added to party Jonathan Clavell(pty:dft))(Zavitsanos, John) Modified on 7/18/2022 (shb). (Entered: 07/15/2022) |
| 07/15/2022 | 455 | Joint APPLICATION to file document *Docket No. 259-19* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, |

| | | |
|---|---|---|
| | | Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Redacted Document Exhibit 45, # 2 Proposed Order)(Halepota, Shahmeer) (Entered: 07/15/2022) |
| 07/15/2022 | 456 | SEALED DECLARATION IN SUPPORT OF Joint APPLICATION to file document *Docket No. 259-19* under seal 455 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit Exhibit 1)(Halepota, Shahmeer) (Entered: 07/15/2022) |
| 07/15/2022 | 457 | SEALED DECLARATION IN SUPPORT OF Joint APPLICATION to file document *Docket No. 259-19* under seal 455 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.(Halepota, Shahmeer) (Entered: 07/15/2022) |
| 07/15/2022 | 458 | NOTICE OF MOTION AND MOTION to Withdraw Docket Entry Number 454 Stipulation to Seal,, 454 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Halepota, Shahmeer) (Entered: 07/15/2022) |
| 07/18/2022 | 459 | NOTICE OF MOTION AND MOTION to Strike *and Replace Certain Exhibits to Pretrial Filings* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Shahmeer Halepota, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Proposed Order) (Halepota, Shahmeer) (Entered: 07/18/2022) |
| 07/20/2022 | 460 | Joint APPLICATION to file document *Certain Exhibits to Pre-trial Filings* under seal filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Proposed Order)(Halepota, Shahmeer) (Entered: 07/20/2022) |
| 07/20/2022 | 461 | SEALED DECLARATION IN SUPPORT OF Joint APPLICATION to file document *Certain Exhibits to Pre-trial Filings* under seal 460 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Unredacted Document Exhibit A to the Declaration of Emily R. Stierwalt in Support of |

| | | |
|---|---|---|
| | | the Joint Consolidated Application to Seal, # 2 Unredacted Document Exhibit B to the Declaration of Emily R. Stierwalt in Support of the Joint Consolidated Application to Seal, # 3 Unredacted Document Exhibit C to the Declaration of Emily R. Stierwalt in Support of the Joint Consolidated Application to Seal)(Stierwalt, Emily) (Entered: 07/20/2022) |
| 07/20/2022 | 462 | SEALED DECLARATION IN SUPPORT OF Joint APPLICATION to file document *Certain Exhibits to Pre-trial Filings* under seal 460 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Unredacted Document Exhibit 1, # 2 Unredacted Document Exhibit 2, # 3 Unredacted Document Exhibit 3, # 4 Unredacted Document Exhibit 4, # 5 Unredacted Document Exhibit 5, # 6 Unredacted Document Exhibit 6, # 7 Unredacted Document Exhibit 7, # 8 Unredacted Document Exhibit 8, # 9 Unredacted Document Exhibit 9, # 10 Unredacted Document Exhibit 10, # 11 Unredacted Document Exhibit 11) (Halepota, Shameer) (Entered: 07/20/2022) |
| 07/27/2022 | 463 | Notice of Appearance or Withdrawal of Counsel: for attorney Michael A. Killingsworth counsel for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Michael A. Killingsworth is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendants Robert Cornell, M.D., Robert J. Cornell, M.D., P.A., Cornell Cosmetic Urology LLC, AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Jonathan Clavell Hernandez, Clavell Urology, PLLC, Richard B Finger, Hans Mische, Hans Mische LLC, Huck Medical Technologies Inc, LATA Lignum LLC, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Run Wang, M.D.. (Killingsworth, Michael) (Entered: 07/27/2022) |
| 07/29/2022 | 464 | EX PARTE APPLICATION for Leave to file Supplemental Notice Re Order to Show Cause filed by Plaintiffs James Elist, International Medical Devices, Inc.. (Attachments: # 1 Exhibit A, # 2 Declaration of Sam S. Meehan, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Proposed Order) (Baker, Ryan) (Entered: 07/29/2022) |
| 08/02/2022 | 465 | ORDER GRANTING PLAINTIFFS UNOPPOSED EX PARTE APPLICATION FOR LEAVE FILE SUPPLEMENTAL NOTICE RE ORDER TO SHOW CAUSE (DKT. 421) 464 by Judge Consuelo B. Marshall: Plaintiffs Application is GRANTED and IT IS HEREBY ORDERED that Plaintiffs Supplemental Notice shall be filed. Plaintiffs shall file a copy of the Supplemental Notice as a separate docket entry within 24 hours of notice of this Order. IT IS SO ORDERED. (shb) (Entered: 08/02/2022) |
| 08/03/2022 | 466 | Notice Re Order to Show Cause filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Attachment)(Baker, Ryan) (Entered: 08/03/2022) |
| 08/04/2022 | 467 | EX PARTE APPLICATION for Leave to file A Response to Plaintiffs' Supplemental Notice filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan |

| | | Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Proposed Order) (Halepota, Shahmeer) (Entered: 08/04/2022) |
|---|---|---|
| 08/04/2022 | [468](#) | Notice of Appearance or Withdrawal of Counsel: for attorney Donald R Pepperman counsel for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Adding Donald R. Pepperman as counsel of record for International Medical Devices, Inc and Menova International, Inc. and James Elist, MD for the reason indicated in the G-123 Notice. Filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc., and James Elist, MD. (Attorney Donald R Pepperman added to party James Elist(pty:pla), Attorney Donald R Pepperman added to party International Medical Devices, Inc. (pty:pla), Attorney Donald R Pepperman added to party Menova International, Inc(pty:pla))(Pepperman, Donald) (Entered: 08/04/2022) |
| 08/08/2022 | [469](#) | ORDER GRANTING DEFENDANTS UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS SUPPLEMENTAL NOTICE [467](#) , by Judge Consuelo B. Marshall:Based on Defendants Application, Defendants Application is GRANTED and IT IS HEREBY ORDERED that Defendants response shall be filed by August 8, 2022. IT IS SO ORDERED. (shb) (Entered: 08/08/2022) |
| 08/08/2022 | [470](#) | Notice Defendants Response To Plaintiffs' Supplemental Notice (Dkt. 421) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Cornell, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Declaration of Shahmeer Halepota, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4) (Halepota, Shahmeer) (Entered: 08/08/2022) |
| 08/09/2022 | [471](#) | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice (Other),, [470](#) . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Civil Events Other Filings Miscellaneous Filings Select - Response. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (shb) (Entered: 08/09/2022) |
| 08/16/2022 | [472](#) | ORDER GRANTING DEFENDANTS MOTION TO WITHDRAW DOCKET ENTRY NUMBER 454 [458](#) by Judge Consuelo B. Marshall: The Court, based on the briefing submitted by the parties, oral argument, if any, and all other matters properly considered by the Court, ORDERS that the motion is GRANTED. Docket Entry Number 454 is withdrawn.It is so ORDERED. (shb) (Entered: 08/17/2022) |
| 08/16/2022 | [473](#) | ORDER GRANTING DEFENDANTS UNOPPOSED MOTION TO STRIKE AND REPLACE CERTAIN EXHIBITS TO PRETRIAL FILINGS [459](#) by Judge Consuelo B. Marshall: Having considered Motion, the Court finds that it shall be GRANTED and accordingly ORDERS that the following, previously-filed exhibits are STRICKEN from the record: Ex. 7 to Defendants Motion for Summary Judgment (Dkt. No. 262-6); Ex. 12 to Defendants Motion for Summary Judgment (Dkt. No. 262-7); Ex. 19 to Defendants Motion for Summary Judgment (Dkt. No. 262-11); Ex. 24 to Defendants Motion for Summary Judgment (Dkt. No. 262-12); Ex. 36 to Defendants Motion for Summary Judgment (Dkt. No. 262-14); Ex. 65 to Defendants Motion for Summary Judgment (Dkt. No. 262-15); Ex. 66 to Defendants Motion for Summary Judgment (Dkt. No. 262-16); Ex. 67 to Defendants Motion for Summary Judgment (Dkt. No. 262-17); Ex. 68 to |

| | | |
|---|---|---|
| | | Defendants Motion for Summary Judgment (Dkt. No.262-18); Ex. 69 to Defendants Motion for Summary Judgment (Dkt. No. 262-19); Ex. 70 to Defendants Motion for Summary Judgment (Dkt. No. 262-20); Ex. 71 to Defendants Motion for Summary Judgment (Dkt. No. 262-21); Ex. 7 to Defendants Motion to Exclude the Expert Opinions of Kevin Arst (Dkt. No. 325-7); and Ex. 11 to Defendants Motion to Exclude the Expert Opinions of Kevin Arst (Dkt. No. 325-11). The Court further ORDERS that the following documents, attached as exhibits to the July 18, 2022 Declaration of Shahmeer Halepota, are entered as replacement exhibits. Original exhibit Ex. 7 to Defendants Motion for Summary Judgment (Dkt. No. 262-6) - Replacement Exhibit - Excerpt of June 28, 2021 Deposition Transcript of IMDs Corporate Representative. Ex. 1; Original Exhibit: Ex. 12 to Defendants Motion for Summary Judgment (Dkt. No. 262-7); Replacement Exhibit - Excerpt of June 6, 2021 Deposition Transcript of Dr. James Elist. Ex. 2. Original Exhibit - Ex. 19 to Defendants Motion for Summary Judgment (Dkt. No. 262-11); Replacement Exhibit - Excerpt of June 30, 2021 Deposition Transcript of Dr. Kambiz Tajkarimi. Ex. 3. Original Exhibit - Ex. 24 to Defendants Motion for Summary Judgment (Dkt. No. 262-12). Replacement Exhibit - Excerpt of the May 20, 2021 Deposition Transcript of Jonathan Elist. Ex. 4. Original Exhibit - Ex. 36 to Defendants Motion for Summary Judgment (Dkt. No. 262-14). Replacement Exhibit - Excerpt of the September 27, 2020 Deposition Transcript of Dr. James Elist. Ex. 5. Original Exhibit - Ex. 7 to Defendants Motion to Exclude the Expert Opinions of Kevin Arst (Dkt. No. 325-7). Replacement Exhibit - Excerpt of the June 6, 2021 Deposition Transcript of Dr. James Elist. Ex. 6. Original Exhibit - Ex. 11 Defendants Motion to Exclude the Expert Opinions of Kevin Arst (Dkt. No. 325-11). Replacement Exhibit - Excerpt of the June 28, 2021 Deposition Transcript of IMDs Corporate Representative. Ex. 7. IT IS SO ORDERED. (shb) (Entered: 08/17/2022) |
| 08/16/2022 | 474 | ORDER GRANTING THE PARTIES JOINT APPLICATION TO SEAL DKT. NO. 259-19 455 by Judge Consuelo B. Marshall: The Court, based on the briefing submitted by the parties, oral argument, if any, and all other matters properly considered by the Court, ORDERS that the motion is GRANTED. The following documents shall be filed under seal: Dkt. 259-19 (Exhibit 45) to Shahmeer Halepotas declaration ISODefendants September 14, 2021 Motion for Summary Judgment. Portion filed under seal: Dkt. 259-19 shall be replaced with a redacted version of Dkt. 259-19. Redactions to Dkt. 259-19 are made to paragraphs 1415, 28-29, 3639, 43, 64, 68-69, 107109, 114118, 120-124, 130136, and to Exhibits to Dkt. 259-19 JAH-1, JAH-3A, JAH-3B, JAH-5, and JAH-6. Any non-redacted versions or copies of Dkt. 259-19 shall be sealed. IT IS SO ORDERED. (shb) (Entered: 08/17/2022) |

| | | |
|---|---|---|
| 08/16/2022 | [475](#) | ORDER REGARDING PLAINTIFFS AND DEFENDANTS JOINT CONSOLIDATED APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO PRE-TRIAL FILINGS [460](#) , by Judge Consuelo B. Marshall: The Court hereby GRANTS the Joint Consolidated Application and IT IS HEREBY ORDERED that: Based on the representations in the Joint Consolidated Application to Seal, the Court understands that Plaintiffs and Defendants have decided to withdraw certain prior requests to file certain materials under seal as set forth in Section V of the Joint Consolidated Action to Seal. Within 5 days of entry of this Order, Plaintiffs and/or Defendants shall work together to file the foregoing materials in the public record in this action. With respect to Plaintiffs current sealing requests as set forth in section III of the Joint Consolidated Action to Seal, the following documents and portions thereof shall be filed under seal: Exhibit 17 to the Declaration of Shahmeer Halepota in support of Defendants Response in Opposition to Plaintiffs Motion for Summary Adjudication (Dkt. No. 274-7). This order resolves and renders moot the eight pending applications to seal filed by Plaintiffs (Dkt. Nos. 283, 334, 337, 340, 343, 346, 349, and 391) and the thirteen pending applications to seal filed by Defendants (Dkt. Nos. 261, 273, 318, 321, 324, 366, 368, 372, 374, 376, 382, 398, and 423). See order for more information. IT IS SO ORDERED. (Entered: 08/17/2022) |
| 08/22/2022 | [476](#) | SEALED DOCUMENT *Exhibits CC, EE, M And N to Declaration of Emily Stierwalt in Support of Plaintiffs Motion for Summary Adjudication* re NOTICE OF MOTION AND MOTION for Summary Adjudication [254](#) , Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit CC, # [2](#) Exhibit EE, # [3](#) Exhibit M, # [4](#) Exhibit N)(Halepota, Shahmeer) (Entered: 08/22/2022) |
| 08/22/2022 | [477](#) | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING PUBLICLY EXHIBITS A, Q AND R TO THE DECLARATION OF JONATHAN ELIST IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS CLAIMS [DKT. NO. 279] - FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: Declaration (Motion related), [279](#) (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit Q, # [3](#) Exhibit R)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | [478](#) | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING PUBLICLY EXHIBITS I, J AND K TO THE DECLARATION OF JAMES ELIST, M.D. IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS CLAIMS [DKT. NO. 280] - FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: Declaration (Motion related), [280](#) (Attachments: # [1](#) Exhibit I, # [2](#) Exhibit J, # [3](#) Exhibit K)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | [479](#) | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING PUBLICLY EXHIBITS F-L, O-P, W, FF-KK, AND MM-UU TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS CLAIMS [DKT. NO. 282] - FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: Declaration (Motion related), [282](#) (Attachments: # [1](#) Exhibit F, # [2](#) Exhibit G, # [3](#) Exhibit H, # [4](#) Exhibit I, # [5](#) Exhibit J, # [6](#) Exhibit K, # [7](#) Exhibit L, # [8](#) Exhibit O, # [9](#) Exhibit P, # [10](#) Exhibit W, # [11](#) Exhibit FF, # [12](#) Exhibit GG, # [13](#) Exhibit HH, # [14](#) Exhibit II, # 15 |

| | | |
|---|---|---|
| | | Exhibit JJ, # 16 Exhibit KK, # 17 Exhibit MM, # 18 Exhibit NN, # 19 Exhibit OO, # 20 Exhibit PP, # 21 Exhibit QQ, # 22 Exhibit RR, # 23 Exhibit SS, # 24 Exhibit TT, # 25 Exhibit UU)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 480 | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING PUBLIC VERSION OF EXHIBIT A TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE OPINION # 2 OF DR. CARSON [DKT. NO. 336] - FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: MEMORANDUM in Opposition to Motion,, 336 (Attachments: # 1 Exhibit A)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 481 | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING REDACTED VERSIONS OF EXHIBITS A-B AND A PUBLIC VERSION OF EXHIBIT C TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST [DKT. NO. 339] - FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: MEMORANDUM in Opposition to Motion,, 339 (Attachments: # 1 Exhibit A - Redacted, # 2 Exhibit B - Redacted, # 3 Exhibit C)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 482 | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING REDACTED VERSION OF EXHIBIT A AND PUBLIC VERSIONS OF EXHIBITS B-C TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY [DKT. NO. 342] - FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: MEMORANDUM in Opposition to Motion,, 342 (Attachments: # 1 Exhibit A - Redacted, # 2 Exhibit B, # 3 Exhibit C)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 483 | Notice filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING REDACTED VERSION OF EXHIBIT C AND PUBLIC VERSIONS OF EXHIBIT B, E, AND F TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORTS [DKT. NO. 345] - FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED* re: MEMORANDUM in Opposition to Motion,,, 345 (Attachments: # 1 Exhibit B, # 2 Exhibit C - Redacted, # 3 Exhibit E, # 4 Exhibit F)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 484 | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING REDACTED EXHIBIT 1 AND PUBLIC EXHIBIT 2 TO THE DECLARATION OF DONALD R. PEPPERMAN IN SUPPORT OF PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS' REBUTTAL DAMAGES EXPERT OF DR. JOHN HATCH [DKT. NO. 348] - FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: NOTICE OF MOTION AND MOTION to Exclude CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH 348 (Attachments: # 1 Exhibit 1 - Redacted, # 2 Exhibit 2)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 485 | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING PUBLICLY EXHIBITS A-C TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS DAUBERT MOTION TO EXCLUDE EXPERT TESTIMONY OF DEFENDANTS' EXPERT OF DR. JOHN MULCAHY [DKT. NO. 351] - FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: NOTICE OF MOTION AND MOTION |

| | | to Exclude TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY 351 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Baker, Ryan) (Entered: 08/22/2022) |
|---|---|---|
| 08/22/2022 | 486 | Notice filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. *NOTICE OF FILING PUBLICLY EXHIBIT A TO THE DECLARATION OF RYAN G. BAKER IN SUPPORT OF EX PARTE APPLICATION TO SHOW CAUSE RE: WHY DEFENDANTS CORNELL, WANG, AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT [DKT. NO. 393] - FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DKT. NO. 475]* re: EX PARTE APPLICATION for Order to Show Cause re: Why Defendants Cornell, Wang, and Clavell-Hernandez Should Not Be Held in Contempt 393 (Attachments: # 1 Exhibit A)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 487 | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSION OF EXHIBIT P TO THE DECLARATION OF JONATHAN ELIST IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS CLAIMS [DKT. NO. 279]* re Declaration (Motion related), 279 , Order on Motion for Leave to File Document Under Seal,,,,, 475 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit P)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 488 | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL EXHIBITS R-V TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AS TO PLAINTI* re Declaration (Motion related), 282 , Order on Motion for Leave to File Document Under Seal,,,,, 475 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit R, # 2 Exhibit S, # 3 Exhibit T, # 4 Exhibit U, # 5 Exhibit V)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 489 | SEALED DOCUMENT *NOTICE OF FILING UNREDACTED VERSIONS OF EXHIBITS A-B TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST [DKT. NO. 339]* re MEMORANDUM in Opposition to Motion,, 339 , Order on Motion for Leave to File Document Under Seal,,,,, 475 filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 490 | SEALED DOCUMENT *NOTICE OF FILING UNREDACTED VERSION OF EXHIBIT A TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY [DKT. NO. 342]* re MEMORANDUM in Opposition to Motion,, 342 , Order on Motion for Leave to File Document Under Seal,,,,, 475 filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit A)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 491 | SEALED DOCUMENT *NOTICE OF FILING UNREDACTED EXHIBIT C TO THE DECLARATION OF BRIAN T. GRACE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORTS [DKT. NO. 345]* re MEMORANDUM in Opposition to Motion,,, 345 , Order on Motion for Leave to File Document Under Seal,,,,, 475 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit C)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/22/2022 | 492 | SEALED DOCUMENT *NOTICE OF FILING UNREDACTED EXHIBIT 1 TO THE DECLARATION OF DONALD R. PEPPERMAN IN SUPPORT OF PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS' REBUTTAL* |

| | | |
|---|---|---|
| | | *DAMAGES EXPERT OF DR. JOHN HATCH [DKT. NO. 348]* re NOTICE OF MOTION AND MOTION to Exclude CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH 348 , Order on Motion for Leave to File Document Under Seal,,,,, 475 filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit 1)(Baker, Ryan) (Entered: 08/22/2022) |
| 08/23/2022 | 493 | NOTICE OF MOTION AND MOTION to Strike MOTION TO STRIKE DEFENDANTS UNTIMELY SUPPLEMENTAL/REBUTTAL EXPERT REPORTS filed by Plaintiffs James Elist, International Medical Devices, Inc.. Motion set for hearing on 9/20/2022 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 DECLARATION OF SAM S. MEEHAN IN SUPPORT OF PLAINTIFFS MOTION TO STRIKE DEFENDANTS UNTIMELY SUPPLEMENTAL/REBUTTAL EXPERT REPORTS, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order) (Baker, Ryan) (Entered: 08/23/2022) |
| 08/24/2022 | 494 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Sealed Document, 487 , Sealed Document,, 488 , Sealed Document,, 492 , Sealed Document, 489 , Sealed Document, 490 , Sealed Document, 491 served on August 22, 2022. (Baker, Ryan) (Entered: 08/24/2022) |
| 08/24/2022 | 495 | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSION OF EXHIBITS 2, 16, 17, 18, 25 AND 58 TO DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT* re Declaration (Motion related),,,, 259 , NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 , Declaration (Motion related),,,, 260 , Declaration (Motion related),,,, 255 , Order on Motion for Leave to File Document Under Seal,,,,, 475 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 2, # 2 Exhibit 16, # 3 Exhibit 17, # 4 Exhibit 18, # 5 Exhibit 25, # 6 Exhibit 58)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | 496 | NOTICE OF FILING REDACTED VERSION OF EXHIBITS 2, 16, 17, 18, 25, and 58 AND PUBLIC VERSION OF EXHIBITS 1, 4, 5, 7, 12, 19, 24, 36, AND 65-71 TO DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT (DKT. NO. 253, 255, 259, 260) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Declaration (Motion related),,,, 259 , NOTICE OF MOTION AND MOTION for Summary Judgment as to Plaintiffs' Claims 253 , Order on Motion for Leave to File Document Under Seal,,,,, 475 , Declaration (Motion related),,,, 260 , Declaration (Motion related),,,, 255 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 REDACTED, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 7, # 6 Exhibit 12, # 7 Exhibit 16 REDACTED, # 8 Exhibit 17 REDACTED, # 9 Exhibit 18 REDACTED, # 10 Exhibit 19, # 11 Exhibit 24, # 12 Exhibit 25 REDACTED, # 13 Exhibit 36, # 14 Exhibit 58 REDACTED, # 15 Exhibit 65, # 16 Exhibit 66, # 17 Exhibit 67, # 18 Exhibit 68, # 19 Exhibit 69, # 20 Exhibit 70, # 21 Exhibit 71)(Halepota, Shahmeer) (Entered: 08/24/2022) |

| 08/24/2022 | [497](#) | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSION OF EXHIBITS 8, 9, 10, 17, 21, 27, 32, 50, 56, 58, and 59 TO DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION* re Declaration (Motion related),,,,,,, [272](#) , Response in Opposition to Motion,, [271](#) , Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 8, # [2](#) Exhibit 9, # [3](#) Exhibit 10, # [4](#) Exhibit 17, # [5](#) Exhibit 21, # [6](#) Exhibit 27, # [7](#) Exhibit 32, # [8](#) Exhibit 50, # [9](#) Exhibit 56, # [10](#) Exhibit 58, # [11](#) Exhibit 59)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [498](#) | NOTICE OF FILING REDACTED VERSION OF EXHIBITS 8, 9, 10, 21, AND 50 AND PUBLIC VERSION OF EXHIBITS 1, 4, 14, 19, 22, 24, 25, 26, 30, 36, 53 AND 68 TO DECLARATION OF SHAHMEER HALEPOTA DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Order on Motion for Leave to File Document Under Seal,,,,, [475](#) , Declaration (Motion related),,,,,,, [272](#) , Response in Opposition to Motion,, [271](#) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 4, # [3](#) Exhibit 8 REDACTED, # [4](#) Exhibit 9 REDACTED, # [5](#) Exhibit 10 REDACTED, # [6](#) Exhibit 14, # [7](#) Exhibit 19, # [8](#) Exhibit 21 REDACTED, # [9](#) Exhibit 22, # [10](#) Exhibit 24, # [11](#) Exhibit 25, # [12](#) Exhibit 26, # [13](#) Exhibit 30, # [14](#) Exhibit 36, # [15](#) Exhibit 50 REDACTED, # [16](#) Exhibit 53, # [17](#) Exhibit 68)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [499](#) | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL VERSION OF EXHIBITS A, D and E TO DECLARATION OF HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY* re Sealed Declaration in SupportDeclaration,,, [319](#) , NOTICE OF MOTION AND MOTION to Strike The Expert Report of Drewry [317](#) , Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit D, # [3](#) Exhibit E)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [500](#) | NOTICE OF FILING REDACTED VERSION OF EXHIBITS A, D and E TO DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. DREWRY filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Sealed |

| | | |
|---|---|---|
| | | Declaration in SupportDeclaration,,, [319](#), Order on Motion for Leave to File Document Under Seal,,,,, [475](#), NOTICE OF MOTION AND MOTION to Strike The Expert Report of Drewry [317](#) (Attachments: # [1](#) Exhibit A REDACTED, # [2](#) Exhibit D REDACTED, # [3](#) Exhibit E REDACTED)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [501](#) | NOTICE OF FILING 1 TO DEFENDANTS MOTION TO STRIKE OPINION #2 OF DR. CARSON filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: NOTICE OF MOTION AND MOTION to Strike OPINION #2 OF DR. CARSON WITH MEMORANDUM OF AUTHORITIES IN SUPPORT [320](#), Order on Motion for Leave to File Document Under Seal,,,,, [475](#) (Attachments: # [1](#) Exhibit 1)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [502](#) | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL EXHIBITS 1, 6, 14, 15, 16, 17, 18, 19, AND 22 TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST* re NOTICE OF MOTION AND MOTION to Strike EXPERT REPORT OF MR. ARST [323](#), Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 6, # [3](#) Exhibit 14, # [4](#) Exhibit 15, # [5](#) Exhibit 16, # [6](#) Exhibit 17, # [7](#) Exhibit 18, # [8](#) Exhibit 19, # [9](#) Exhibit 22)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [503](#) | NOTICE OF FILING REDACTED VERSION OF EXHIBITS 1, 6, 17, AND 18 AND PUBLIC VERSION OF EXHIBITS 2, 3, 4, 5, 7, 11, 12 AND 13 TO DEFENDANTS MOTION TO STRIKE EXPERT REPORT OF MR. ARST filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: NOTICE OF MOTION AND MOTION to Strike EXPERT REPORT OF MR. ARST [323](#) (Attachments: # [1](#) Exhibit 1 REDACTED, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6 REDACTED, # [7](#) Exhibit 7, # [8](#) Exhibit 11, # [9](#) Exhibit 12, # [10](#) Exhibit 13, # [11](#) Exhibit 17 REDACTED, # [12](#) Exhibit 18 REDACTED)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [504](#) | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL EXHIBITS C AND E TO DEFENDANTS MOTION TO STRIKE UNTIMELY EXPERT REPORTS* re NOTICE OF MOTION AND MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS, WITH MEMORANDUM OF AUTHORITIES IN SUPPORT [326](#), Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, |

| | | |
|---|---|---|
| | | M.D., P.A., Run Wang. (Attachments: # <u>1</u> Exhibit C, # <u>2</u> Exhibit E)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | <u>505</u> | NOTICE OF FILING REDACTED VERSION OF EXHIBITS C AND E AND PUBLIC VERSION OF EXHIBITS A, B AND D TO DEFENDANTS MOTION TO STRIKE UNTIMELY EXPERT REPORTS filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED AND PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: NOTICE OF MOTION AND MOTION to Strike PLAINTIFFS UNTIMELY SUPPLEMENTAL EXPERT REPORTS, WITH MEMORANDUM OF AUTHORITIES IN SUPPORT <u>326</u> (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C REDACTED, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E REDACTED)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | <u>506</u> | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL EXHIBIT 1 TO DEFENDANTS REPLY IN SUPPORT OF MOTION TO EXCLUDE THE EXPERT REPORT OF MR. ARST* re Reply (Motion related),, <u>365</u> , Order on Motion for Leave to File Document Under Seal,,,,, <u>475</u> filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # <u>1</u> Exhibit 1)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | <u>507</u> | NOTICE OF FILING REDACTED VERSION OF EXHIBIT 1 TO DEFENDANTS REPLY IN SUPPORT OF MOTION TO EXCLUDE THE EXPERT REPORT OF MR. ARST filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Reply (Motion related),, <u>365</u> (Attachments: # <u>1</u> Exhibit 1 REDACTED)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | <u>508</u> | NOTICE OF FILING PUBLIC VERSION OF EXHIBITS B, E, F, AND G TO DEFENDANTS RESPONSE TO PLAINTIFFS DAUBERT MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS EXPERT DR. JOHN MULCAHY filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Response in Opposition to Motion,,, <u>367</u> (Attachments: # <u>1</u> Exhibit B, # <u>2</u> Exhibit E, # <u>3</u> Exhibit F, # <u>4</u> Exhibit G)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | <u>509</u> | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL EXHIBITS 1 AND 2 TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH* re |

| | | Response in Opposition to Motion,, [371](#) , Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2)(Halepota, Shahmeer) (Entered: 08/24/2022) |
|---|---|---|
| 08/24/2022 | [510](#) | NOTICE OF FILING REDACTED EXHIBITS 1 AND 2 TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO EXCLUDE CERTAIN OPINION OF DEFENDANTS REBUTTAL DAMAGES EXPERT DR. JOHN HATCH filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Response in Opposition to Motion,, [371](#) (Attachments: # [1](#) Exhibit 1 REDACTED, # [2](#) Exhibit 2 REDACTED)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [511](#) | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL EXHIBIT A TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO STRIKE EXPERT REPORT OF TROY DREWRY* re Reply (Motion related),, [373](#) , Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Exhibit A)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [512](#) | NOTICE OF FILING REDACTED EXHIBIT A TO DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO STRIKE EXPERT REPORT OF TROY DREWRY filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED REDACTED PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Reply (Motion related),, [373](#) (Attachments: # [1](#) Exhibit A REDACTED)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | [513](#) | SEALED DOCUMENT *NOTICE OF FILING UNDER SEAL EXHIBITS 3, 4, 5 AND 10 TO DEFENDANTS AMENDED RESPONSE TO PLAINTIFFS EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURTS PRELIMINARY INJUNCTION* re Response in Opposition to Motion,,,, [422](#) , Order on Motion for Leave to File Document Under Seal,,,,, [475](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, |

| | | |
|---|---|---|
| | | Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 10)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/24/2022 | 514 | NOTICE OF FILING PUBLIC VERSION OF EXHIBITS 7, 8, 9, 11, 16, 22 AND 23 TO DEFENDANTS AMENDED RESPONSE TO PLAINTIFFS EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS CORNELL, WANG AND CLAVELL-HERNANDEZ SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURTS PRELIMINARY INJUNCTION filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang *FILED PUBLICLY PURSUANT TO ORDER DATED AUGUST 16, 2022 [DOC 475]* re: Response in Opposition to Motion,,,, 422 (Attachments: # 1 Exhibit 7, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 11, # 5 Exhibit 16, # 6 Exhibit 22, # 7 Exhibit 23)(Halepota, Shahmeer) (Entered: 08/24/2022) |
| 08/25/2022 | 515 | PROOF OF SERVICE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang, re Sealed Document,,, 499 , Sealed Document,,, 509 , Sealed Document,,, 513 , Sealed Document,, 511 , Sealed Document,,, 506 , Sealed Document,,,, 495 , Sealed Document,,, 504 , Sealed Document,,,, 497 , Sealed Document,,, 502 served on August 24, 2022. (Halepota, Shahmeer) (Entered: 08/25/2022) |
| 08/30/2022 | 516 | RESPONSE filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wangto NOTICE OF MOTION AND MOTION to Strike MOTION TO STRIKE DEFENDANTS UNTIMELY SUPPLEMENTAL/REBUTTAL EXPERT REPORTS 493 (Attachments: # 1 Declaration Shahmeer Halepota, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Halepota, Shahmeer) (Entered: 08/30/2022) |
| 09/06/2022 | 517 | REPLY in support of a motion NOTICE OF MOTION AND MOTION to Strike MOTION TO STRIKE DEFENDANTS UNTIMELY SUPPLEMENTAL/REBUTTAL EXPERT REPORTS 493 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 09/06/2022) |
| 09/08/2022 | 518 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Reply (Motion related) 517 . The following error(s) was/were found: Fed. R. Civ. P. 5 no proof of service attached. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom) (Entered: 09/08/2022) |
| 09/08/2022 | 519 | PROOF OF SERVICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc., re Reply (Motion related), 517 served on 9/8/2022. (Baker, Ryan) (Entered: 09/08/2022) |

| 09/13/2022 | 520 | MINUTES IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall. The Court finds that plaintiff's motion to strike 493 currently set for hearing on September 20, 2022, is appropriate for decision without oral argument. Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on September 20, 2022. A written order will issue. (lom) (Entered: 09/13/2022) |
|---|---|---|
| 09/14/2022 | 521 | EX PARTE APPLICATION to Continue Trial Date from December 6, 2022 to February 27, 2023 Re: Order,,, Set/Reset Deadlines/Hearings,, 453 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 DECLARATION OF SCOTT M. MALZAHN IN SUPPORT OF PLAINTIFFS EX PARTE APPLICATION REQUESTING CONTINUANCE OF TRIAL DATE TO FEBRUARY 27, 2023, # 2 Proposed Order) (Baker, Ryan) (Entered: 09/14/2022) |
| 09/15/2022 | 522 | MINUTE ORDER IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall. Counsel are hereby notified that pursuant to the Judge's directive, Plaintiff's filed an Ex parte application for continuance 521 . Defendants may file a response to the motion by no later than 5pm on Wednesday, September 21, 2022. Plaintiffs shall not file a reply. (lom) (Entered: 09/15/2022) |
| 09/20/2022 | 523 | MINUTES IN CHAMBERS ORDER RE: PLAINTIFFS' MOTION TO STRIKE UNTIMELY SUPPLEMENTAL/REBUTTAL EXPERT REPORTS, 493 by Judge Consuelo B. Marshall: The Court GRANTS Plaintiffs Motion to Strike and strikes the rebuttal/supplementalreports of Drs. Cameron and Mulcahey. IT IS SO ORDERED. See order for more information. (shb) (Entered: 09/20/2022) |
| 09/20/2022 | 525 | ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL TO THE DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE UNTIMELY SUPPLEMENTAL EXPERT REPORTS 327 by Judge Consuelo B. Marshall: The Court, based on the briefing submitted by the parties, oral argument, if any, and all other matters properly considered by the Court, ORDERS that the motion is GRANTED. The following documents shall be filed under seal: Document: Exhibits A-E to Shahmeer Halepota's declaration. Portion filed under seal: Entir4e document filed under seal. IT IS SO ORDERED. (shb) (Entered: 09/21/2022) |
| 09/21/2022 | 524 | OPPOSITION to EX PARTE APPLICATION to Continue Trial Date from December 6, 2022 to February 27, 2023 Re: Order,,, Set/Reset Deadlines/Hearings,, 453 521 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Weining Bai, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Halepota, Shahmeer) (Entered: 09/21/2022) |
| 09/26/2022 | 526 | MINUTE IN CHAMBERS- ORDER RE: PARTIES' EVIDENTIARY OBJECTIONS by Judge Consuelo B. Marshall: The parties object to various evidence submitted in support of the Defendants ' Motion for Summary Judgment and Plaintiffs' Motion for Summary Adjudication. (See Dkt. Nos, 277,291,294, 295, 296, 297, 308.) The Court overules the following objections: Declaration of John M., Dkt. 252-1; Defendant (Dkt. 277) - overrule. The Court sustains the following objections:1. 11 of Jonathan Elist declaration Dkt. 254-7 Defendant (Dkt. 277) - sustain. The Comt sustains the objection because (1) Jonathan Elist lacks personal knowledge to make the statement in violation of Federal Rule of Evidence ("FRE") 602, (2) there is insufficient foundation in violation of FRE |

| | | 701, and (3)it is inadmissible hearsay under FRE 701 and 802. IT IS SO ORDERED. See order for more information. (shb) (Entered: 09/26/2022) |
|---|---|---|
| 09/26/2022 | 527 | ORDER RE: DEFENDANTS MOTION FOR SUMMARY JUDGMENT (DKT. NO. 253) by Judge Consuelo B. Marshall: The Court GRANTS in part and DENIES in part Defendants Motion for Summary Judgment. The Court grants the Motion as to the eighth claim for breach of contract (as to Dr. Wang only) and the tenth claim for breach of the covenant of good faith and fair dealing, and otherwise denies the Motion. IT IS SO ORDERED. See order for more information. (shb) (Entered: 09/26/2022) |
| 09/26/2022 | 528 | ORDER RE: PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION (DKT. NO. 254) by Judge Consuelo B. Marshall: The Court GRANTS in part and DENIES in part PlaintiffsMotion for Summary Adjudication. The Court grants the Motion as to Plaintiffsseventh claim for copyright infringement and ninth claim for breach of contract.The Court denies the Motion as to Plaintiffs fifth claim for trademarkinfringement, sixth claim for counterfeit mark, eighth claim for breach of contract, and tenth claim for breach of the covenant of good faith and fair dealing. IT IS SO ORDERED. See order for more information. (shb) (Entered: 09/26/2022) |
| 09/27/2022 | 529 | MINUTES IN CHAMBERS- ORDER RE: PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE THE TRIAL DATE [DKT. NO. 521] by Judge Consuelo B. Marshall: The Court GRANTS Plaintiffs' request and continues the pre-trial conference to February 14, 2023, at 2:30 p.m., the pre-trial motion deadline to January 10, 2023, and the jury trial to February 28, 2023 at 10:00 a.m. IT IS SO ORDERED. See order for more information. (shb) (Entered: 09/27/2022) |
| 11/02/2022 | 530 | ORDER RE: CIVIL CONTEMPT by Judge Consuelo B. Marshall: The Court holds Defendants in civil contempt for violating section 1(b) of the Court's Preliminary Injunction, grants Plaintiffs leave to file a Motion for Attorney's Fees, and imposes the sanctions as described in this Order. IT IS SO ORDERED. See order for more information. (shb) (Entered: 11/02/2022) |
| 11/02/2022 | 531 | DECLARATION of Dr. Robert Cornell and Shahmeer Halepota re Order, 530 Defendants' Declaration of Compliance filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration of Dr. Robert Cornell, # 2 Declaration of Shahmeer Halepota, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Halepota, Shahmeer) (Entered: 11/02/2022) |
| 11/03/2022 | 532 | Notice of Electronic Filing re Order, 530 , Declaration,, 531 e-mailed to Brian Grace bounced due to No Longer with the Firm. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lmh) TEXT ONLY ENTRY (Entered: 11/03/2022) |
| 12/23/2022 | 533 | Joint STIPULATION to Continue Contempt Discovery and Trial Date from January 1, 2023 and February 28, 2023 to January 31, 2023 and May 2, 2023 Re: Order on Motion to Continue, 529 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 12/23/2022) |

| 12/27/2022 | 534 | Notice of Errata filed by Plaintiffs James Elist, International Medical Devices, Inc.. *NOTICE OF ERRATA CORRECTING [PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCES OF THE (1) CONTEMPT DISCOVERY DEADLINE FROM JANUARY 1, 2023 TO JANUARY 31, 2023 AND (2) TRIAL DATE TO MAY 2, 2023 (DKT. NO. 533-1)* (Attachments: # 1 CORRECTED [PROPOSED] Order)(Baker, Ryan) (Entered: 12/27/2022) |
|---|---|---|
| 12/27/2022 | 535 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice (Other), 534 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Civil Events Other Filings Notices - Select - Notice of Lodging. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (shb) (Entered: 12/27/2022) |
| 01/04/2023 | 536 | CORRECTED ORDER GRANTING STIPULATION REQUESTING CONTINUANCES OF THE (1) CONTEMPT DISCOVERY DEADLINE FROM JANUARY 1, 2023, TO JANUARY 31, 2023, AND (2) TRIAL DATE TO MAY 2, 2023, 533 534 by Judge Consuelo B. Marshall: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that the parties abide by the following schedule: Contempt Discovery Deadline (per Dkt. No. 530) continued to January 31, 2023. Pre-Trial Conference - April 4, 2023at 2:30 p.m.; Pre-Trial Motion Deadline - February 28, 2023; Jury Trial -June 6, 2023 at 10:00 a.m. IT IS SO ORDERED. (shb) Modified on 1/5/2023 (shb). (Entered: 01/04/2023) |
| 02/10/2023 | 537 | Joint STIPULATION to Continue Pre-Trial Motion Deadline and Pre-Trial Conference from February 28, 2023 and April 4, 2023 to April 4, 2023 and May 9, 2023 Re: Order,,, Set/Reset Deadlines/Hearings,, 536 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Malzahn, Scott) (Entered: 02/10/2023) |
| 02/13/2023 | 538 | MINUTES IN CHAMBERS- ORDER RE: DEFENDANTS' MOTION TO STRIKE THE EXPERT REPORT OF TROY DREWRY. [DKT. NO. 317] by Judge Consuelo B. Marshall: the Court DENIES Defendants Motion. IT IS SO ORDERED. (shb) (Entered: 02/13/2023) |
| 02/13/2023 | 539 | MINUTES IN CHAMBERS- ORDER RE: DEFENDANTS' MOTION TO STRIKE EXPERT REPORT OF MR ARST. [DKT. NO. 323] by Judge Consuelo B. Marshall: Accordingly, the Court GRANTS Defendants Motion with respect to the following opinions: 1. Mr. Arst is precluded from testifying that the jury should award the entire $15.4 million lump-sum royalty if the jury found that only one of Plaintiffs alleged trade secrets has been misappropriated. 2. Mr. Arst is precluded from opining on damages for concepts that are not alleged as misappropriated trade secrets in this case. The Court otherwise DENIES Defendants Motion. IT IS SO ORDERED. (shb) (Entered: 02/13/2023) |
| 02/13/2023 | 540 | MINUTES IN CHAMBERS- ORDER RE: DEFENDANTS' MOTION TO STRIKE OPINION #2 OF DR. CULLEY CARSON. [DKT. NO. 320] by Judge Consuelo B. Marshall: Accordingly, the Court GRANTS Defendants Motion and precludes Dr. Cornell from offering his second opinion at trial. IT IS SO ORDERED. (shb) (Entered: 02/13/2023) |
| 02/13/2023 | 541 | MINUTES IN CHAMBERS- ORDER RE: PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS OF DEFENDANTS' REBUTTAL DAMAGES EXPERT DR. JOHN HATCH. [DKT. NO. 348] by Judge Consuelo B. Marshall: Accordingly, the Court GRANT Plaintiffs Motion. IT IS SO ORDERED. (shb) (Entered: 02/13/2023) |

| | | |
|---|---|---|
| 02/13/2023 | 542 | MINUTES IN CHAMBERS- ORDER RE: PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT DR. JOHN MULCAHY. [DKT. NO. 351] by Judge Consuelo B. Marshall: Accordingly, the Court DENIES Plaintiffs Motion with respect to the opinions regarding prior art rendered in paragraphs 26, 33, 36, 37, 73, 74, 98 of Dr. Mulcahys rebuttal report, and GRANTS Plaintiffs Motion with respect to the opinions regarding patent prosecution history rendered in paragraphs 99, 103-104, 113-114 of Dr. Mulcahys rebuttal report. IT IS SO ORDERED. (shb) (Entered: 02/13/2023) |
| 02/15/2023 | 543 | ORDER GRANTING STIPULATION REQUESTING CONTINUANCES OF THE (1) PRETRIAL MOTION DEADLINE AND (2) THE PRE-TRIAL CONFERENCE DATE BASED ON THE JUNE 6, 2023 TRIAL DATE, 537 by Judge Consuelo B. Marshall, re Stipulation to Continue, 537 Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that the parties abide by the following schedule: Pre-Trial Motion Deadline continued to April 4, 2023. Pre-Trial Conference continued to May 9, 2023 at 2:30 p.m. (shb) (Entered: 02/15/2023) |
| 02/21/2023 | 544 | Notice of Appearance or Withdrawal of Counsel: for attorney Ryan G Baker counsel for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Brian G. Grace is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc., and James Elist, MD. (Baker, Ryan) (Entered: 02/21/2023) |
| 03/10/2023 | 545 | NOTICE OF MOTION AND MOTION for Attorney Fees *and Costs Pursuant to Civil Contempt Order* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 4/11/2023 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of Scott M. Malzahn, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Proposed Order) (Malzahn, Scott) (Entered: 03/10/2023) |
| 03/16/2023 | 546 | APPLICATION of Non-Resident Attorney Jason S. McManis to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-34971613) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Ruf, Kevin) (Entered: 03/16/2023) |
| 03/21/2023 | 547 | OPPOSITION to NOTICE OF MOTION AND MOTION for Attorney Fees *and Costs Pursuant to Civil Contempt Order* 545 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration Shahmeer Halepota, # 2 Exhibit A, # 3 Exhibit B, # 4 |

| | | Proposed Order)(Attorney Shahmeer A. Halepota added to party Robert J. Conrell(pty:dft))(Halepota, Shahmeer) (Entered: 03/21/2023) |
|---|---|---|
| 03/21/2023 | 548 | Notice of Appearance or Withdrawal of Counsel: for attorney Ryan G Baker counsel for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Melissa A. Meister is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiffs International Medical Devices, Inc., Menova International and James Elist, MD. (Baker, Ryan) (Entered: 03/21/2023) |
| 03/22/2023 | 549 | ORDER by Judge Consuelo B. Marshall: GRANTING 546 Non-Resident Attorney Jason S. McManis APPLICATION to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang., designating Kevin F. Ruf as local counsel. (shb) (Entered: 03/22/2023) |
| 03/28/2023 | 550 | REPLY in Support NOTICE OF MOTION AND MOTION for Attorney Fees *and Costs Pursuant to Civil Contempt Order* 545 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Scott M. Malzahn, # 2 Exhibit A)(Malzahn, Scott) (Entered: 03/28/2023) |
| 04/04/2023 | 551 | NOTICE OF MOTION AND MOTION IN LIMINE to Exclude REFERENCE TO COMPLAINTS AND INTERNET FORUM POSTINGS REGARDING PLAINTIFFS filed by plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 5/9/2023 at 02:30 PM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of DONALD R. PEPPERMAN, ESQ, # 2 Proposed Order) (Baker, Ryan) (Entered: 04/04/2023) |
| 04/04/2023 | 552 | NOTICE OF MOTION AND MOTION IN LIMINE to Exclude REFERENCE TO OR EVIDENCE OF PENUMA SURGICAL OUTCOMES AND SAFETY OF PENUMA IMPLANT DEVICE filed by plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 5/9/2023 at 02:30 PM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of DONALD R. PEPPERMAN, ESQ, # 2 Proposed Order)(Baker, Ryan) (Entered: 04/04/2023) |
| 04/04/2023 | 553 | Joint STIPULATION for Order Enter Agreed Motions in Limine filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Halepota, Shahmeer) (Entered: 04/04/2023) |
| 04/04/2023 | 554 | IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES, 545 by Judge Consuelo B. Marshall: The Court finds that the MOTION for Attorney Fees and Costs Pursuant to Civil Contempt Order 545 , currently scheduled for hearing on April 11, 2023, is appropriate for decision without oral argument. Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on April 11, 2023. A written order will issue. IT IS SO ORDERED. (shb) (Entered: 04/04/2023) |

| 04/18/2023 | [555](#) | OPPOSITION to MOTION IN LIMINE to Exclude REFERENCE TO OR EVIDENCE OF PENUMA SURGICAL OUTCOMES AND SAFETY OF PENUMA IMPLANT DEVICE [552](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Declaration, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6) (Halepota, Shahmeer) (Entered: 04/18/2023) |
|---|---|---|
| 04/18/2023 | [556](#) | Joint STIPULATION to Dismiss defendants AM Founders LLC, Augmenta Investors LLC, Capital Urology Associates LLC filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc., James Elist. (Attachments: # [1](#) Proposed Order)(Baker, Ryan) (Entered: 04/18/2023) |
| 04/18/2023 | [557](#) | OPPOSITION to MOTION IN LIMINE to Exclude REFERENCE TO COMPLAINTS AND INTERNET FORUM POSTINGS REGARDING PLAINTIFFS [551](#) filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # [1](#) Declaration of Shahmeer Halepota, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3)(Halepota, Shahmeer) (Entered: 04/18/2023) |
| 04/18/2023 | [558](#) | Witness List filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Halepota, Shahmeer) (Entered: 04/18/2023) |
| 04/18/2023 | [559](#) | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 04/18/2023) |
| 04/18/2023 | [560](#) | JOINT Exhibit List *Joint Trial Exhibit List* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 04/18/2023) |
| 04/18/2023 | [561](#) | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 04/18/2023) |
| 04/18/2023 | [562](#) | Witness List filed by PLAINTIFF James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 04/18/2023) |
| 04/19/2023 | [563](#) | NOTICE of Change of other firm name or address information by Jason S McManis attorney for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell |

| | | |
|---|---|---|
| | | Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Changing email address. Filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (McManis, Jason) (Entered: 04/19/2023) |
| 04/20/2023 | 564 | ORDER GRANTING STIPULATION RE: (1) DISMISSAL OF PLAINTIFFS THIRTEENTH CAUSE OF ACTION; AND (2) DISMISSAL OF CERTAIN DEFENDANTS 556 by Judge Consuelo B. Marshall: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that: 1. Plaintiffs Thirteenth Cause of Action alleging false advertising, 15 U.S.C. § 1125(a) is dismissed with prejudice as to all Defendants pursuant to Fed. Civ. P. 41(a), with each side to bear their own fees and costs related to the thirteenth cause of action; and 2. Defendants AM Founders LLC, Augmenta Investors LLC, and Capital Urology Associates, LLC, are dismissed with prejudice, with each side to bear its own fees and costs. IT IS SO ORDERED. Capital Urology Associates LLC (a limited liability company organized under the laws of Delaware), AM Founders LLC (limited liability company organized under the laws of Delaware) and Augmenta Investors LLC (limited liability company organized under the laws of Delaware) terminated. (shb) (Entered: 04/20/2023) |
| 04/21/2023 | 565 | IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Consuelo B. Marshall: On the Court's own motion, the motion in limine to exclude reference to complaints and internet forum postings re plaintiff's [ 55 I], mo1ion in limine 1o exclude reference 1o or evidence of pemuma surgical ou1comes and safe1y of penuma implan1 device 552 and the Pretrial Conference, currently scheduled for May 9, 2023, is hereby ordered continued to MAY 23, 2023 at 2:30 p.m. IT IS SO ORDERED. (shb) (Entered: 04/21/2023) |
| 04/25/2023 | 566 | Notice of Appearance or Withdrawal of Counsel: for attorney Weining Bai counsel for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Monica M. Moussighi is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendants Robert Cornell M.D., Robert J. Cornell, M.D., P.A., Cornell Cosmetic Urology LLC, AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates, LLC, Jonathan Clavell, Jonathan Clavell Hernandez, Clavell Urology, PLLC, Richard B. Finder, Hans Mische, Hans Mische LLC, Huck Medical Technologies Inc., LATA Lignum LLC, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services, PLLC, Run Wang, M.D. (Bai, Weining) (Entered: 04/25/2023) |
| 04/25/2023 | 567 | Notice of Appearance or Withdrawal of Counsel: for attorney Weining Bai counsel for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Omar A. Marawi is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendants Robert Cornell M.D., Robert J. |

| | | Cornell, M.D., P.A., Cornell Cosmetic Urology LLC, AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates, LLC, Jonathan Clavell, Jonathan Clavell Hernandez, Clavell Urology, PLLC, Richard B. Finder, Hans Mische, Hans Mische LLC, Huck Medical Technologies Inc., LATA Lignum LLC, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services, PLLC, Run Wang, M.D. (Bai, Weining) (Entered: 04/25/2023) |
|------------|-----|---|
| 05/01/2023 | 568 | OBJECTIONS to Witness List,, 558 *PLAINTIFFS OBJECTIONS TO DEFENDANTS TRIAL WITNESS LIST* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 05/01/2023) |
| 05/08/2023 | 569 | SUBPOENA IN A CIVIL CASE issued to David Wiser was served upon David Wiser on May 6, 2023 by process server service. (Halepota, Shahmeer) (Entered: 05/08/2023) |
| 05/12/2023 | 570 | NOTICE OF LODGING Proposed Pretrial Conference Order Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 [PROPOSED] Final Pretrial Conference Order)(Baker, Ryan) (Entered: 05/12/2023) |
| 05/16/2023 | 572 | IN CHAMBERS - ORDER RE: PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO CIVIL CONTEMPT ORDER, 545 by Judge Consuelo B. Marshall: The Court GRANTS Plaintiffs Motion for attorneys fees and costs in the amount of $94,222.29. Defendants are hereby ordered to pay Plaintiff attorneys fees and costs no later than June 1, 2023. IT IS SO ORDERED. (shb) (Entered: 05/17/2023) |
| 05/17/2023 | 571 | Notice of Appearance or Withdrawal of Counsel: for attorney Samuel Standage Meehan counsel for Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Adding Sam Meehan as counsel of record for Plaintiffs International Medical Devices, Inc., Menova International, Inc., and James Elist, MD for the reason indicated in the G-123 Notice. Filed by Plaintiffs International Medical Devices, Inc., Menova International and James Elist, MD. (Meehan, Samuel) (Entered: 05/17/2023) |
| 05/17/2023 | 573 | ORDER GRANTING JOINT STIPULATION TO ENTER AGREED MOTIONS IN LIMINE, 553 by Judge Consuelo B. Marshall: The Court ORDERS that the following agreed Motions in Limine are GRANTED, and no Party (including their attorneys or their witnesses) shall mention or aver to, in the presence of the jury, the matters set forth below, by any means or manner, unless and until such matter have been first brought to the Courts attention outside the presence of the jury and the Court issues a ruling specifically permitting the admission of such matters. IT IS SO ORDERED. See order for more information. (shb) (Entered: 05/17/2023) |
| 05/22/2023 | 574 | IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES, 551 , 552 by Judge Consuelo B. Marshall: Counsel are hereby notified that pursuant to the Judge's directive, the motion in limine to exclude reference to complaints and internet forum postings re plaintiffs 551 and motion in limine to exclude reference to or evidence of Penuma Surgical outcomes and safety of Penuma Implant device 552 will be held in person on May 23, 2023 at 2:30 p.m. in Courtroom 8D. IT IS SO ORDERED. (shb) (Entered: 05/22/2023) |
| 05/23/2023 | 575 | MINUTES OF HEARING RE PRETRIAL CONFERENCE AND MOTION IN LIMINE 551 AND MOTION IN LIMINE 552 held before Judge Consuelo B. Marshall: Case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case. Pretrial Conference is held. The Court will not sign the proposed pretrial conference order at this time. The Court advises counsel that the motion in limine to exclude reference to complaints and internet forum postings re plaintiffs 551 and motion in limine to exclude reference to orevidence of surgical outcomes and safety of implant device 552 are taken under submission and a written order will issue. The Court orders counsel to meet and confer re exhibits, objecting exhibits, witness list as stated on |

| | | |
|---|---|---|
| | | the record. Any claims that will be dismissed or withdrawn counsel shall file something with the Court. The Jury Trial is set for June 6, 2023 at 10:00 a.m. and will be held in Courtroom 8D. IT IS SO ORDERED. Court Reporter: Pat Cuneo. (shb) (Entered: 05/24/2023) |
| 05/24/2023 | 578 | FINAL PRETRIAL CONFERENCE ORDER approved by Judge Consuelo B. Marshall. (lom) (Entered: 05/30/2023) |
| 05/25/2023 | 576 | Joint STIPULATION for Order (1) DISMISSAL OF PLAINTIFFS ELEVENTH CAUSE OF ACTION; AND (2) DISMISSAL OF PLAINTIFFS FIFTH AND SIXTH CAUSES OF ACTION AGAINST CERTAIN DEFENDANTS filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 05/25/2023) |
| 05/26/2023 | 586 | ORDER GRANTING STIPULATION RE: (1) DISMISSAL OF PLAINTIFFS ELEVENTH CAUSE OF ACTION; AND (2) DISMISSAL OF PLAINTIFFS FIFTH AND SIXTH CAUSES OF ACTION AGAINST CERTAIN DEFENDANTS 576 by Judge Consuelo B. Marshall: The Court ORDERS that: 1. Plaintiffs Eleventh Cause of Action alleging violations of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, et seq., is dismissed with prejudice as to all Defendants pursuant to Fed. R. Civ. P. 41(a), with each side to bear its own fees and costs; and 2. Plaintiffs Fifth Cause of Action for trademark infringement, 15 U.S.C. §§ 1114, 1125(a), is dismissed with prejudice against Defendants Jonathan Clavell Hernandez, MD, and Clavell Urology, PLLC, with each side to bear its own fees and costs. 3. Plaintiffs Sixth Cause of Action for use of counterfeit mark, 15 U.S.C. § 1117, is dismissed with prejudice against Defendants Jonathan Clavell Hernandez, MD, and Clavell Urology, PLLC, with each side to bear it's own fees and costs. IT IS SO ORDERED. (shb) Modified on 6/1/2023 (shb). (Entered: 06/01/2023) |
| 05/30/2023 | 577 | NOTICE OF LODGING filed *NOTICE OF LODGING OF [PROPOSED] ORDER RE ADMISSIBLE EXHIBITS* re Exhibit List 560 (Attachments: # 1 Attachment: [PROPOSED] ORDER RE ADMISSIBLE EXHIBITS)(Baker, Ryan) (Entered: 05/30/2023) |
| 05/30/2023 | 579 | Proposed Voir Dire Questions filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Halepota, Shahmeer) (Entered: 05/30/2023) |
| 05/30/2023 | 580 | STATEMENT Proposed Statement of the Case filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Halepota, Shahmeer) (Entered: 05/30/2023) |
| 05/30/2023 | 581 | STATEMENT OF THE CASE [PROPOSED] filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. (Baker, Ryan) (Entered: 05/30/2023) |
| 05/30/2023 | 582 | TRIAL BRIEF filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, |

| | | |
|---|---|---|
| | | Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Attachments: # 1 Declaration Alexander M. Dvorscak, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order) (Halepota, Shahmeer) (Entered: 05/30/2023) |
| 05/30/2023 | 583 | PROPOSED JURY INSTRUCTIONS filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Halepota, Shahmeer) (Entered: 05/30/2023) |
| 05/30/2023 | 584 | Proposed Voir Dire Questions filed by PLAINTIFF James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 05/30/2023) |
| 05/30/2023 | 585 | PROPOSED JURY INSTRUCTIONS (Annotated set) filed by PLAINTIFFS' James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 05/30/2023) |
| 05/31/2023 | 588 | IN CHAMBERS- ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCE TO COMPLAINTS AND INTERNET FORUM POSTINGS REGARDING PLAINTIFFS. [DKT. NO. 551] by Judge Consuelo B. Marshall: The Court GRANTS Plaintiffs Motion in Limine No. 1 and excludes reference to complaints and internet forum postings regardingPlaintiffs, including the introduction of Exhibits 162 and 882. This Order does not apply to expert testimony. IT IS SO ORDERED. (shb) (Entered: 06/01/2023) |
| 05/31/2023 | 589 | IN CHAMBERS- ORDER RE: PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCE TO OR EVIDENCE OF PENUMA SURGICAL OUTCOMES AND SAFETY OF PENUMA IMPLANT DEVICE [DKT. NO. 552] by Judge Consuelo B. Marshall: The Court GRANTS Plaintiffs Motion in Limine No. 2 and excludes reference or evidence of Penuma surgical outcomes and safety of the Penuma implant device, including the introduction of Exhibits 158, 162, 163, 882, and 1016. This Order does not apply to expert testimony. IT IS SO ORDERED. (shb) (Entered: 06/01/2023) |
| 05/31/2023 | 590 | ORDER RE ADMISSIBLE EXHIBITS, 577 by Judge Consuelo B. Marshall,: See order for details. (shb) (Entered: 06/01/2023) |
| 06/01/2023 | 587 | Joint STIPULATION to Exclude Certain Witnesses from Trial filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 [Proposed] Order Granting Joint Stipulation)(Baker, Ryan) (Entered: 06/01/2023) |
| 06/01/2023 | 591 | Joint STIPULATION to Dismiss Jonathan Clavell, OAM LLC, LATA Lignum LLC, RW Global Men's Health Consultation Services PLLC, Clavell Urology, PLLC filed by Defendants Jonathan Clavell, Hans Mische LLC, Run Wang, OAM LLC, LATA Lignum LLC, Richard B Finger, Cornell Cosmetic Urology LLC, Augmenta Investors LLC, AM Founders LLC, LATA Lignum LLC, David Louis Nichols, Jonathan Clavell Hernandez, Robert J. Cornell, M.D., P.A., RW Global Men's Health Consultation Services PLLC, Clavell Urology, PLLC, Huck Medical Technologies Inc, Robert Cornell, Capital Urology Associates LLC, Hans Mische, Augmenta, LLC. (Attachments: # 1 Proposed Order) (Halepota, Shahmeer) (Entered: 06/01/2023) |
| 06/02/2023 | 592 | IN CHAMBERS- RE: JOINT STIPULATION REGARDING PRESENTATION OF REASONABLE ROYALTY AND VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PARTIES by Judge Consuelo B. Marshall: The matter before the Court is the Joint Stipulation Regarding Presentation of Reasonable Royalty and Voluntary Dismissal of Ce1tain Claims and Parties. (Dkt. No. 591.) In light of the recent stipulations |

| | | |
|---|---|---|
| | | dismissingcertain claims and parties, the Court hereby orders the parties to advise the Court what claims as to each Defendant remains to be adjudicated at trial, no later than 4:00 p.m. today. IT IS SO ORDERED. (shb) (Entered: 06/02/2023) |
| 06/02/2023 | 593 | IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Consuelo B. Marshall: Counsel are hereby notified that pursuant to the Judge's directive, the Jury Trial now set for June 6, 2023 will begin at JUNE 6, 2023 AT 9:00 A.M. Counsel for the parties are ordered to appear in person at this date and time. IT IS SO ORDERED. (shb) (Entered: 06/02/2023) |
| 06/02/2023 | 594 | NOTICE OF LODGING filed *RESTREPO DEPOSITION DESIGNATIONS* re Pretrial Conference Order - Final 578 (Attachments: # 1 Exhibit A, # 2 Proposed Order REGARDING EVIDENTIARY OBJECTIONS TO THE RESTREPO TRANSCRIPT) (Baker, Ryan) (Entered: 06/02/2023) |
| 06/02/2023 | 595 | JOINT FILING RE REMAINING CAUSES OF ACTION AS TO EACH DEFENDANT (IN RESPONSE TO DKT. 592) filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc. re: Minutes of In Chambers Order/Directive - no proceeding held,, 592 (Baker, Ryan) (Entered: 06/02/2023) |
| 06/02/2023 | 596 | NOTICE OF LODGING filed *Deposition Designations of Thomas Hopper, Duncan Louie And Kambiz Tajkarimi* re Pretrial Conference Order - Final 578 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order)(Halepota, Shahmeer) (Entered: 06/02/2023) |
| 06/02/2023 | 597 | ORDER GRANTING JOINT STIPULATION RE AGREEMENT TO EXCLUDE CERTAIN WITNESSES FROM TRIAL 587 by Judge Consuelo B. Marshall: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that: 1. Witness John M. will be excluded from testifying at trial. 2. Witnesses J. Reid Whitaker, Matthew Bills, Daniel Pena, Rio Nance, Bjoern (Mick) Larsen, Robert Carson, Mark Solomon, Gary Alter, and Rafael Carrion will be excluded from testifying at trial. IT IS SO ORDERED. (shb) (Entered: 06/05/2023) |
| 06/05/2023 | 598 | IN CHAMBERS- ORDER RE: DEPOSITION TRANSCRIPT OF JAIRO RESTREPO (594.) by Judge Consuelo B. Marshall: The Court is in receipt of the parties' respective witness deposition transcripts and designations to be presented at trial in lieu of live witness testimony. (Dkt. Nos. 594, 596.) Plaintiffs are hereby ordered to refile the deposition transcript of Jairo Restrepo in compliance with Local Rule 16-2.7 no later than Janua1y 6, 2023 at 4:00 p.m. Local Rule 16-2.7 requires the following: Each party intending to present any evidence by way of deposition testimony shall: (a) Identify on the original transcript the testimony the party intends to offer by bracketing the questions and answers in the margins. The opposing party shall likewise counte1mark any testimony that it plans to offer. The pa1ties shall agree between themselves on a separate color to be used by each pa1ty which shall be consistently used by that party for all depositions offered in the case. (b) Identify any objections to the proffered evidence in the margins of the deposition by briefly stating the ground for the objection. IT IS SO ORDERED. (shb) (Entered: 06/05/2023) |
| 06/05/2023 | 599 | ORDER GRANTING JOINT STIPULATION TO REGARDING THE PRESENTATION OF REASONABLE ROYALTY AND VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PARTIES 591 by Judge Consuelo B. Marshall: Having considered the parties stipulation and good cause appearing, the Court ORDERS that the following: Plaintiffs have asserted a misappropriation of trade secrets claim against all of the defendants under the California Uniform Trade Secrets Act (CUTSA). Although Plaintiffs allege harm, Plaintiffs agree they cannot prove any damages or prove unjust enrichment as a result of the alleged misappropriation. Plaintiff IMD has also asserted a claim for relief against defendant Dr. Robert Cornell for allegedly breaching a Non-Disclosure |

agreement. Although Plaintiffs allege harm, Plaintiffs agree they cannot prove any damages or prove unjust enrichment as a result of the alleged breach. Defendants deny all liability under CUTSA and the NDA. The jury will make a determination whether Plaintiffs have proven liability under CUTSA and the NDA. If the jury finds liability under CUTSA or the NDA claims, the Court will consider whether a reasonable royalty should be awarded. Plaintiffs damages expert, Kevin Arst, will not be called to testify before the jury. Defendants damages expert, Dr. John Hatch, will not be called to testify before the jury. Defendants Jonathan Clavell Hernandez, MD; Clavell Urology, PLLC;OAM, LLC; Lata Lignum LLC; and RW Global Mens Health Consulting Services, PLLC, are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each side to bear its own fees and costs. IT IS SO ORDERED. See order for more information. (shb) (Entered: 06/05/2023)

| 06/05/2023 | 600 | NOTICE OF LODGING filed *NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS FOR USE AT TRIAL* re Pretrial Conference Order - Final 578 (Baker, Ryan) (Entered: 06/05/2023) |
| 06/05/2023 | 601 | REQUEST FOR JUDICIAL NOTICE filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Exhibit 501, # 2 Exhibit 502, # 3 Exhibit 512, # 4 Exhibit 1003, # 5 Exhibit 1004, # 6 Proposed Order Granting Plaintiffs' Request for Judicial Notice)(Baker, Ryan) (Entered: 06/05/2023) |
| 06/05/2023 | 602 | OBJECTIONS to Jury Instructions (Proposed) 585 filed by Defendants Augmenta, LLC, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Huck Medical Technologies Inc, Hans Mische, David Louis Nichols, Robert J. Cornell, M.D., P.A., Run Wang. (Bai, Weining) (Entered: 06/05/2023) |
| 06/05/2023 | 603 | FIRST AMENDED JOINT Exhibit List filed by PLAINTIFFS' James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 06/05/2023) |
| 06/06/2023 | 604 | OBJECTIONS to Jury Instructions (Proposed), 583 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 06/06/2023) |
| 06/06/2023 | 605 | NOTICE OF LODGING filed *AMENDED NOTICE OF LODGING OF DEPOSITION TRANSCRIPT OF JAIRO RESTREPO - Volume 1 and Volume 2* re Minutes of In Chambers Order/Directive - no proceeding held,,,,, 598 (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Baker, Ryan) (Entered: 06/06/2023) |
| 06/06/2023 | 606 | OBJECTIONS to Jury Instructions (Proposed), 583 *Supplemental* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 06/06/2023) |
| 06/06/2023 | 608 | MINUTES OF Jury Trial - 1st Day held and continued before Judge Consuelo B. Marshall: Jury impaneled and sworn. Jury Trial continued to June 7, 2023 at 8:00 a.m. for further trial. Court Reporter: Miranda Algorri. (shb) (Entered: 06/08/2023) |
| 06/07/2023 | 607 | TRIAL BRIEF *Bench Brief Regarding Admissibility of Pleadings* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Halepota, Shahmeer) (Entered: 06/07/2023) |
| 06/07/2023 | 609 | MINUTES OF Jury Trial - 2nd Day held before Judge Consuelo B. Marshall: Opening statements made. Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to June 8, 2023 at 8:00 a.m. for further trial. Court and counsel |

| | | discuss notes from jurors 3 and 5. Plaintiff withdraws, 601 Request for judicial notice. Court Reporter: Miranda Algorri. (shb) (Entered: 06/08/2023) |
|---|---|---|
| 06/08/2023 | 614 | MINUTES OF Jury Trial 3rd (held and continued) before Judge Consuelo B. Marshall: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial set for June 9, 2023 at 8:00 a.m. for further trial. Court Reporter: Miranda Algorri. (shb) (Entered: 06/12/2023) |
| 06/09/2023 | 610 | TRIAL BRIEF *Bench Brief Inventorship is A Question of Fact For The Jury* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Attachments: # 1 Exhibit)(Halepota, Shahmeer) (Entered: 06/09/2023) |
| 06/09/2023 | 620 | MINUTES OF Jury Trial 4th (held and continued) before Judge Consuelo B. Marshall. Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial set for June12, 2023 at 8:00 a.m. for further trial. Court Reporter: Marea Woolrich / Miranda Algorri. (lom) Modified on 6/15/2023 (shb). (Entered: 06/14/2023) |
| 06/11/2023 | 611 | TRIAL BRIEF *Regarding Admissibility of Exhibit 906* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Halepota, Shahmeer) (Entered: 06/11/2023) |
| 06/11/2023 | 612 | ADMITTED JOINT Exhibit List filed by PLAINTIFFS' James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 06/11/2023) |
| 06/11/2023 | 613 | TRIAL BRIEF *Regarding Jonathan Elist Witness Tampering* filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Halepota, Shahmeer) (Entered: 06/11/2023) |
| 06/12/2023 | 615 | PROPOSED JURY VERDICT filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 06/12/2023) |
| 06/12/2023 | 616 | TRANSCRIPT for proceedings held on May 23, 2023 at 4:13 p.m. Court Reporter: PAT CUNEO CSR 1600, OFFICIAL REPORTER, www.patcuneo.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/3/2023. Redacted Transcript Deadline set for 7/13/2023. Release of Transcript Restriction set for 9/11/2023. (Cuneo, Patricia) (Entered: 06/12/2023) |

| 06/12/2023 | [617](#) | MEMORANDUM of Points and Authorities in Opposition filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Re: Trial Brief,, [613](#) (Attachments: # [1](#) Exhibit A)(Baker, Ryan) (Entered: 06/12/2023) |
|---|---|---|
| 06/12/2023 | [618](#) | PROPOSED JURY VERDICT filed by PLAINTIFFS' James Elist, International Medical Devices, Inc., Menova International, Inc.. (Baker, Ryan) (Entered: 06/12/2023) |
| 06/12/2023 | [631](#) | MINUTES OF Jury Trial - 5th (held and continued) Day held before Judge Consuelo B. Marshall: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to June 13, 2023 at 8:00 a.m. Court Reporter: Miranda Algorri. (shb) (Entered: 06/16/2023) |
| 06/13/2023 | [619](#) | ADMITTED JOINT Exhibit List *of Exhibits Received Into Evidence on June 12, 2023* filed by PLAINTIFFS' James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 06/13/2023) |
| 06/13/2023 | [632](#) | MINUTES OF Jury Trial - 6th Day held before Judge Consuelo B. Marshall: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to June 14, 2023 at 8:00 a.m. Court Reporter: Miranda Algorri. (shb) (Entered: 06/16/2023) |
| 06/14/2023 | [621](#) | PROPOSED JURY INSTRUCTIONS filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 06/14/2023) |
| 06/14/2023 | [622](#) | PROPOSED JURY VERDICT filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Robert J. Conrell, Robert Cornell, Richard B Finger. (Attachments: # [1](#) Supplement Supplemental Exhibit)(Bai, Weining) (Entered: 06/14/2023) |
| 06/14/2023 | [623](#) | PROPOSED JURY INSTRUCTIONS filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger.. (Bai, Weining) (Entered: 06/14/2023) |
| 06/14/2023 | [624](#) | ORDER RE: DEFENDANTS EVIDENTIARY OBJECTIONS TO THE DEPOSITION DESIGNATIONS OF DUNCAN LOUIE by Judge Consuelo B. Marshall: The matter efore the court is Defendants' objections to Plaintiffs' designations of various portions of the deposition of Duncan Louie to present at trial. the Court rules on Defendants' objections as follows: Plaintiff's Counter-Designations - 45.8-9; Defendants' Objections - 106, optional completeness (47:7-9, 47:13-15, 47:17); Ruling - Sustained. IT IS SO ORDERED. See order for more information. (shb) (Entered: 06/15/2023) |
| 06/14/2023 | [633](#) | MINUTES OF Jury Trial - 7th Day held before Judge Consuelo B. Marshall: Witnesses called, sworn and testified. Exhibits identified and admitted. Jury Trial continued to June 15, 2023 at 8:00 a.m. Court Reporter: Miranda Algorri. (shb) (Entered: 06/16/2023) |
| 06/15/2023 | [625](#) | NOTICE OF LODGING filed *NOTICE OF LODGING OF DEPOSITION TRANSCRIPT OF KIMBERLY K. CAMERON, Ph.D., P.E.* re Pretrial Conference Order - Final [578](#) (Baker, Ryan) (Entered: 06/15/2023) |
| 06/15/2023 | [626](#) | SECOND AMENDED JOINT Exhibit List filed by PLAINTIFFS' James Elist, International Medical Devices, Inc., Menova International, Inc... (Baker, Ryan) (Entered: 06/15/2023) |
| 06/15/2023 | [627](#) | NOTICE OF MOTION AND MOTION for Directed Verdict filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 06/15/2023) |

| 06/15/2023 | 628 | Amended NOTICE OF MOTION AND MOTION for Directed Verdict filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Halepota, Shahmeer) (Entered: 06/15/2023) |
|---|---|---|
| 06/15/2023 | 634 | MINUTES OF Jury Trial - 8th Day held before Judge Consuelo B. Marshall: Witnesses called, sworn and testified. Exhibits identified and admitted. Plaintiff res. Jury Trial continued to June 16, 2023 at 8:00 a.m. Court Reporter: Miranda Algorri. (shb) (Entered: 06/16/2023) |
| 06/16/2023 | 629 | Joint STIPULATION for Order RE DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFFS filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 06/16/2023) |
| 06/16/2023 | 630 | NOTICE OF COURT ORDER to U.S. Marshal Re: Bailiff/Matron's presence for Jury Deliberation on JUNE 16, 2023 at 11:45 A.M. (shb) (Entered: 06/16/2023) |
| 06/16/2023 | 635 | MINUTES OF Jury Trial - 9th Day held and completed before Judge Consuelo B. Marshall: Witnesses called, sworn and testified. Exhibits identified and admitted. Closing arguments made by plaintiffs and defendants. Court instructs jury. Bailiff sworn. Jury retires to deliberate. Verdict reached. Jury FINDS: in favor or plaintiffs. Polling waived. Filed Witness & Exhibit Lists. Filed jury notes. Filed jury instructions. Clerk reviewed admitted exhibits with counsel to be submitted to the Jury. Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. Court thanks and discharges the jury. Counsel to file a joint stipulation. Plaintiff to prepare the judgment. Court Reporter: Miranda Algorri. (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 637 | Witness List filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc... (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 638 | LIST OF EXHIBITS AND WITNESSES at trial. (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 639 | COURT'S JURY INSTRUCTIONS by Judge Consuelo B. Marshall. (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 640 | REDACTED Jury Note # 1 filed. (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 641 | REDACTED Jury Note # 2 filed. (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 642 | REDACTED Jury Note # 3 filed. (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 643 | REDACTED Jury Notes # 4 filed. (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 644 | JOINT AMENDED TRIAL EXHIBIT LIST USED (shb) (Entered: 06/26/2023) |
| 06/16/2023 | 645 | SEALED UNREDACTED Jury Note no. 1 filed re: Redacted Jury Note no. 1 640 . (lom) (Entered: 06/27/2023) |
| 06/16/2023 | 646 | SEALED UNREDACTED Jury Note no. 2 filed re: Redacted Jury Note no. 2 641 . (lom) (Entered: 06/27/2023) |
| 06/16/2023 | 647 | SEALED UNREDACTED Jury Note no. 3 filed re: Redacted Jury Note no. 3 642 . (lom) (Entered: 06/27/2023) |
| 06/16/2023 | 648 | SEALED UNREDACTED Jury Note no. 4 filed re: Redacted Jury Note no. 4 643 . (lom) (Entered: 06/27/2023) |

| | | |
|---|---|---|
| 06/16/2023 | 649 | REDACTED COURT'S VERDICT FORM (lom) (Entered: 06/27/2023) |
| 06/16/2023 | 651 | SEALED UNREDACTED COURT'S VERDICT FORM filed re: Redacted Court's Verdict Form 649 . (lom) (Entered: 06/28/2023) |
| 06/26/2023 | 636 | RECEIPT FOR RELEASE OF EXHIBITS to Counsel Upon Verdict/Judgment at Trial; Pursuant to stip of counsel and/or by Order of the Court, all exhibits listed on Joint exhibits list are returned to counsel for respective party(ies). (shb) (Entered: 06/26/2023) |
| 06/27/2023 | 650 | ORDER GRANTING STIPULATION RE DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFFS 629 by Judge Consuelo B. Marshall: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that: 1. The Second Cause of Action alleging violations of the California Uniform Trade Secrets Act, Cal. Civil Code §§ 3426 et seq., as pled by Plaintiffs Dr. Elist and Menova, is dismissed with prejudice as to all Defendants pursuant to Fed. R. Civ. P. 41(a), with all parties to bear their own fees and costs. IT IS SO ORDERED. (shb) (Entered: 06/27/2023) |
| 07/05/2023 | 652 | TRANSCRIPT for proceedings held on VOL 1, 06-06-23, 9:05 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | 653 | TRANSCRIPT for proceedings held on VOL 2, 06-07-23, 8:04 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | 654 | TRANSCRIPT for proceedings held on VOL 3, 06-08-23, 8:05 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | 655 | TRANSCRIPT for proceedings held on VOL 4, 06-09-23, 8:04 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | 656 | TRANSCRIPT for proceedings held on VOL 5, 06-09-23, 12:54 pm. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | [657](#) | TRANSCRIPT for proceedings held on VOL 6, 06-12-23, 8:00 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | [658](#) | TRANSCRIPT for proceedings held on VOL 7, 06-13-23, 7:59 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | [659](#) | TRANSCRIPT for proceedings held on VOL 8, 06-14-23, 8:03 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | [660](#) | TRANSCRIPT for proceedings held on VOL 9, 06-15-23, 8:01 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number/email mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | [661](#) | TRANSCRIPT for proceedings held on VOL 10, 06-16-23, 7:52 am. Court Reporter/Electronic Court Recorder: Miranda Algorri, phone number mirandaalgorri@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 7/26/2023. Redacted Transcript Deadline set for 8/7/2023. Release of Transcript Restriction set for 10/3/2023. (Algorri, Miranda) (Entered: 07/05/2023) |
| 07/05/2023 | 662 | NOTICE OF FILING TRANSCRIPT filed for proceedings VOL 1, 06-06-23, 9:05 am; VOL 2, 06-07-23, 8:04 am; VOL 3, 06-08-23, 8:05 am; VOL 4, 06-09-23, 8:04 am; VOL 5, 06-09-23, 12:54 pm; VOL 6, 06-12-23, 8:00 am; VOL 7, 06-13-23, 7:59 am; VOL 8, 06-14-23, 8:03 am; VOL 9, 06-15-23, 8:01 am; VOL 10, 06-16-23, 7:52 am re Transcript [655](#) , [661](#) , [652](#) , [660](#) , [658](#) , [654](#) , [659](#) , [657](#) , [656](#) , [653](#) THERE IS NO PDF DOCUMENT |

| | | |
|---|---|---|
| | | ASSOCIATED WITH THIS ENTRY. (Algorri, Miranda) TEXT ONLY ENTRY (Entered: 07/05/2023) |
| 07/07/2023 | 663 | Joint STIPULATION for Hearing re Evidentiary Hearing filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 07/07/2023) |
| 07/11/2023 | 664 | ORDER GRANTING STIPULATION RE POST-TRIAL BRIEFING SCHEDULE AND EVIDENTIARYHEARING, 663 by Judge Consuelo B. Marshall: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that: 1. Plaintiffs shall file a post-trial brief on their sought-after remedies (excluding attorneys' fees and costs) and any papers in support thereof on or before July 28, 2023; 2. Defendants shall file their response to Plaintiffs' post-trial brief and any papers in support thereof on or before August 18, 2023; 3. Plaintiffs shall their reply papers on or before September 4, 2023; 4. The Court will hold an evidentiary hearing and/or hear argument on Plaintiffs' sought-after remedies and Defendants' anticipated motion to dissolve the preliminary injunction on 10/3/2023, or as soon thereafter as the Court is available at 10:00 a.m. 5. Briefing of motions for attorneys' fees or pursuant to Rule 50 shall be take place after final judgment is entered. IT IS SO ORDERED. (shb) (Entered: 07/13/2023) |
| 07/19/2023 | 665 | Joint STIPULATION to AMEND Order,,,,, Set/Reset Hearing,,,, 664 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Baker, Ryan) (Entered: 07/19/2023) |
| 07/19/2023 | 666 | NOTICE OF MOTION AND MOTION for Order for Defendants' Motion to Dissolve Preliminary Injunction *and Proposed Order* filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Robert Cornell. (Attachments: # 1 Declaration re Support of Defs' Mtn to Dissolve Preliminary Injunction, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9, # 11 Exhibit Exhibit 10, # 12 Exhibit Exhibit 11, # 13 Exhibit Exhibit 12, # 14 Exhibit Exhibit 13, # 15 Exhibit Exhibit 14, # 16 Exhibit Exhibit 15, # 17 Exhibit Exhibit 16, # 18 Proposed Order re Defendants' Motion to Dissolve Preliminary Injunction) (Bai, Weining) (Entered: 07/19/2023) |
| 07/26/2023 | 667 | ORDER by Judge Consuelo B. Marshall, re Stipulation to Amend/Correct 665 Having considered the stipulation of the parties and good cause appearing, theCourt ORDERS that: 1. Plaintiffs shall file a post-trial brief on their sought-after remedies (excluding attorneys fees and costs) and any papers in support thereof on or before August 4, 2023; 2. Defendants shall file their response to Plaintiffs post-trial brief and any papers in support thereof on or before August 25, 2023; 3. Plaintiffs shall their reply papers on or before September 11, 2023; 4. As this Court deems appropriate and pursuant to Dkt. No. 664, the Court will hold an evidentiary hearing and/or hear argument on Plaintiffssought-after remedies and Defendants anticipated motion to dissolve thepreliminary injunction on October 3, 2023, at 10:00 a.m., or as soon thereafter as the Court is available; 5. Briefing of further motions, including motions for attorneys fees or pursuant to Rule 50, shall be take place after final judgment is entered. IT IS SO ORDERED. (shb) (Entered: 07/28/2023) |
| 08/04/2023 | 668 | NOTICE OF MOTION AND MOTION for Damages *1.PLAINTIFFS POST-TRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, DISGORGEMENT, STATUTORY DAMAGES, PREJUDGMENT INTEREST, AND EXEMPLARY DAMAGES* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 10/3/2023 at 08:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 DECLARATION OF KEVIN ARST IN SUPPORT OF PLAINTIFFS POST-TRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, |

| | | |
|---|---|---|
| | | DISGORGEMENT, STATUTORY DAMAGES, PREJUDGMENT INTEREST, AND EXEMPLARY DAMAGES, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 DECLARATION OF EMILY R. STIERWALT IN SUPPORT OF PLAINTIFFS POST-TRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, DISGORGEMENT, STATUTORY DAMAGES, PREJUDGMENT INTEREST, AND EXEMPLARY DAMAGES, # 13 Trial Exhibit 6, # 14 Trial Exhibit 11, # 15 Trial Exhibit 14, # 16 Trial Exhibit 15, # 17 Trial Exhibit 17, # 18 Trial Exhibit 18, # 19 Trial Exhibit 20, # 20 Trial Exhibit 24, # 21 Trial Exhibit 25, # 22 Trial Exhibit 29, # 23 Trial Exhibit 65, # 24 Trial Exhibit 73, # 25 Trial Exhibit 76, # 26 Trial Exhibit 78, # 27 Trial Exhibit 83, # 28 Trial Exhibit 94A, # 29 Trial Exhibit 123, # 30 Trial Exhibit 152, # 31 Trial Exhibit 153, # 32 Trial Exhibit 166, # 33 Trial Exhibit 204, # 34 Trial Exhibit 206, # 35 Trial Exhibit 207, # 36 Trial Exhibit 212, # 37 Trial Exhibit 213, # 38 Trial Exhibit 215, # 39 Trial Exhibit 258, # 40 Trial Exhibit 277, # 41 Trial Exhibit 279, # 42 Trial Exhibit 308, # 43 Trial Exhibit 315, # 44 Trial Exhibit 320, # 45 Trial Exhibit 339, # 46 Trial Exhibit 413, # 47 Trial Exhibit 415, # 48 Trial Exhibit 511, # 49 Trial Exhibit 514, # 50 Trial Exhibit 531, # 51 Trial Exhibit 532, # 52 Trial Exhibit 535, # 53 Trial Exhibit 537, # 54 Trial Exhibit 538, # 55 Trial Exhibit 539, # 56 Trial Exhibit 540, # 57 Trial Exhibit 541, # 58 Trial Exhibit 542, # 59 Trial Exhibit 543, # 60 Trial Exhibit 544, # 61 Trial Exhibit 546, # 62 Trial Exhibit 572, # 63 Trial Exhibit 808, # 64 Trial Exhibit 969, # 65 Trial Exhibit 976, # 66 Trial Exhibit 1006, # 67 Trial Exhibit 1007, # 68 Trial Exhibit 1079, # 69 Exhibit A, # 70 Exhibit B, # 71 Exhibit C, # 72 Exhibit D, # 73 Proposed Order) (Baker, Ryan) (Entered: 08/04/2023) |
| 08/04/2023 | 669 | NOTICE OF MOTION AND MOTION for Relief from FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION *PLAINTIFFS MOTION FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 10/3/2023 at 08:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 DECLARATION OF EMILY R. STIERWALT IN SUPPORT OF PLAINTIFFS MOTION FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION, # 2 Trial Exhibit 14, # 3 Trial Exhibit 17, # 4 Trial Exhibit 18, # 5 Trial Exhibit 20, # 6 Trial Exhibit 24, # 7 Trial Exhibit 25, # 8 Trial Exhibit 29, # 9 Trial Exhibit 78, # 10 Trial Exhibit 88, # 11 Trial Exhibit 94A, # 12 Trial Exhibit 123, # 13 Trial Exhibit 166, # 14 Trial Exhibit 204, # 15 Trial Exhibit 212, # 16 Trial Exhibit 212, # 17 Trial Exhibit 308, # 18 Trial Exhibit 511, # 19 Trial Exhibit 531, # 20 Trial Exhibit 532, # 21 Trial Exhibit 546, # 22 Trial Exhibit 808, # 23 Trial Exhibit 1006, # 24 Exhibit A, # 25 Exhibit B, # 26 [PROPOSED] PERMANENT INJUNCTION RE COPYRIGHT INFRINGEMENT, # 27 [PROPOSED] PERMANENT INJUNCTION RE PATENT INVALIDITY, # 28 [PROPOSED] PERMANENT INJUNCTION RE MISAPROPRIATION OF TRADE SECRETS, # 29 [PROPOSED] PERMANENT INJUNCTION RE TRADEMARK INFRINGEMENT AND USE OF COUNTERFEIT MARK) (Baker, Ryan) (Entered: 08/04/2023) |
| 08/22/2023 | 670 | Joint STIPULATION to AMEND Order,,,, 667 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Halepota, Shahmeer) (Entered: 08/22/2023) |
| 08/23/2023 | 671 | ORDER GRANTING STIPULATION RE SCHEDULING MODIFYING POST-TRIAL EVIDENTIARY HEARING AND ARGUMENTS 670 by Judge Consuelo B. Marshall: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS the Court will continue the evidentiary hearing and/or hear argument on |

| | | |
|---|---|---|
| | | Plaintiffs sought-after remedies and Defendants motion to dissolve the preliminary injunction from October 3, 2023 to October 18, 2023 at 10:00 a.m., or as soon thereafter as the Court is available. The remaining deadlines set forth in Dkt. No. 667 shall remain unless otherwise modified by Order of Court. IT IS SO ORDERED. (shb) (Entered: 08/24/2023) |
| 08/25/2023 | 672 | OPPOSITION to NOTICE OF MOTION AND MOTION for Relief from FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION *PLAINTIFFS MOTION FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION* 669 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Halepota, Shahmeer) (Entered: 08/25/2023) |
| 08/25/2023 | 673 | OPPOSITION to NOTICE OF MOTION AND MOTION for Damages *1.PLAINTIFFS POST-TRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, DISGORGEMENT, STATUTORY DAMAGES, PREJUDGMENT INTEREST, AND EXEMPLARY DAMAGES* 668 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Halepota, Shahmeer) (Entered: 08/25/2023) |
| 08/25/2023 | 674 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Order for Defendants' Motion to Dissolve Preliminary Injunction *and Proposed Order* 666 *PLAINTIFF IMDS OPPOSITION TO DEFENDANTS MOTION TO DISSOLVE PARAGRAPHS 1a-1b OF PRELIMINARY INJUNCTION* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Trial Exhibit 14, # 3 Trial Exhibit 20, # 4 Trial Exhibit 29, # 5 Trial Exhibit 31, # 6 Trial Exhibit 78, # 7 Trial Exhibit 119, # 8 Trial Exhibit 120, # 9 Trial Exhibit 123, # 10 Trial Exhibit 204, # 11 Trial Exhibit 206, # 12 Trial Exhibit 213, # 13 Trial Exhibit 308, # 14 Trial Exhibit 310, # 15 Trial Exhibit 311, # 16 Trial Exhibit 441, # 17 Trial Exhibit 532, # 18 Trial Exhibit 801, # 19 Trial Exhibit 828, # 20 Trial Exhibit 830, # 21 Trial Exhibit 927, # 22 Trial Exhibit 1006, # 23 Trial Exhibit 1055, # 24 Trial Exhibit 1056, # 25 Trial Exhibit 1079, # 26 Exhibit A, # 27 Declaration of Jonathan Elist, # 28 Exhibit A, # 29 Exhibit B)(Baker, Ryan) (Entered: 08/25/2023) |
| 08/29/2023 | 675 | SCHEDULING NOTICE AND ORDER TEXT ONLY ENTRY [IN CHAMBERS] by Judge Consuelo B. Marshall. Counsel are hereby notified that on the Court's own motion, the Motion for damages, plaintiff's post-trial motion for award of reasonable royalties, disgorgement, statutory damages, prejudgment interest, and exemplary damages 668 and Motion for relief for injunctive relief and patent invalidation, etc., 669 , currently set for hearing on 10/3/2023 are continued to 10/18/2023 at 10:00 a.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ys) TEXT ONLY ENTRY (Entered: 08/29/2023) |
| 09/11/2023 | 676 | REPLY in support of a motion NOTICE OF MOTION AND MOTION for Order for Defendants' Motion to Dissolve Preliminary Injunction *and Proposed Order* 666 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, |

| | | |
|---|---|---|
| | | Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Halepota, Shahmeer) (Entered: 09/11/2023) |
| 09/11/2023 | 677 | REPLY in support of NOTICE OF MOTION AND MOTION for Damages *1.PLAINTIFFS POST-TRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, DISGORGEMENT, STATUTORY DAMAGES, PREJUDGMENT INTEREST, AND EXEMPLARY DAMAGES* 668 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Trial Exhibit 15, # 3 Trial Exhibit 20, # 4 Trial Exhibit 24, # 5 Trial Exhibit 25, # 6 Trial Exhibit 94A, # 7 Trial Exhibit 119, # 8 Trial Exhibit 120, # 9 Trial Exhibit 123, # 10 Trial Exhibit 206, # 11 Trial Exhibit 213, # 12 Trial Exhibit 308, # 13 Trial Exhibit 310, # 14 Trial Exhibit 311, # 15 Trial Exhibit 511, # 16 Trial Exhibit 531, # 17 Trial Exhibit 828, # 18 Trial Exhibit 830, # 19 Exhibit A, # 20 Declaration of Kevin Arst) (Baker, Ryan) (Entered: 09/11/2023) |
| 09/11/2023 | 678 | REPLY in support of NOTICE OF MOTION AND MOTION for Relief from FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION *PLAINTIFFS MOTION FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION* 669 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Trial Exhibit 24, # 3 Trial Exhibit 25, # 4 Trial Exhibit 29, # 5 Trial Exhibit 31, # 6 Trial Exhibit 78, # 7 Trial Exhibit 119, # 8 Trial Exhibit 204, # 9 Trial Exhibit 206, # 10 Trial Exhibit 308, # 11 Trial Exhibit 511, # 12 Trial Exhibit 531, # 13 Trial Exhibit 532, # 14 Trial Exhibit 1056, # 15 Trial Exhibit 1079, # 16 Exhibit A, # 17 AMENDED PROPOSED Order)(Baker, Ryan) (Entered: 09/11/2023) |
| 10/05/2023 | 679 | SCHEDULING NOTICE TEXT ONLY ENTRY [IN CHAMBERS] by Judge Consuelo B. Marshall. Counsel are hereby notified that the evidentiary hearing currently set for 10/18/2023 is hereby advanced to 10/18/2023 at 9:00 a.m. in COURTROOM 10C. Only the time has changed. Counsel for the parties are to appear in person. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ys) TEXT ONLY ENTRY (Entered: 10/05/2023) |
| 10/05/2023 | 680 | SCHEDULING NOTICE TEXT ONLY ENTRY [IN CHAMBERS] by Judge Consuelo B. Marshall. Counsel are hereby notified that the MOTION for Damages *1.PLAINTIFFS POST-TRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, DISGORGEMENT, STATUTORY DAMAGES, PREJUDGMENT INTEREST, AND EXEMPLARY DAMAGES* 668 and MOTION for Relief from FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION 669 are hereby continued to 10/18/2023 at 9:00 a.m. in Courtroom 10C. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ys) TEXT ONLY ENTRY (Entered: 10/05/2023) |
| 10/06/2023 | 681 | Joint STIPULATION to Amend Scheduling Order,,, Set/Reset Motion Hearing and R&R Deadlines,, 671 filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order)(Attorney Weining Bai added to party Jonathan Clavell(pty:dft))(Bai, Weining) (Entered: 10/06/2023) |
| 10/12/2023 | 682 | ORDER GRANTING STIPULATION RE SCHEDULING MODIFYING POST-TRIAL EVIDENTIARY HEARING AND ARGUMENTS 681 by Judge Consuelo B. Marshall: |

| | | |
|---|---|---|
| | | [NOTE CHANGES MADE BY COURT]: Having considered the stipulation of the parties and good cause appearing, the Court ORDERS that the evidentiary hearing and argument on Plaintiffs motions for remedies and Defendants motion to dissolve the Preliminary injunction be continued from October 18, 2023 to October 25, 2023 at 8:30 a.m. IT IS SO ORDERED. (shb) (Entered: 10/12/2023) |
| 10/23/2023 | 683 | SCHEDULING NOTICE TEXT ONLY ENTRY [IN CHAMBERS] by Judge Consuelo B. Marshall. Counsel are notified that the Evidentiary hearing set for 10/25/2023 at 8:30 a.m. will be held in Courtroom 10C. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ys) TEXT ONLY ENTRY (Entered: 10/23/2023) |
| 10/24/2023 | 684 | EX PARTE APPLICATION of Non-Resident Attorney Barbara B. DePena to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-36279018) filed by Defendant AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. (Attachments: # 1 Proposed Order) (Ruf, Kevin) (Entered: 10/24/2023) |
| 10/24/2023 | 685 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: EX PARTE APPLICATION of Non-Resident Attorney Barbara B. DePena to Appear Pro Hac Vice on behalf of Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. C 684 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests.. Application.. Appear Pro Hac Vice.. Naming parties who have already been terminated from case. Augmenta Investors, Capital Urology, Jonathan Cavell, Clavell Urology, Robert J. Cornell, MD, Jonathan Hernandez, LATA Lignum, AM Founders In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lt) (Entered: 10/24/2023) |
| 10/24/2023 | 686 | Witness List filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Bai, Weining) (Entered: 10/24/2023) |
| 10/24/2023 | 687 | Amended Exhibit List filed by Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang.. (Bai, Weining) (Entered: 10/24/2023) |

| | | |
|---|---|---|
| 10/25/2023 | [688](#) | BRIEF filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. *BENCH BRIEF RE INADMISSIBILITY OF EXPERT REPORTS* (Pepperman, Donald) (Entered: 10/25/2023) |
| 10/25/2023 | [689](#) | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE [684](#) by Judge Consuelo B. Marshall. EX PARTE APPLICATION to Appear Pro Hac Vice on behalf of Defendants Robert J. Cornell, MD, Am Founders LLC, et al, designating Kevin F. Ruf as local counsel. Granting [684](#) Non-Resident Attorney Barbara B. DePena (rolm) (Entered: 10/25/2023) |
| 10/25/2023 | [690](#) | MINUTES OF EVIDENTIARY HEARING RE: PLAINTIFF'S SOUGHT- AFTER REMEDIES AND DEFENDANTS' ANTICIPATED MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION [664](#) ; PLAINTIFF'S POST-TRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, DISGORGEMENT, STATUTORY DAMAGES, AND EXEMPLARY DAMAGES [668](#) ; PLAINTIFF'S MOTION FOR RELIEF FROM INJUNCTIVE RELIEF AND PATENT INVALIDATION [669](#) held before Judge Consuelo B. Marshall. The case is called and counsel state their appearance. The Court and counsel confer. Evidentiary hearing is held and concluded. Witnesses are called, sworn, and testified. Exhibits identified. Exhibits admitted. Counsel referred to certain docket nos. 667, 591, 556, 559. Plaintiffs and defense rest. Plaintiffs and defense present closing arguments. Following discussions with counsel, the Court advises counsel that the motions are taken under submission. A written order will issue. The Court further denies Defendants motion for directed verdict [627](#) and Defendants amended motion for directed verdict [628](#) . The Rule 50 motion re claims is denies. Court Reporter: Myra Ponce. (rolm) (Entered: 10/26/2023) |
| 10/25/2023 | [691](#) | LIST OF EXHIBITS AND WITNESSES. (rolm) (Entered: 10/26/2023) |
| 10/25/2023 | [692](#) | Defendant's Evidentiary Hearing Witness List (rolm) (Entered: 10/26/2023) |
| 11/01/2023 | [693](#) | NOTICE OF LODGING filed *Notice of Lodging of [PROPOSED] ORDER RE ENTRY OF PERMANENT INJUNCTION RE COPYRIGHT INFRINGEMENT, TRADEMARK INFRINGEMENT, AND TRADE SECRET MISAPPROPRIATION* re Order on Motion for Directed Verdict,,,,,,,,,, Motion Hearing,,,, [690](#) (Attachments: # [1](#) Attachment: PROPOSED Order)(Baker, Ryan) (Entered: 11/01/2023) |
| 11/05/2023 | [694](#) | TRANSCRIPT for proceedings held on 10/25/2023 at 8:29 a.m. Court Reporter/Electronic Court Recorder: Myra L. Ponce, CSR, RDR, CRR, e-mail address myraponce@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/6/2023. Release of Transcript Restriction set for 2/5/2024. (Ponce, Myra) (Entered: 11/05/2023) |
| 11/05/2023 | 695 | NOTICE OF FILING TRANSCRIPT filed for proceedings 10/25/2023 at 8:29 a.m. re Transcript [694](#) THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Ponce, Myra) TEXT ONLY ENTRY (Entered: 11/05/2023) |
| 01/29/2024 | [696](#) | TRANSCRIPT for proceedings held on Tuesday, 06/14/2022, 10:10 a.m. Motion Hearing [446](#) . Court Reporter/Electronic Court Recorder: MARIA BUSTILLOS, phone number MADAMCOURTREPORTER@GMAIL.COM FOR ALL TRANSCRIPT REQUESTS. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through Maria Bustillos. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 2/20/2024. Redacted |

| | | Transcript Deadline set for 2/29/2024. Release of Transcript Restriction set for 4/29/2024. (Bustillos, Maria) (Entered: 01/29/2024) |
|---|---|---|
| 01/29/2024 | 697 | NOTICE OF FILING TRANSCRIPT filed for proceedings Tuesday, 06/14/2022, 10:10 a.m. Motion Hearing 446 re Transcript 696 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Bustillos, Maria) TEXT ONLY ENTRY (Entered: 01/29/2024) |
| 03/28/2024 | 698 | ORDER RE: PLAINTIFFS POSTTRIAL MOTION FOR AWARD OF REASONABLE ROYALTIES, DISGORGEMENT, STATUTORY DAMAGES, PREJUDGMENT INTEREST, AND EXEMPLARY DAMAGES, (668) by Judge Consuelo B. Marshall: Accordingly, the Court GRANTS in part Plaintiffs Motion as follows: - for the CUTSA violation and Dr. Cornells breach of the NDA, a reasonable royalty in the amount of $5,772,044, plus exemplary damages in the amount of $11,544,088; - for the use of a counterfeit mark claim, statutory damages in the amount of $1,000,000. The Court DENIES in part Plaintiffs Motion for disgorgement of $325,000. Plaintiffs are ordered to prepare a proposed judgment consistent with this Order and the Order re Motion for Permanent Injunction, and file the same with the Court no later than April 30, 2024. IT IS SO ORDERED. (shb) (Entered: 03/28/2024) |
| 03/28/2024 | 699 | ORDER RE: PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND PATENT INVALIDATION, 669 by Judge Consuelo B. Marshall: Accordingly, the Court GRANTS Plaintiffs Motion for Injunctive Relief and Patent Invalidation. IT IS SO ORDERED. (shb) (Entered: 03/28/2024) |
| 03/28/2024 | 700 | PERMANENT INJUNCTION filed by Judge Consuelo B. Marshall: The Court having granted Plaintiffs Motion for a Permanent Injunction issues the following injunction: For a period of five (5) years upon entry of this Permanent Injunction, Defendants Robert J. Cornell; Cornell P.A; Augmenta, LLC; AugmentaInvestors, LLC ; Cornell Cosmetic Urology, LLC ; David Louis Nichols; HuckMedical Technologies, Inc.; Hans Mische; Hans Mische,LLC; Run Wang,M.D.; and Richard B. Finger, and their members, officers, directors, agents,servants, successors, licensees, partners and employees, shall be and herebyare, effective immediately, permanently enjoined, without the prior writtenauthorization or consent from Plaintiffs, from using, licensing, selling, exploiting, commercializing, promoting, marketing, advertising, publishing,and/or profiting from any of the following trade secrets: a. The incorporation of internal pockets or voids of space within the silicone body of a cosmetic penile silicone implant to add softness and elasticity. b. The incorporation of mesh tabs embedded in or around the distal tip of a cosmetic penile implant to facilitate tissue ingrowth. c. The use of absorbable sutures as part of the cosmetic silicone penile implant procedure paired or in combination with mesh tabs embedded in and around the distal tip of the implant to hold the implant.d. A particular list of instruments and materials used to perform the surgical method associated with the placement of a cosmetic penile implant referred to as the Penuma Instrument and Supply List. For a period of ten (10) years from the date of entry of this Permanent Injunction, Defendants are enjoined from engaging in the following conduct: a. Referencing, mentioning, promoting, advertising, marketing, and/or using the Penuma Mark in commerce, including but not limited to, on any website or social media or network; and b. Acting in a way likely to cause confusion, mistake, or deception on the part of consumers as to the origin, ownership, or sponsorship of Penuma. Violation of this Permanent Injunction shall expose Defendants and all other persons bound by this Permanent Injunction to all applicable penalties, including sanctions and contempt of Court. The lifting of this Permanent Injunction is conditioned upon full payment of the damages ordered by this Court in the Order re Motion for Award of Reasonable Royalties, Disgorgement, Statutory Damages, Prejudgment Interest, and Exemplary Damages. This Court shall retain jurisdiction to modify and/or enforce this Permanent Injunction, which |

| | | |
|---|---|---|
| | | may also be enforced by any other court of competent jurisdiction. IT IS SO ORDERED. See order for more information. (shb) (Entered: 03/28/2024) |
| 04/05/2024 | 701 | Notice re Supplemental Hearing on Reasonable Royalty Calculation filed by Plaintiff International Medical Devices, Inc.. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Exhibit A to Declaration of Sam S. Meehan)(Meehan, Samuel) (Entered: 04/05/2024) |
| 04/30/2024 | 702 | NOTICE OF LODGING filed of Proposed Final Judgment re Order on Motion for Damages,,, 698 , Order on Motion for Relief 699 , Permanent Injunction,,,,,,,,,, 700 (Attachments: # 1 [Proposed] Final Judgment)(Meehan, Samuel) (Entered: 04/30/2024) |
| 05/13/2024 | 703 | Notice of Appearance or Withdrawal of Counsel: for attorney Weining Bai counsel for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Jonathan Clavell, Clavell Urology, PLLC, Robert J. Conrell, Robert Cornell, Cornell Cosmetic Urology LLC, Does, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. Alexander M. Dvorscak is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendant Robert Cornell, M.D., et al.. (Attorney Weining Bai added to party Robert J. Conrell(pty:dft), Attorney Weining Bai added to party Does(pty:dft))(Bai, Weining) (Entered: 05/13/2024) |
| 05/16/2024 | 704 | FINAL JUDGMENT 702 by Judge Consuelo B. Marshall. It is hereby ORDERED AND ADJUDGED that: 1. Judgment is hereby entered in favor of Plaintiffs and against Defendants. 2. Defendants are jointly and severally liable to Plaintiff IMD for Misappropriation of Trade Secrets under the California Uniform Trade Secrets Act ("CUTSA"), Cal. Civ. Code 1836, et seq., for a reasonable royalty as follows: a. Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.; Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic Urology, LLC; David Louis Nichols; Huck Medical Technologies; Run Wang, M.D.; and Richard B. Finger are jointly and severally liable for a reasonable royalty of $2,886,022.00 for misappropriation of a trade secret consisting of the incorporation of internal pockets or voids of space within the silicone body of a cosmetic penile silicone implant to add softness and elasticity; (See Judgment for further information). (MD JS-6, Case Terminated). (aco) (Entered: 05/20/2024) |
| 05/20/2024 | 705 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (Closing) (Attachments: # 1 Judgment) (aco) (Entered: 05/20/2024) |
| 05/20/2024 | 706 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or Trademark. (Closing) (Attachments: # 1 Judgment) (aco) (Entered: 05/20/2024) |
| 05/20/2024 | 707 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or Trademark. (Closing) (Attachments: # 1 Judgment) (aco) (Entered: 05/20/2024) |
| 05/30/2024 | 708 | AMENDED FINAL JUDGMENT 704 by Judge Consuelo B. Marshall. The jury found by clear and convincing evidence that Defendants''413 and '639 Patents are invalid. See judgment for details. (lom) (Entered: 06/03/2024) |
| 06/12/2024 | 709 | APPLICATION of Non-Resident Attorney David M. Gunn to Appear Pro Hac Vice on behalf of Defendant Richard B Finger (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-37642213) filed by Defendant Richard B Finger. (Attachments: # 1 Exhibit - Certificate of Good Standing, # 2 Proposed Order) (Ruf, Kevin) (Entered: 06/12/2024) |
| 06/12/2024 | 710 | APPLICATION of Non-Resident Attorney Russell S. Post to Appear Pro Hac Vice on behalf of Defendant Richard B Finger (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-37643237) filed by Defendant Richard B Finger. (Attachments: # 1 Exhibit - Certificate of Good Standing, # 2 Proposed Order) (Ruf, Kevin) (Entered: 06/12/2024) |

| 06/13/2024 | 711 | ORDER by Judge Consuelo B. Marshall: granting 709 Non-Resident Attorney David M. Gunn APPLICATION to Appear Pro Hac Vice on behalf of Defendant Richard B Finger, designating Kevin Ruf as local counsel. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (sbou) (Entered: 06/13/2024) |
|---|---|---|
| 06/13/2024 | 712 | NOTICE OF MOTION AND MOTION to Alter Judgment re Permanent Injunction,,,,,,,,,,, 700 , Judgment 708 . filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Huck Medical Technologies Inc, Hans Mische, David Louis Nichols, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 6/25/2024 at 10:00 AM before Judge Consuelo B. Marshall. (McManis, Jason) (Entered: 06/13/2024) |
| 06/13/2024 | 713 | NOTICE OF MOTION AND MOTION for Judgment as a Matter of Law on the basis of: amended final judgment, NOTICE OF MOTION AND MOTION for New Trial filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Huck Medical Technologies Inc, Hans Mische, David Louis Nichols, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 6/25/2024 at 10:00 AM before Judge Consuelo B. Marshall. (McManis, Jason) (Entered: 06/13/2024) |
| 06/13/2024 | 714 | ORDER by Judge Consuelo B. Marshall: granting 710 Non-Resident Attorney Russell S. Post APPLICATION to Appear Pro Hac Vice on behalf of Defendant Richard B Finger, designating Kevin Ruf as local counsel. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (sbou) (Entered: 06/13/2024) |
| 06/24/2024 | 715 | Amended NOTICE OF MOTION AND MOTION to Alter Judgment re Judgment 708 . filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Huck Medical Technologies Inc, Hans Mische, David Louis Nichols, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 8/27/2024 at 10:00 AM before Judge Consuelo B. Marshall. (McManis, Jason) (Entered: 06/24/2024) |
| 06/24/2024 | 716 | Amended NOTICE OF MOTION AND MOTION for Judgment as a Matter of Law on the basis of: amended final judgment, Amended NOTICE OF MOTION AND MOTION for New Trial filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Huck Medical Technologies Inc, Hans Mische, David Louis Nichols, Robert J. Cornell, M.D., P.A., Run Wang. Motion set for hearing on 8/27/2024 at 10:00 AM before Judge Consuelo B. Marshall. (McManis, Jason) (Entered: 06/24/2024) |
| 07/01/2024 | 717 | NOTICE OF MOTION AND MOTION for Attorney Fees *PLAINTIFFS NOTICE OF MOTION AND MOTION FOR AWARD OF REASONABLE ATTORNEYS FEES AND COSTS* filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. Motion set for hearing on 8/27/2024 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Declaration of Ryan G. Baker, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order) (Baker, Ryan) (Entered: 07/01/2024) |
| 07/18/2024 | 718 | STIPULATION to Reschedule Hearing on Post-Trial Briefs filed by Plaintiff International Medical Devices, Inc.. (Attachments: # 1 Proposed Order)(Meehan, Samuel) (Entered: 07/18/2024) |
| 07/19/2024 | 719 | ORDER GRANTING STIPULATION RE CONTINUING POST-TRIAL HEARING, 718 by Judge Consuelo B. Marshall: The Court ORDERS and will continue the hearing on the Pending Motions from August 27, 2024 to October 8, 2024 at 10:00 a.m. All oppositions on the pending motions are due no later than September 3, 2024. All replies |

| | | |
|---|---|---|
| | | on the Pending Motions are due no later than September 10, 2024. IT IS SO ORDERED. See order for more information. (shb) (Entered: 07/23/2024) |
| 08/21/2024 | 720 | Joint STIPULATION to Continue Post-Trial Hearing from October 8, 2024 to November 5, 2024 Re: Order,, Set/Reset Motion Hearing and R&R Deadlines, 719 filed by Plaintiffs James Elist, International Medical Devices, Inc., Menova International, Inc.. (Attachments: # 1 Proposed Order)(Meehan, Samuel) (Entered: 08/21/2024) |
| 08/26/2024 | 721 | ORDER GRANTING STIPULATION RE CONTINUING POST-TRIAL HEARING FROM OCTOBER 8, 2024, TO NOVEMBER 5, 2024 by Judge Consuelo B. Marshall: Defendants Motion to Alter Judgment Regarding the Permanent Injunction, filed June 13, 2024 (Dkt. 712) (Motion to Alter Judgment); Defendants Renewed Motion for Judgment as a Matter of Law and Motion for New Trial, filed June 13, 2024 (Dkt. 713) (JMOL); and Plaintiffs Motion for Reasonable Attorneys Fees and Costs, filed July1, 2024 (Dkt. No. 717) (Fee Motion, and with the Motion to Alter Judgment and the JMOL, collectively, the Pending Motions). Having considered the stipulation of the parties and good cause appearing, the Court ORDERS the Court will continue the hearing on the Pending Motions from October 8, 2024, to November 5, 2024, at 10:00 a.m. All oppositions on the pending motions are due 21 days before the hearing (October 15, 2024). All replies in support of the Pending Motions are due 14 days before the hearing (October 22, 2024). IT IS SO ORDERED. (shb) (Entered: 08/26/2024) |
| 09/19/2024 | 722 | Notice of Appearance or Withdrawal of Counsel: for attorney Jason S McManis counsel for Defendants AM Founders LLC, Augmenta Investors LLC, Augmenta, LLC, Capital Urology Associates LLC, Clavell Urology, PLLC, Robert Cornell, Cornell Cosmetic Urology LLC, Richard B Finger, Hans Mische LLC, Jonathan Clavell Hernandez, Huck Medical Technologies Inc, LATA Lignum LLC, Hans Mische, David Louis Nichols, OAM LLC, RW Global Men's Health Consultation Services PLLC, Robert J. Cornell, M.D., P.A., Run Wang. David M. Gunn is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendant Richard Finger. (McManis, Jason) (Entered: 09/19/2024) |
| 09/25/2024 | 723 | EX PARTE APPLICATION to Correct Judgment 708 filed by Plaintiff Menova International, Inc.. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Exhibit 1, # 3 Proposed Order) (Meehan, Samuel) (Entered: 09/25/2024) |
| 09/25/2024 | 724 | NOTICE OF LODGING filed re EX PARTE APPLICATION to Correct Judgment 708 723 (Attachments: # 1 Proposed Order)(Meehan, Samuel) (Entered: 09/25/2024) |
| 09/26/2024 | 725 | OPPOSITION to EX PARTE APPLICATION to Correct Judgment 708 723 filed by Defendants AM Founders LLC, Augmenta Investors LLC, OAM LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Jonathan Clavell Hernandez, Run Wang, RW Global Men's Health Consultation Services PLLC, Capital Urology Associates LLC, Richard B Finger, LATA Lignum LLC, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC, Clavell Urology, PLLC. (McManis, Jason) (Entered: 09/26/2024) |
| 10/04/2024 | 726 | SUPPLEMENT to EX PARTE APPLICATION to Correct Judgment 708 723 *Defendants' Supplemental Response to Plaintiffs' Ex Parte Application for Order to Correct Amended Final Judgement* filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC, Robert J. Conrell. (Attachments: # 1 Exhibit Evidentiary Hearing)(Bai, Weining) (Entered: 10/04/2024) |
| 10/07/2024 | 727 | NOTICE OF MOTION AND MOTION to Stay pending /STAY OF EXECUTION OF JUDGMENT PENDING HEARING ON MOTION FOR TEMPORARY STAY OF |

| | | |
|---|---|---|
| | | EXECUTION, RESOLUTION OF POST-TRIAL MOTIONS AND APPROVAL OF LESS THAN FULL SECURITY FOR APPEAL filed by Defendant Richard B Finger. Motion set for hearing on 11/5/2024 at 10:00 AM before Judge Consuelo B. Marshall. (Attachments: # 1 Proposed Order) (Attorney Shayna A. Jackson added to party Richard B Finger(pty:dft)) (Jackson, Shayna) (Entered: 10/07/2024) |
| 10/07/2024 | 728 | DECLARATION of JAMES C. MARTIN In Support Of NOTICE OF MOTION AND MOTION to Stay pending /STAY OF EXECUTION OF JUDGMENT PENDING HEARING ON MOTION FOR TEMPORARY STAY OF EXECUTION, RESOLUTION OF POST-TRIAL MOTIONS AND APPROVAL OF LESS THAN FULL SECURITY FOR APPEAL 727 filed by Defendant Richard B Finger. (Jackson, Shayna) (Entered: 10/07/2024) |
| 10/07/2024 | 729 | RESPONSE filed by Plaintiff Menova International, Inc.to Supplement(Motion related),, 726 (Meehan, Samuel) (Entered: 10/07/2024) |
| 10/10/2024 | 730 | NOTICE of Change of Attorney Business or Contact Information: for attorney Jason S McManis counsel for Defendant Richard B Finger. Changing address to 1237 Ridgeley Houston, Texas 77005. Changing e-mail to Dave.gunn@sbcglobal.net. Filed by Defendant Richard B Finger. (McManis, Jason) (Entered: 10/10/2024) |
| 10/15/2024 | 731 | OPPOSITION to NOTICE OF MOTION AND MOTION to Stay pending /STAY OF EXECUTION OF JUDGMENT PENDING HEARING ON MOTION FOR TEMPORARY STAY OF EXECUTION, RESOLUTION OF POST-TRIAL MOTIONS AND APPROVAL OF LESS THAN FULL SECURITY FOR APPEAL 727 filed by Plaintiff Menova International, Inc.. (Meehan, Samuel) (Entered: 10/15/2024) |
| 10/15/2024 | 732 | OPPOSITION to Amended NOTICE OF MOTION AND MOTION for Judgment as a Matter of Law on the basis of: amended final judgmentAmended NOTICE OF MOTION AND MOTION for New Trial 716 filed by Plaintiff Menova International, Inc.. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Exhibit A, # 3 Exhibit 17, # 4 Exhibit 18, # 5 Exhibit 20, # 6 Exhibit 24, # 7 Exhibit 25, # 8 Exhibit 29, # 9 Exhibit 76, # 10 Exhibit 78, # 11 Exhibit 86, # 12 Exhibit 94A, # 13 Exhibit 119, # 14 Exhibit 123, # 15 Exhibit 204, # 16 Exhibit 206, # 17 Exhibit 212, # 18 Exhibit 213, # 19 Exhibit 261, # 20 Exhibit 308, # 21 Exhibit 315, # 22 Exhibit 324, # 23 Exhibit 339, # 24 Exhibit 436, # 25 Exhibit 511, # 26 Exhibit 531, # 27 Exhibit 546, # 28 Exhibit 677, # 29 Exhibit 710, # 30 Exhibit 1006)(Meehan, Samuel) (Entered: 10/15/2024) |
| 10/15/2024 | 733 | OPPOSITION to Amended NOTICE OF MOTION AND MOTION to Alter Judgment re Judgment 708 . 715 filed by Plaintiff Menova International, Inc.. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Exhibit A, # 3 Exhibit 17, # 4 Exhibit 17, # 5 Exhibit 24, # 6 Exhibit 25, # 7 Exhibit 120, # 8 Exhibit 123, # 9 Exhibit 206, # 10 Exhibit 213, # 11 Exhibit 258, # 12 Exhibit 261, # 13 Exhibit 280, # 14 Exhibit 308, # 15 Exhibit 324, # 16 Exhibit 441, # 17 Exhibit 511, # 18 Exhibit 531, # 19 Exhibit 927)(Meehan, Samuel) (Entered: 10/15/2024) |
| 10/15/2024 | 734 | REPLY opposition NOTICE OF MOTION AND MOTION for Attorney Fees *PLAINTIFFS NOTICE OF MOTION AND MOTION FOR AWARD OF REASONABLE ATTORNEYS FEES AND COSTS* 717 *Defendants' Response to Plaintiffs' Motion for Award of Attorneys' Fees and Costs* filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC, Robert J. Conrell. (Bai, Weining) (Entered: 10/15/2024) |
| 10/17/2024 | 735 | IN CHAMBERS- ORDER RE: MOTION TO ALTER JUDGMENT AND MOTION FOR JUDGMENT AS A MATTER OF LAW (DKT. NOS. 712, 713) by Judge Consuelo |

| | | B. Marshall: On June 13, 2024, Defendants filed a motion for amended or additional findings (Dkt. No. 712) and a renewed motion for judgment as a matter of law and for a new trial (Dkt. No. 713). On June 24, 2024, Defendants filed an amended motion for amended or additional findings (Dkt. No. 715) and an amended renewed motion for judgment as a matter of law and for a new trial (Dkt. No. 716). In light of the amended motions filed at Dkt. Nos. 715 and 716, the CoURt hereby denies the motions at Dkt. Nos. 712 and 713 as moot. IT IS SO ORDERED. (shb) (Entered: 10/17/2024) |
|---|---|---|
| 10/22/2024 | 736 | REPLY in Support of NOTICE OF MOTION AND MOTION for Attorney Fees *PLAINTIFFS NOTICE OF MOTION AND MOTION FOR AWARD OF REASONABLE ATTORNEYS FEES AND COSTS* 717 filed by Plaintiff Menova International, Inc.. (Meehan, Samuel) (Entered: 10/22/2024) |
| 10/22/2024 | 737 | REPLY in support of NOTICE OF MOTION AND MOTION to Stay pending /STAY OF EXECUTION OF JUDGMENT PENDING HEARING ON MOTION FOR TEMPORARY STAY OF EXECUTION, RESOLUTION OF POST-TRIAL MOTIONS AND APPROVAL OF LESS THAN FULL SECURITY FOR APPEAL 727 filed by Defendant Richard B Finger. (Attorney James C Martin added to party Richard B Finger(pty:dft))(Martin, James) (Entered: 10/22/2024) |
| 10/22/2024 | 738 | DECLARATION of James C. Martin IN SUPPORT OF NOTICE OF MOTION AND MOTION to Stay pending /STAY OF EXECUTION OF JUDGMENT PENDING HEARING ON MOTION FOR TEMPORARY STAY OF EXECUTION, RESOLUTION OF POST-TRIAL MOTIONS AND APPROVAL OF LESS THAN FULL SECURITY FOR APPEAL 727 filed by Defendant Richard B Finger. (Attachments: # 1 Declaration) (Martin, James) (Entered: 10/22/2024) |
| 10/22/2024 | 739 | RESPONSE IN SUPPORT of Amended NOTICE OF MOTION AND MOTION to Alter Judgment re Judgment 708 . 715 *Reply ISO Mtn for Amend or Addt'l Findings and to Alter or Amend* filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC, Robert J. Conrell. (Bai, Weining) (Entered: 10/22/2024) |
| 10/22/2024 | 740 | RESPONSE IN SUPPORT of Amended NOTICE OF MOTION AND MOTION for Judgment as a Matter of Law on the basis of: amended final judgmentAmended NOTICE OF MOTION AND MOTION for New Trial 716 *Reply ISO Renewed Mtn for Judgement as a Matter of Law and Motion for New Trial* filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC, Robert J. Conrell. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Bai, Weining) (Entered: 10/22/2024) |
| 10/22/2024 | 741 | DECLARATION of Weining Bai re Response in Support of Motion,, 740 *Reply ISO Renewed Mtn for Judgement as a Matter of Law and Motion for New Trial* filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC, Robert J. Conrell. (Bai, Weining) (Entered: 10/22/2024) |
| 10/23/2024 | 742 | SCHEDULING NOTICE TEXT ONLY ENTRY by Judge Consuelo B. Marshall. NOTICE TO ALL PARTIES. On the Court's own motion the following motions: Defendants motion for amended or addirional findings, and to alter or amend 715 ;Defendants renewed motion for judgment as a matter of law and motion for new trial 716 ;Plaintiffs motion for award of reasonable attorneys fees and costs 717 and Defendants motion for temporary stay of execution of judgment pending hearing on motion for |

| | | |
|---|---|---|
| | | temporary stay of execution, resolution of post-trial motions and approval of less than full security for appeal 727 , currently set for November 5, 2024 are all continued to NOVEMBER 19, 2024 at 10:00 a.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ys) TEXT ONLY ENTRY (Entered: 10/23/2024) |
| 10/23/2024 | 743 | IN CHAMBERS- ORDER RE: EX PARTE APPLICATION FOR ORDER TO CORRECT AMENDED FINAL JUDGMENT (723) by Judge Consuelo B. Marshall: Plaintiffs ex parte application for an order to correct the amended final judgment in this action (Dkt. No.723) is hereby continued and set for a hearing on November 19, 2024 at 10:00 a.m. IT IS SO ORDERED. (shb) (Entered: 10/25/2024) |
| 11/01/2024 | 744 | STIPULATION to Reschedule Hearing on Post-Trial Motions filed by Plaintiff James Elist. (Attachments: # 1 Proposed Order)(Meehan, Samuel) (Entered: 11/01/2024) |
| 11/03/2024 | 745 | Amended STIPULATION to Reschedule Hearing on Post-Trial Motions filed by Plaintiff James Elist. (Attachments: # 1 Proposed Order)(Meehan, Samuel) (Entered: 11/03/2024) |
| 11/06/2024 | 746 | ORDER GRANTING AMENDED STIPULATION RE CONTINUING POST-TRIAL HEARING FROM NOVEMBER 19, 2024 TO DECEMBER 12, 2024 745 by Judge Consuelo B. Marshall. Having considered the stipulation of the Parties and good cause appearing, the Court ORDERS the Court hereby continues the hearing on the Pending Motions from November 19, 2024, to December 12, 2024 at 10:00 a.m. (rolm) (Entered: 11/07/2024) |
| 12/10/2024 | 747 | (IN CHAMBERS) ORDER CONTINUING Defendants motion for amended or additional findings, and to alter or amend 715 ; Defendants renewed motion for judgment as a matter of law and motion for new trial 716 ; Plaintiffs motion for award of reasonable attorneys fees and costs 717 ; Ex Parte application to correct judgment 723 ; Defendants motion for temporary stay of execution of judgment pending hearing on motion for temporary stay of execution, resolution of post-trial motions and approval of less than full security for appeal 727 by Judge Consuelo B. Marshall. The Court on its own motion, continues the motions from December 12, 2024 to December 20, 2024 at 10:30 a.m.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vv) TEXT ONLY ENTRY (Entered: 12/10/2024) |
| 12/17/2024 | 748 | (IN CHAMBERS) ORDER TAKING UNDER SUBMISSION Defendants motion for amended or additional findings, and to alter or amend 715 , Defendants renewed motion for judgment as a matter of law and motion for new trial 716 , Plaintiffs motion for award of reasonable attorneys fees and costs 717 , Ex Parte application to correct judgment 723 and Defendants motion for temporary stay of execution of judgment pending hearing on motion for temporary stay of execution, resolution of post-trial motions and approval of less than full security for appeal 727 by Judge Consuelo B. Marshall. The Court finds that the above motions, currently scheduled for hearing on 12/20/2024, is appropriate for decision without oral argument. Accordingly, the motions are taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary. A written order will issue. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vv) TEXT ONLY ENTRY (Entered: 12/17/2024) |
| 12/23/2024 | 749 | Joint EX PARTE APPLICATION for Leave to file Supplemental Briefs filed by Plaintiff James Elist. (Attachments: # 1 Declaration of Sam S. Meehan, # 2 Proposed Order) (Meehan, Samuel) (Entered: 12/23/2024) |
| 12/23/2024 | 750 | NOTICE OF LODGING filed *re Supplemental Authorities in Support of* re Amended NOTICE OF MOTION AND MOTION for Judgment as a Matter of Law on the basis of: amended final judgmentAmended NOTICE OF MOTION AND MOTION for New Trial 716 (Attachments: # 1 Supplement)(McManis, Jason) (Entered: 12/23/2024) |

| 12/23/2024 | 751 | NOTICE OF LODGING filed re Joint EX PARTE APPLICATION for Leave to file Supplemental Briefs 749 (Attachments: # 1 Supplement)(Meehan, Samuel) (Entered: 12/23/2024) |
|---|---|---|
| 12/31/2024 | 752 | EX PARTE APPLICATION for Ruling on Pending Motion for Temporary Stay filed by Defendant Richard B Finger. (Attachments: # 1 Proposed Order) (Jackson, Shayna) (Entered: 12/31/2024) |
| 12/31/2024 | 753 | DECLARATION of Russell Post In Support Of EX PARTE APPLICATION for Ruling on Pending Motion for Temporary Stay 752 filed by Defendant Richard B Finger. (Attachments: # 1 Exhibit 1-2)(Jackson, Shayna) (Entered: 12/31/2024) |
| 01/06/2025 | 754 | ORDER RE DEFENDANT RICHARD FINGERS EX PARTE APPLICATION FOR IMMEDIATE RULING ON PENDING MOTION FOR TEMPORARY STAY 752 727 , by Judge Consuelo B. Marshall:Having considered Defendant Richard Fingers Ex Parte Application for an Immediate Ruling on the Pending Motion for Temporary Stay (the Application), and good cause appearing, the Court grants a temporary stay of any enforcement actions against Defendant Finger pending resolution of the post-judgment motions now pending before this Court and taken under submission on December 17, 2024 (Dkt. 748). IT IS SO ORDERED. (shb) (Entered: 01/06/2025) |
| 01/07/2025 | 756 | ORDER RE JOINT EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS, 749 by Judge Consuelo B. Marshall: Having considered the joint Ex Parte Application for Leave to File Supplemental Briefs ("The Application") jointly filed by all parties in this matter and good cause appearing, the Court hereby GRANTS the Application. The Supplemental Briefs lodged by Plaintiffs and Defendants on December 23, 2024 are hereby deemed filed as of the date of this Order. IT IS SO ORDERED. (shb) (Entered: 01/08/2025) |
| 01/08/2025 | 755 | REPLY *to Plaintiffs' Supp Brief in Lieu of Oral Argument re Defendants' Motion for Amended or Additional Findings, and to Alter or Amend* filed by Defendants Augmenta Investors LLC, David Louis Nichols, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC. (McManis, Jason) (Entered: 01/08/2025) |
| 01/09/2025 | 757 | Notice of Withdrawal of Reply (Motion related), 755 filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC. (McManis, Jason) (Entered: 01/09/2025) |
| 01/09/2025 | 758 | EX PARTE APPLICATION for Leave to file Response to Plaintiffs' Supplemental Brief in Lieu of Oral Argument re Defendants' Motion for Amended or Additional Findings, and to Alter or Amend filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC. (Attachments: # 1 Proposed Order Proposed Order) (McManis, Jason) (Entered: 01/09/2025) |
| 01/09/2025 | 759 | REPLY *to Plaintiffs' Supp Brief in Lieu of Oral Argument re Defendants' Motion for Amended or Additional Findings, and to Alter or Amend* filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC. (McManis, Jason) (Entered: 01/09/2025) |
| 01/09/2025 | 760 | NOTICE OF LODGING filed re Notice of Lodging 751 (Attachments: # 1 Defs Resp to Plas Supp Brief)(McManis, Jason) (Entered: 01/09/2025) |

| 01/09/2025 | [761](#) | NOTICE OF ERRATA filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Hans Mische, Hans Mische LLC, Run Wang, Richard B Finger, Robert J. Cornell, M.D., P.A., Robert Cornell, Augmenta, LLC. correcting Reply (Motion related), [759](#) (McManis, Jason) (Entered: 01/09/2025) |
|---|---|---|
| 01/09/2025 | [762](#) | Opposition in opposition to re: EX PARTE APPLICATION for Leave to file Response to Plaintiffs' Supplemental Brief in Lieu of Oral Argument re Defendants' Motion for Amended or Additional Findings, and to Alter or Amend [758](#) filed by Plaintiff James Elist. (Meehan, Samuel) (Entered: 01/09/2025) |
| 01/16/2025 | [763](#) | IN CHAMBERS ORDER RE: EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF, [758](#) by Judge Consuelo B. Marshall: The Court finds that additional briefing on the issues already raised in the parties' previous beirf briefs is not necessary, and thus ex parte relief is not warranted. Defendants request is DENIED. IT IS SO ORDERED. See order for more information.IT IS SO ORDERED. (shb) (Entered: 01/16/2025) |
| 03/14/2025 | [764](#) | MINUTES IN CHAMBERS - ORDER RE: PLAINTIFFS' MOTION FOR AW ARD OF REASONABLE ATTORNEYS' FEES AND COSTS by Judge Consuelo B. Marshall. The Court entered its final judgment on May 16, 2024. (Dkt. Nos. 704.) Plaintiffs did not file their Motion until July 1, 2024. Therefore, Plaintiffs' Motion is untimely, and the Motion is DENIED [717](#) . See order for details. (lom) (Entered: 03/14/2025) |
| 03/14/2025 | [765](#) | ORDER RE: DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL [716](#) by Judge Consuelo B. Marshall. Accordingly, the Court DENIES Defendants' Motion. (lom) (Entered: 03/14/2025) |
| 03/14/2025 | [766](#) | ORDER RE: DEFENDANTS' MOTION FOR AMENDED OR ADDITIONAL FINDINGS, AND TO ALTER OR AMEND [715](#) by Judge Consuelo B. Marshall. Accordingly, the Court DENIES Defendants' Motion. (lom) (Entered: 03/14/2025) |
| 03/17/2025 | [767](#) | NOTICE OF APPEAL to the Federal Circuit Court of Appeals filed by Defendant Richard B Finger. Appeal of Order on Motion for Leave to File Document, [763](#) , Order on Motion to Alter Judgment [766](#) , Order on Motion for Judgment as a Matter of Law, Order on Motion for New Trial [765](#) , Judgment [708](#) . (Appeal Fee - $605 Fee Paid, Receipt No. ACACDC-39313748.) (Post, Russell) (Entered: 03/17/2025) |
| 03/17/2025 | [768](#) | Notice of Appeal filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Hans Mische, Hans Mische LLC, Run Wang, Robert Cornell, Augmenta, LLC. (McManis, Jason) (Entered: 03/17/2025) |
| 03/18/2025 | | TRANSMISSION of the Notice of Appeal, Docket Sheet, Judgment and or order e-mailed to the US Court of Appeals for the Federal Circuit re: Notice of Appeal to Federal Circuit Court of Appeals, [767](#) . (mat) (Entered: 03/18/2025) |
| 03/19/2025 | [769](#) | NOTICE OF APPEAL to the Federal Circuit Court of Appeals filed by Defendants Augmenta Investors LLC, Cornell Cosmetic Urology LLC, David Louis Nichols, Huck Medical Technologies Inc, Hans Mische, Hans Mische LLC, Run Wang, Robert J. Cornell, M.D., P.A., Robert Cornell. Appeal of Order on Motion for Leave to File Document, [763](#) , Order on Motion to Alter Judgment [766](#) , Order on Motion for Judgment as a Matter of Law, Order on Motion for New Trial [765](#) , Judgment [708](#) . (Appeal Fee - $605 Fee Paid, Receipt No. ACACDC-39333250.) (McManis, Jason) (Entered: 03/19/2025) |
| 03/19/2025 | [770](#) | ORDER RE PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CORRECT AMENDED FINAL JUDGMENT [723](#) by Judge Consuelo B. Marshall: The dollar figures apportioned to each of the trade secrets in the royalty and exemplary damages portions of the Amended Final Judgment (Section 2.a-d and 3.a-d of Dkt. 708) shall be corrected |

| | | |
|---|---|---|
| | | based on the following tables: SEE DOCUMENT FOR DETAILS. (es) (Entered: 03/19/2025) |
| 03/19/2025 | 771 | CORRECTED AMENDED FINAL JUDGMENT by Judge Consuelo B. Marshall. It is hereby ORDERED AND ADJUDGED that: Judgment is hereby entered in favor of Plaintiffs and against Defendants. Defendants are jointly and severally liable to Plaintiff IMD for Misappropriation of Trade Secrets under the California Uniform Trade Secrets Act ("CUTSA"), Cal. Civ. Code §§ 1836, et seq., for a reasonable royalty as follows: Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.; Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic Urology, LLC; David Louis Nichols; Huck Medical Technologies; Run Wang, M.D.; and Richard B. Finger are jointly and severally liable for a reasonable royalty of $3,037,917.90; $1,215,167.16; $911,375.36; $607,583.58. Defendants are liable to Plaintiff IMD for exemplary damages for willful and malicious trade secret misappropriation under CUTSA § 3426.3(c) as follows: $6,075,835.79; $2,430,334.32; $1,822,750.74; $1,215,167.15. Defendant Robert Cornell is liable to Plaintiffs for breach of the Non-Disclosure Agreement in the amount of $5,772,044 and against Defendant Robert Cornell only. Defendants Robert Cornell and Robert J. Cornell M.D., P.A. are liable to Plaintiff Menova for $1,000,000 in statutory damages. Defendants Robert Cornell, Hans Mische, and David Louis Nichols are liable to Plaintiffs in the amount of $1,650 for copyright infringement under 17 U.S.C. § 501. [SEE DOCUMENT FOR FURTHER INFORMATION] (es) (Entered: 03/20/2025) |
| 03/20/2025 | 772 | EX PARTE APPLICATION for Reconsideration re Order on Motion for Attorney Fees, 764 filed by Plaintiffs Menova International, Inc., James Elist, International Medical Devices, Inc.. (Attachments: # 1 Declaration of Emily R. Stierwalt, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order) (Pepperman, Donald) (Entered: 03/20/2025) |
| 03/21/2025 | 773 | First AMENDED NOTICE OF APPEAL to FEDERAL CIRCUIT filed by Defendant Richard B Finger. Amending Notice of Appeal to Federal Circuit Court of Appeals, 767 Filed On: 03/17/2025; Entered On: 03/17/2025; (Post, Russell) (Entered: 03/21/2025) |
| 03/24/2025 | 774 | Second AMENDED NOTICE OF APPEAL to FEDERAL CIRCUIT filed by Defendants Augmenta Investors LLC, Augmenta, LLC, Robert Cornell, Hans Mische LLC, Huck Medical Technologies Inc, Hans Mische, David Louis Nichols, Run Wang. Amending Notice of Appeal to Federal Circuit Court of Appeals,, 769 Filed On: 03/19/2025; Entered On: 03/19/2025; (McManis, Jason) (Entered: 03/24/2025) |
| 03/25/2025 | | TRANSMISSION of the Notice of Appeal, Docket Sheet, Judgment and or order e-mailed to the US Court of Appeals for the Federal Circuit re: Notice of Appeal to Federal Circuit Court of Appeals, 769 .(mat) (Entered: 03/25/2025) |



I hereby attest and certify on 3/25/25 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11 **WESTERN DIVISION**

12

13 INTERNATIONAL MEDICAL
DEVICES, INC., et al.,

14

15                    Plaintiffs,

16         v.

17

18 ROBERT CORNELL, M.D. ; ROBERT
J. CORNELL, M.D., P.A. ;

19 AUGMENTA, LLC ; AUGMENTA

20 INVESTORS, LLC ; CORNELL
COSMETIC UROLOGY, LLC ;

21 DAVID LOUIS NICHOLS ; HUCK

22 MEDICAL TECHNOLOGIES, INC. ;
HANS MISCHE ; HANS MISCHE,

23 LLC ; RUN WANG, M.D. ; and

24 RICHARD B. FINGER,

25

26                    Defendants.

27

28

Case No. 2:20-cv-03503-CBM (RAOx)

**AMENDED FINAL JUDGMENT**

Judge:  Hon. Consuelo B. Marshall
Trial Date: June 6, 2023

1      In accordance with the jury's verdict in this matter (Dkt. 649) and the Court's

2  Orders on Plaintiffs International Medical Devices, Inc. ("IMD"); Menova

3  International, Inc. ("Menova"); and James Elist, M.D.'s (collectively, "Plaintiffs'")

4  Post-Trial Motion for Award of Reasonable Royalties, Disgorgement, Statutory

5  Damages, Prejudgment Interest, and Exemplary Damages (Dkt. 698) and Plaintiffs'

6  Motion for Injunctive Relief and Patent Invalidation (Dkt. 699), the Court, pursuant

7  to Federal Rule of Civil Procedure 58, enters this Final Judgment in favor of

8  Plaintiffs and against Defendants Robert Cornell, M.D., Robert J. Cornell, M.D.,

9  P.A.; Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic Urology, LLC;

10  David Louis Nichols; Huck Medical Technologies, Inc.; Hans Mische; Hans

11  Mische, LLC; Run Wang, M.D.; and Richard B. Finger (collectively, "Defendants")

12  as follows:

13      It is hereby **ORDERED AND ADJUDGED** that:

14        1.  Judgment is hereby entered in favor of Plaintiffs and against

15  Defendants.

16        2.  Defendants are jointly and severally liable to Plaintiff IMD for

17  Misappropriation of Trade Secrets under the California Uniform Trade Secrets Act

18  ("CUTSA"), Cal. Civ. Code §§ 1836, *et seq*., for a reasonable royalty as follows:

19          a.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

20            Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

21            Urology, LLC; David Louis Nichols; Huck Medical Technologies;

22            Run Wang, M.D.; and Richard B. Finger are jointly and severally

23            liable for a reasonable royalty of $2,886,022.00 for misappropriation

24            of a trade secret consisting of the incorporation of internal pockets or

25            voids of space within the silicone body of a cosmetic penile silicone

26            implant to add softness and elasticity;

27          b.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

28            Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

Urology, LLC; David Louis Nichols; Huck Medical Technologies;
Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B.
Finger are jointly and severally liable for a reasonable royalty of
$1,154,408.80 for misappropriation of a trade secret consisting of the
incorporation of mesh tabs embedded in or around the distal tip of a
cosmetic penile implant to facilitate tissue ingrowth;

c.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;
Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic
Urology, LLC; David Louis Nichols; Huck Medical Technologies;
Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B.
Finger are jointly and severally liable for a reasonable royalty of
$865,806.60 for misappropriation of the incorporation a trade secret
consisting of the use of absorbable sutures as part of the cosmetic
silicone penile implant procedure paired or in combination with
mesh tabs embedded in and around the distal tip of the implant to
hold the implant; and

d.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;
Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic
Urology, LLC; Hans Mische; Hans Mische, LLC; Run Wang, M.D.;
and Richard B. Finger are jointly and severally liable for a
reasonable royalty of $577,204.40 for misappropriation of the
incorporation a trade secret consisting of a particular list of
instruments and materials used to perform the surgical method
associated with the placement of a cosmetic penile implant referred
to as the Penuma Instrument and Supply List.

e.  Defendants are liable for prejudgment interest at a rate of 7%
pursuant to Cal. Civ. Code § 3287(c) accruing from March 30,

1    2018—the date the trade secrets were misappropriated—until the

2    date of entry of this Final Judgment.

3        3.  Defendants are liable to Plaintiff IMD for  exemplary damages for

4    willful and malicious trade secret misappropriation under CUTSA § 3426.3(c) as

5    follows:

6        a.   Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

7            Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

8            Urology, LLC; David Louis Nichols; Huck Medical Technologies;

9            Run Wang, M.D.; and Richard B. Finger are jointly and severally

10           liable for exemplary damages of $5,772,044 for willful and

11           malicious misappropriation of a trade secret consisting of the

12           incorporation of internal pockets or voids of space within the silicone

13           body of a cosmetic penile silicone implant to add softness and

14           elasticity;

15       b.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

16           Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

17           Urology, LLC; David Louis Nichols; Huck Medical Technologies;

18           Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B.

19           Finger are jointly and severally liable for exemplary damages of

20           $2,308,817.60 for the willful and malicious misappropriation of a

21           trade secret consisting of the incorporation of mesh tabs embedded in

22           or around the distal tip of a cosmetic penile implant to facilitate

23           tissue ingrowth;

24       c.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

25           Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

26           Urology, LLC; David Louis Nichols; Huck Medical Technologies;

27           Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B.

28           Finger are jointly and severally liable for exemplary damages of

1  $1,731,613.20 for the willful and malicious misappropriation of a
2  trade secret consisting of the use of absorbable sutures as part of the
3  cosmetic silicone penile implant procedure paired or in combination
4  with mesh tabs embedded in and around the distal tip of the implant
5  to hold the implant; and

6  d.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;
7  Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic
8  Urology, LLC; Hans Mische; Hans Mische, LLC; Run Wang, M.D.;
9  and Richard B. Finger are jointly and severally liable for exemplary
10  damages of $1,154,408.80 for the willful and malicious
11  misappropriation of a trade secret consisting of particular list of
12  instruments and materials used to perform the surgical method
13  associated with the placement of a cosmetic penile implant referred
14  to as the Penuma Instrument and Supply List.

15  4.  Defendant Robert Cornell is liable to Plaintiffs for breach of the Non-
16  Disclosure Agreement.  This finding supports an alternative basis for a reasonable
17  royalty award to Plaintiffs in the amount of $5,772,044 and against Defendant
18  Robert Cornell only.

19  5.  Defendants Robert Cornell and Robert J. Cornell M.D., P.A. are liable
20  to Plaintiff Menova for $1,000,000 in statutory damages for use of a counterfeit
21  mark under 15 U.S.C. § 1117(c)(2), plus prejudgment interest in accordance with 26
22  U.S.C. § 6621(a)(2), accruing from April 22, 2020—the date Defendants were
23  served with the original Complaint in this action—until the date of entry of this
24  Final Judgment.

25  6.  Defendants Robert Cornell, Hans Mische, and David Louis Nichols are
26  liable to Plaintiffs in the amount of $1,650 for copyright infringement under 17
27  U.S.C. § 501.

28

7.  Defendant Run Wang is liable to Plaintiffs for nominal damages in the amount of $1 for breach of contract.

8.  Defendants shall pay post judgment interest on any amounts due after 30 days of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

9.  The Court entered a Permanent Injunction at Dkt. No. 700.

10. Violation of the Permanent Injunction shall expose Defendants and all other persons bound by such permanent injunction to all applicable penalties, including sanctions and contempt of Court.

11. The lifting of the Permanent Injunction is conditioned upon full payment of the royalty and damages ordered in paragraphs 2-7 above.

12. This Court shall retain continuing jurisdiction to modify and/or enforce the Permanent Injunction, which may also be enforced by any other court of competent jurisdiction.

13. Pursuant to CUTSA § 3426.4 and 15 U.S.C. § 1117(a), Defendants may be liable for attorneys' fees and costs in an amount to be determined by motion or stipulation.  The Court retains jurisdiction to adjudicate any motion for reasonable attorneys' fees and costs.  To the extent the Parties are unable to stipulate to an award of attorneys' fees and costs, Plaintiffs' motion shall be brought within 28 days of entry of this Final Judgment.

14. The jury found by clear and convincing evidence that Defendants' '413 and '639 Patents are invalid.

**IT IS SO ORDERED.**

DATED: MAY 30, 2024

The Honorable Consuelo B. Marshall
United States District Judge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-03503-CBM-RAO | Date | January 16, 2025 |
|---|---|---|---|

| Title | *International Medical Devices, Inc. et al v. Robert Cornell et al* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF**

The matter before the Court is Defendants' ex parte application for leave to file a response to Plaintiffs' Supplemental Brief. (Dkt. No. 758.)  Plaintiffs oppose Defendants' application. (Dkt. No. 762.)  The Court finds that additional briefing on the issues already raised in the parties' previous briefs is not necessary, and thus ex parte relief is not warranted.  *See Great Am. Ins. Co. v. Berl*, 2017 WL 8180627, at *1 (C.D. Cal. Oct. 23, 2017) ("an argument is not 'new' when it is made in response to an issue raised in an earlier briefing").  Defendants' request is **DENIED**.

**IT IS SO ORDERED.**

00   :

Initials of Deputy Clerk   VRV

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| International Medical Devices, et al,<br><br>        Plaintiffs,<br>v.<br><br>Robert Cornell, MD, an individual, et al,<br><br>        Defendants. | Case No.: 2:20-cv-03503-CBM (RAOx)<br><br>**ORDER RE: DEFENDANTS'<br>MOTION FOR JUDGMENT AS A<br>MATTER OF LAW AND FOR NEW<br>TRIAL** |

The matter before the Court is Renewed Motion for Judgment as a Matter of Law and Motion for New Trial.  (Dkt. No. 716 ("Motion").)

## I.    BACKGROUND

This is a trade secrets case filed by Plaintiffs International Medical Devices, Inc., Menova International, Inc., and James Elist, MD against multiple Defendants.[1]  (Dkt. No. 578.)  The parties are familiar with the factual and procedural background of the case; therefore, the Court does not repeat the relevant facts herein.  On June

---

[1] Defendants are Robert Cornell, MD; Augmenta, LLC; Robert J. Cornell M.D., P.A.; Jonathan Clavell Hernandez, MD; Clavell Urology, PLLC; OAM LLC; Cornell Cosmetic Urology, LLC; David Louis Nichols; Huck Medical Technologies, Inc.; Hans Mische; Hans Mische, LLC; Run Wang, MD; RW Global Men's Health Consulting Services, PLLC; Richard B. Finger; and Lata Lignum LLC.  (Dkt. No. 578 at 4.)

13, 2024, Defendants filed the instant Motion, and on June 24, 2024, Defendants
filed an amended version of the Motion.  (Dkt. Nos. 713, 716.)

## II.    STATEMENT OF THE LAW

Federal Rule of Civil Procedure Rule 50(b) states that "[n]o later than 28 days
after the entry of judgment . . . the movant may file a renewed motion for judgment
as a matter of law and may include an alternative or joint request for a new trial
under Rule 59."  "A Rule 50(b) motion for judgment as a matter of law is not a
freestanding motion.  Rather, it is a renewed Rule 50(a) motion." *E.E.O.C. v. Go
Daddy Software, Inc.*, 581 F.3d 951, 961 (9th Cir. 2009).  "Thus, a party cannot
properly raise arguments in its post-trial motion for judgment as a matter of law
under Rule 50(b) that it did not raise in its preverdict Rule 50(a) motion." *Id*.
(internal quotations omitted).  Relief is proper if "a party has been fully heard on an
issue, and there is no legally sufficient evidentiary basis for a reasonable jury to find
for that party on that issue." *Reeves*, 530 U.S. at 149.  "[T]he court must draw all
reasonable inferences in favor of the nonmoving party, and it may not make
credibility determinations or weigh the evidence." *Id*. at 150.  And "although the
court should review the record as a whole, it must disregard all evidence favorable
to the moving party that the jury is not required to believe." *Id*. at 151.

Rule 59(a) states, "[a] new trial may be granted ... in an action in which there
has been a trial by jury, for any of the reasons for which new trials have heretofore
been granted in actions at law in the courts of the United States." Rule 59 authorizes
the district courts to grant a motion for new trial "on all or some of the issues ...
after a jury trial, for any reason for which a new trial has heretofore been granted in
an action at law in federal court."  Fed. R. Civ. P. 59(a)(1)(A).  The Ninth Circuit
has applied Rule 59 to permit a new trial "if the verdict is contrary to the clear
weight of the evidence, is based upon false or perjurious evidence, or to prevent a
miscarriage of justice." *Molski v. M.J. Cable, Inc*., 481 F.3d 724, 729 (9th Cir.
2007) (internal citation omitted).

1          **III.    DISCUSSION**

2  **A.    Trade Secret Misappropriation**

3          *1.    Secrecy*

4          The CUTSA defines "trade secret" as "information, including a formula,

5  pattern, compilation, program, device, method, technique, or process, that: (1)

6  [d]erives independent economic value, actual or potential, from not being generally

7  known to the public or to other persons who can obtain economic value from its

8  disclosure or use; and (2) [i]s the subject of efforts that are reasonable under the

9  circumstances to maintain its secrecy." Cal. Civ. Code § 3426.1(d). "The secrecy

10  requirement is generally treated as a relative concept and requires a fact-intensive

11  analysis." *DVD Copy Control Assn., Inc. v. Bunner*, 116 Cal. App. 4th 241, 251

12  (2004). "[T]he value of a trade secret arises from its secrecy and the ability to

13  control whether, how and to whom it is disclosed," not from their novelty.

14  *BladeRoom Grp. Ltd. v. Facebook, Inc.*, 2018 WL 452111, at *3 (N.D. Cal. Jan. 17,

15  2018) (citing *Bunner*).

16          Defendants contend that Plaintiffs failed to introduce sufficient evidence that

17  the alleged four trade secrets were secret, that they derived "independent economic

18  value from secrecy," and that Plaintiffs "used reasonable efforts to maintain its

19  secrecy." (Mot. at 7.)

20          a)    Not generally known

21          The four trade secrets at issue here are: (1) the incorporation of internal

22  pockets or voids of space within the silicone body of a cosmetic penile silicone

23  implant to add softness and elasticity; (2) the incorporation of mesh tabs embedded

24  in or around the distal tip of a cosmetic penile implant to facilitate tissue ingrowth;

25  (3) the use of absorbable sutures as part of the cosmetic silicone penile implant

26  procedure paired or in combination with mesh tabs embedded in and around the

27  distal tip of the implant to hold the implant; and (4) a particular list of instruments

28  and materials used to perform the surgical method associated with the placement of

1    a cosmetic penile implant referred to as the Penuma Instrument and Supply List.

2    Plaintiffs introduced evidence that each of the four trade secrets was not generally

3    known in 2018.[2]

4              b)    Reasonable steps to protect trade secrets

5         "'Reasonable efforts' can include advising employees of the existence of a

6    trade secret, limiting access to the information on a 'need to know basis,' requiring

7    employees to sign confidentiality agreements, and keeping secret documents under

8    lock." *Religious Tech. Ctr. v. Netcom On-Line Commc'n Servs., Inc.*, 923 F. Supp.

9    1231, 1253 (N.D. Cal. 1995) (citations omitted).  In *Religious Tech*, the district court

10   found reasonable steps were taken, including "use of locked cabinets, safes, logging

11   and identification of the materials, availability of the materials at only a handful of

12   sites worldwide . . . and confidentiality agreements for all of those given access to

13   the materials." *Id*. at 1254.  Plaintiffs introduced evidence at trial of the reasonable

14   steps they took to protect their trade secrets.[3]

15

16

17

18   [2] (*See* Trial Tr. at 1182:18-1183:1, 1184:7-10, 820:17-822:24, 1591:3-1592:17,
19   1596:8-1597:12, 1658:15-24, 1660:1-1661:22 (testimony showing that internal
     pockets/voids within implant was not generally known); *id*. at 1591:10-25, 1415:14-
20   1418:3, 1419:9-1420:17, 1651:18-1652:7, 1653:5-1655-4, 1657:11-1658:1,
21   1671:7-1673:14, 1673:15-1674:19, 1655:24-1657:10 (testimony showing that mesh
     tabs around distal tip of implant was not generally known); *id*. at 1555:9-15, 1419:9-
22   1420:17 (testimony that mesh tabs around distal tip in combination with absorbable
23   sutures was not generally known); *id*. at 1678:3-1679:18, 1709:13-16 (testimony
     that the Penuma instrument and supply list was not generally known).
24   [3] (*See* Trial Tr. at 1780:21-1783:21 (testimony from Jonathan Elist describing steps
25   Plaintiffs took to keep information confidential); *id*. at 1778:11-17, 1784:20-1785:5
     (testimony regarding why IMD requires visiting surgeons sign an NDA and how
26   IMD conducts its trade secret audits to make sure all measures to protect trade
27   secrets "are in use and that they continue to be effective measures"); Ex. 86 (image
     of cabinet labeled "CONFIDENTIAL AND SENSITIVE, AUTHORIZED IMD
28   PERSONNEL ONLY").

4

c)    <u>Independent economic value</u>

"To have independent economic value, a trade secret must be 'sufficiently valuable and secret to afford an actual or potential economic advantage over others.'" *Calendar Rsch. LLC v. StubHub, Inc.*, <u>2017 WL 10378336</u>, at \*3 (C.D. Cal. Aug. 16, 2017) (quoting *Yield Dynamics, Inc. v. TEA Sys. Corp.*, <u>154 Cal. App. 4th 547, 564</u> (2007). "Independent economic value can be shown by circumstantial evidence of the resources invested in producing the information, the precautions taken to protect its secrecy, and the willingness of others to pay for its access." *Id*. Moreover, "information can have independent economic value even if there is no actual product on the market utilizing the information. *Id*. "The standard to show that trade secrets derive economic value is not a high standard." *Id*. Plaintiffs introduced evidence establishing the trade secrets had economic value.[4]  *See Calendar Rsch.*, <u>2017 WL 10378336</u> at \*4 (noting that creation and development of products "would be less profitable without the expedited and simplified development processes inherent in these trade secrets").

Accordingly, there was evidence supporting that the four trade secrets were indeed secret, and judgment as a matter of law on this basis is not warranted. Similarly, Defendants have not identified evidence[5] that shows the clear weight of all the evidence was contrary to the jury verdict.  Thus, a new trial is not warranted

---

[4] (*See* Trial Tr. at 1787:18-22, 1792:18-1794:13 (testimony from Jonathan Elist regarding value of trade secrets); *id*. at 1677:2-1678:2 (expert testimony that instrument list was valuable); *id*. at 1778:11-17, 1780:21-1783:21, 1784:20-1785:5, Ex 436 (testimony and exhibit describing steps taken to protect trade secrets); *id*. at 1075:1-21, Ex. 76 (Offering Memorandum for Augmenta Investors LLC indicating value of Augmenta product); *id*. at 1271:12-1279:23, Exs. 29 ('413 Patent), 78 ('639 Patent) (testimony and exhibits regarding the two patents Cornell obtained using the trade secrets).

[5] (*See* Trial Tr. at 334:21-335:4, 414:25-415:2 (evidence merely showing that general use of mesh for ingrowth and voids/internal pockets in a medical device is not a trade secret, not that Plaintiffs' contemplated use of those items in a penile implant was not a trade secret); 334:7-9, 1704:21-22 (evidence only indicates that the trade secret alleged is not the absorbable sutures itself).)

1    on this basis either.

2        2.    *Each Defendant's Misappropriation*

3        Defendants contend that Plaintiffs "failed to introduce evidence" establishing

4    "that each Defendant, individually, misappropriated any of [Plaintiffs'] four alleged

5    trade secrets" because there was no evidence that each Defendant acquired the trade

6    secrets "by improper means," no evidence that any Defendant other than Cornell

7    "acquired knowledge of a trade secret under circumstances giving rise to a duty to

8    maintain its secrecy or limit its use," and no evidence that any Defendants other

9    than Cornell "used or disclosed any trade secret with knowledge that it was derived

10    from or through a person who owed a duty to Plaintiff[s] to maintain its secrecy or

11    limit its use."  (Mot. at 12–16.)

12        The CUTSA defines "misappropriation" to mean:

13    (1) Acquisition of a trade secret of another by a person who knows or
14    has reason to know that the trade secret was acquired by improper
     means; or
15
     (2) Disclosure or use of a trade secret of another without express or
16    implied consent by a person who:
17        (A) Used improper means to acquire knowledge of the trade secret;
         or
18        (B) At the time of disclosure or use, knew or had reason to know
19        that his or her knowledge of the trade secret was:
             (i) Derived from or through a person who had utilized improper
20            means to acquire it;
21            (ii) Acquired under circumstances giving rise to a duty to
             maintain its secrecy or limit its use; or
22            (iii) Derived from or through a person who owed a duty to the
             person seeking relief to maintain its secrecy or limit its use; or
23        (C) Before a material change of his or her position, knew or had
24        reason to know that it was a trade secret and that knowledge of it
         had been acquired by accident or mistake.
25
26    Cal. Civ. Code 3426.1(b).  The CUTSA also states that "improper means":

27    "includes theft, bribery, misrepresentation, breach or inducement of a
     breach of a duty to maintain secrecy, or espionage through electronic
28    or other means.  Reverse engineering or independent derivation alone

6

1    shall not be considered improper means.”

2    Cal. Civ. Code 3426.1(a).

3           a)    Cornell

4           The evidence at trial demonstrated that Cornell acquired the trade secrets

5    when he attended the Penuma training session, that the NDA gave rise to a duty to

6    maintain the secrecy of the information, that Cornell knew the NDA required him

7    to maintain secrecy, and that he used those trade secrets in developing Augmenta.[6]

8    This is sufficient to establish misappropriation as to Cornell.  *See BladeRoom*, 2018

9    WL 452111 at *4 (“The court reiterates that a violation of CUTSA may occur when

10   trade secrets are disclosed in violation of a contractual duty to maintain

11   confidentiality”).[7]  Second, the CUTSA explicitly lists breach of a duty to maintain

12   secrecy as “improper means.”  Even if Cornell did not use his breach of the NDA

13   to *acquire* the information, signing the NDA to acquire the trade secrets only to

14   breach the NDA later can also constitute “improper means.”    There was

15   circumstantial evidence indicating that when Cornell signed the NDA, he did not

16   intend to keep the trade secrets confidential, but instead was there to learn

17   information he could use to develop a competing implant product.[8]  Therefore, there

18   was evidence supporting Cornell’s liability under either section 3426.1(b)(2)(A) or

19   3426.1(b)(2)(B)(ii), and judgment as a matter of law is not warranted.  Nor is a new

20

21   [6] *See* Exs. 29, 78 (trade secrets incorporated into ‘413 and ‘639 patents).

22   [7] It is unclear why Defendants argue that Plaintiffs must show the Defendants each acquired the trade secrets by “improper means” when the statute provides for
23   multiple ways of misappropriation, some referencing “improper means” and some not.  Note, however, that in the Final Pretrial Conference Order, the parties agreed
24   that one of the elements necessary to establish a trade secret claim is “Defendants acquired, used, or disclosed Plaintiffs’ trade secrets through improper means.”  The
25   parties adopted this language from CACI 4401.  (Dkt. No. 578 at 12.)
26   [8] *See* Exs. 20 (document incorporating trade secrets into a plan for developing
27   Augmenta weeks after signing NDA); 212 (email from Cornell to Mische asking if the NDA required Cornell to stay “under the radar on the patent”); 1605:2-1607:14
28   (testimony regarding Cornell’s questions and behavior during Penuma training).

trial warranted, as the clear weight of the evidence is not contrary to the jury verdict as to Cornell's misappropriation.  (*See* Dkt. No. 649.)

  a) Other defendants

  Plaintiffs argue that the other Defendants "induced Cornell to breach the NDA and thus themselves acquired the trade secrets by improper means." (Opp. at 17.)  This argument is tenuous.  "To induce means to 'bring on or about, to affect, cause, to influence to an actor or course of conduct, lead by persuasion or reasoning, incite by motives, prevail on.'"  *In re Qualcomm Litig.*, 2019 WL 13159816, at *9 (S.D. Cal. Mar. 14, 2019) (quoting Black's Law Dictionary 775 (6th ed. 1990)).  None of the evidence cited by Plaintiffs reflects that these Defendants took any actions to "bring . . . about," cause, influence, or incite Cornell to share the trade secrets he learned from the training.  However, there *was* evidence to support that these Defendants knew or had reason to know that some of the trade secrets were "[d]erived from or through a person who had utilized improper means to acquire it" or "derived from . . . a person who owed a duty to the person seeking relief to maintain its secrecy or limit its use."  Cal. Civ. Code § 3426.1(b)(2)(B)(i) & (iii).

  First, the evidence showed that Defendants Mische and Nichols (and by extension, HMT) knew Cornell signed an NDA with IMD in connection with the Penuma training session.[9]  This evidence also showed that Cornell shared certain of the trade secrets with these Defendants to develop a competing product to Penuma.[10]  Thus, there was evidence supporting that Mische and Nichols (and HMT) had reason to know that these trade secrets were derived from a person (Cornell) who

---

[9] (*See* Trial Tr. at 972:13-974:22, 979:10-984:8 (testimony that Mische knew about the NDA); 1097:6-15 (testimony that Nichols knew about the NDA).)

[10] (*See* Trial Tr. at 984:4-986:16, 972:13- 974:22, Exs. 20, 213, 308 (testimony and exhibits showing Cornell shared trade secrets with Mische); 1100:2-25, 1113:3-1114:10, 1105:12-1107:11, Exs. 119, 123 (testimony and exhibits showing Cornell shared trade secrets with Nichols and HMT); Exs. 29, 78 (the '413 and '639 patents incorporating internal pockets, mesh tabs, and mesh tabs with absorbable sutures ideas and listing Cornell, Mische, and Nichols as inventors).)

owed a duty to Plaintiffs to maintain the secrecy of those ideas—Mische as to the mesh tabs, mesh tabs with absorbable sutures, and instrument list, and Nichols and HMT as to the internal pockets, mesh tabs, and mesh tabs with absorbable sutures.

Defendants argue that the jury "could not reasonably infer that any of the Defendants knew or had reason to know" that the information Cornell shared was in violation of the NDA from the evidence Plaintiffs cited. (Reply at 5.) But "[b]ecause direct evidence of misappropriation and misuse is not always available, plaintiffs can rely on circumstantial evidence to prove their case. [citation]. In most cases plaintiffs must construct a web of perhaps ambiguous circumstantial evidence from which the trier of fact may draw inferences which convince him that it is more probable than not that what plaintiffs allege happened did in fact take place." *Wisk Aero LLC v. Archer Aviation Inc.*, at *14 (N.D. Cal. June 9, 2023) (internal quotations and citation omitted). As for "disclosure or use" of the trade secrets, there was evidence that Defendants Mische and Nichols used the trade secrets in designing and developing Augmenta and by filing patents that incorporated the trade secrets.[11]

Second, there was evidence to support a reasonable inference that Finger had reason to know aspects of the Augmenta were derived from a person who owed a duty to Plaintiffs to maintain trade secrets.[12] Finger was aware Cornell attended the Penuma training and that Cornell built off what he learned at the training to develop the Augmenta. Evidence also showed that Finger was involved in the development of the implant with HMT. The Offering Memorandum, in which Finger was involved as CFO, showed that Augmenta Investors LLC was aware of the risk of litigation over the trade secrets at issue. A reasonable jury could conclude that (1) Finger was so involved in Augmenta that he would have been familiar with its

---

[11] (*See* Trial Tr. at 1088:1-10 (HMT hired to help develop Augmenta implant); Exs. 20, 29, 78, 119.)

[12] (*See* Trial Tr. at 1048:7-1049:1, 1097:6-15, 1044:22-1045:8; Exs. 206, 261, 324.)

1    product specifications, including the trade secrets, and (2) Finger knew Cornell

2    observed the Penuma procedure under an NDA and anticipated Elist might sue for

3    trade secret misappropriation, yet proceeded with developing Augmenta with

4    Cornell anyway.[13]

5        Third, there was evidence to support a reasonable inference that Wang had

6    reason to know aspects of the Augmenta were derived from a person (Cornell) who

7    owed a duty to maintain the secrecy of those ideas.  The evidence established that

8    Wang "was a member of IMD's advisory board" and had himself signed an NDA

9    with Plaintiffs.[14]  Wang also assisted Cornell in performing two cadaver surgeries

10   testing prototypes of Augmenta that incorporated the trade secrets.[15]  Based on this

11   evidence, a reasonable jury could conclude that, having signed an IMD NDA

12   himself, Wang had reason to know during the cadaver surgeries that Cornell was

13   utilizing the same trade secrets in the Augmenta that belonged to IMD.

14       Accordingly, judgment as a matter of law is not warranted on the basis that

15   there was no evidence of each Defendant's misappropriation.  As for a new trial,

16   Defendants have not shown that the clear weight of the evidence is contrary to the

17   jury verdict.  (*See* Dkt. No. 649.)

18       *3.    Harm*

19       Defendants contend that "IMD introduced no evidence" showing that the

20   misappropriation "harmed Plaintiffs or caused Defendants to be unjustly enriched."

21   (Mot. at 21.)  Defendants cite to nothing in support of this argument.  Jonathan Elist

22

---

23   [13] Defendants' argument that Finger could not have acquired the trade secrets
     because the technical information would be "incomprehensible" to him is
24   unavailing.  "Liability under CUTSA is not dependent on the defendant's
     'comprehension' of the trade secret"—rather, it requires only "knowledge" of the
25   secret.  *Silvaco Data Sys. v. Intel Corp.*, 184 Cal. App. 4th 210, 229 (2010), *as
     modified on denial of reh'g* (May 27, 2010), *disapproved of on other grounds by
26   Kwikset Corp. v. Superior Ct.*, 51 Cal. 4th 210, 229 (2011).
27
     [14] (*See* Trial Tr. at 885:10-888:4; Ex. 339.)
28   [15] (*See* Trial Tr. at 883:1-884:12, 924:1-6, 925:14-926:4.)

testified that Cornell's breach of the NDA "put our confidential concepts out into the world" such that "they're not protected anymore" and "the value is just destroyed," and that in addition, the concepts are "now in a patent precluding us from using our own ideas." (Trial Tr. at 1792:18-24.)   Elist also testified that because of Defendants' "use, unauthorized misappropriation of the plaintiffs' trade secret concepts, and the instrument list," Plaintiffs have been "extremely harmed" because they "lost something that was in development based on [Dr. Elist's] experience" and that "there is no ability to commercialize it at this point and have any modicum of protection around it." (Trial Tr. at 1793:5-14.)   Elist elaborated that the trade secrets, use of the Penuma mark "to syphon off patients," use of Plaintiffs' "copyright image to get a patent," "complete disregard" for the NDA, and the "idea of pretending to be one of our customers," particularly "just as we were starting to get going as a company," were instances of harm to Plaintiffs. (*Id*. at 1793:14-22.)   Thus, judgment as a matter of law on the basis that there was no evidence of harm is not warranted.   Nor is a new trial warranted, as Defendants have not shown that the clear weight of the evidence is contrary to the jury verdict.

\*                    \*                    \*

Accordingly, the Court denies the Motion as to the misappropriation claims.

## B.   Trademark Infringement

Defendants argue that Cornell and his medical practice (the "Cornell Defendants") are entitled to judgment as a matter of law or a new trial on the trademark infringement claim because Plaintiffs "offered no evidence of damages caused by" the Cornell Defendants' "use of the Penuma mark or evidence of profits attributable to their use of the Penuma mark." (Mot. at 22.)   That no damages stemmed from the infringement does not mean that no harm was suffered.   Jonathan Elist's testimony at trial indicated that Plaintiffs suffered harm.[16]   On this basis, the

---

[16] (*See* Trial Tr. at 1792:6-17 (in response to the question of how IMD has been harmed by the Cornell Defendants' unauthorized use of the Penuma mark, Jonathan

1  Court entered a permanent injunction with respect to the Penuma trademark. (Dkt.
2  No. 700 at 3.)

3         Defendants also argue that Menova did not introduce sufficient evidence as
4  to likelihood of customer confusion, a factor in the *Sleekcraft* test for trademark
5  infringement. (Mot. at 22–24.) The trial record reflects there was actual confusion
6  due to the trademark.[17] As for Defendants' request for a new trial, Defendants cite
7  to no evidence indicating the jury's finding was clearly wrong. Accordingly, the
8  Court denies the Motion as to the trademark infringement claim.

9  **C.    Counterfeit Mark**

10        Defendants contend that the Cornell Defendants are entitled to judgment as a
11 matter of law or a new trial on the counterfeit claim because Menova failed to
12 "establish evidence" that the mark used was a counterfeit mark, that the Cornell
13 Defendants knew the mark used was counterfeit, or that the use of the mark was
14 likely to confuse or deceive. (Mot. at 25–26.) Defendants also argue that Plaintiffs
15 fail to show use of the mark "in connection with the sale, offering for sale, or
16 distribution of goods." (Reply at 10.)

17        Evidence in the record demonstrated that the mark was counterfeit and
18 Cornell knew the mark was counterfeit (Cornell was not authorized to provide
19 Penuma, which he knew, and he used the mark "in anticipation of being credentialed
20 to provide" the implant), and that the use was likely to confuse (patients contacted
21 Plaintiffs and were under the impression Penuma was offered at Cornell's clinic).[18]

22 _____

23 Elist testified that "[i]t caused a lot of confusion in the marketplace" at a time "when
24 [Plaintiffs were] just starting to establish [themselves]" and "represented lost
   opportunities with patients.").)
25 [17] (*See* Trial Tr. at 1792:6-17; Ex. 94A (document logging inquiries received
   regarding Cornell offering the Penuma procedure and implant).)
26 [18] (*See* Trial Tr. at 1192:13-1195:16 (testimony by Cornell indicating the website
27 for Robert J. Cornell, M.D., PA displayed the Penuma mark, confirming that
   Cornell didn't provide the Penuma surgery at the time the website displayed the
28 mark, and confirming Cornell was not authorized to provide Penuma and that the

Contrary to Defendants' contentions, the evidence indicated that Cornell and his medical practice did "offer for sale" the Penuma implant (even if no actual sale or distribution occurred), as Penuma was advertised on the website. Defendants' alternative request for a new trial is unsupported by any evidence that clearly weighs against the jury verdict on this claim. Accordingly, the Court denies the Motion as to the counterfeit mark claim.

**D.    Breach of Contract**

Defendants argue that Cornell is entitled to judgment as a matter of law or a new trial on the breach of contract claim because "[e]vidence at trial confirmed that some or all of the trade secrets alleged by Plaintiffs were publicly available, already known by Dr. Cornell, or otherwise generally known," and that therefore the information was not confidential "under the definition in the NDA." (Mot. at 26.)

As explained above, there was evidence in the record that Defendants misappropriated the four trade secrets, which necessarily also showed that the trade secrets were not generally known. The same evidence indicated that Cornell breached the NDA. Judgment as a matter of law on this claim is not warranted. The evidence similarly supports the jury verdict and a new trial is not warranted. Accordingly, the Court denies the Motion as to the breach of contract claim.

**E.    Patent Invalidation**

Defendants contend that Plaintiffs failed to prove the elements of their patent invalidity claims "by clear and convincing evidence" because there was no evidence the trade secrets "constituted the 'significant inventive' aspects of" the Augmenta

---

advertisement "was in anticipation of being credentialed to provide this product"); Ex. 24 (image of the website for Robert J. Cornell, M.D., PA advertising Cornell as a "Penuma Penile Enhancement Specialist"); Ex. 25 (June 25, 2018 cease-and-desist email from Jonathan Elist to Cornell); Ex. 511 (August 4-6, 2024 email correspondence between Jonathan Elist and Cornell regarding Elist "receiving some confusing inquiries from potential patients about Penuma being offered at your clinic" and Cornell confirming he would "request that" his marketing team "completely remove" references to Penuma).)

patents. (Reply at 11.) Defendants contend that the significant element in the '413 Patent was varying the pockets along the implant to achieve a gradient of elasticity, as described in Claim 1 of the patent. (*Id*. at 12 (citing to Ex. 29, the '413 Patent).) But evidence in the record indicates that the trade secrets at issue significantly contributed to other claims in the patents.[19]  The "clear weight" of this evidence does not indicate that the jury verdict on patent invalidity was wrong. Accordingly, neither judgment as a matter of law nor a new trial are warranted on this basis. The Court denies the Motion as to the patent invalidity claims.

## F.    New Trial Based on Claim Construction Question

Defendants argue that because "[m]uch of the dispute in this case concerned the meaning of the Augmenta patent and various prior-art patents and the Court "never construed the claims," the Court "erroneously treat[ed] the meaning of the claims as a question of fact for the jury (and a subject for expert testimony). (*Id*.) Plaintiffs argue that Defendants waived any claim construction argument because they raised no such objections previously, and in fact "consistently took the position the jury must decide . . . who invented the claims of [the patents]." (Opp. at 25–26.)[20]

Defendants previously did not object to the lack of claim construction, and in fact took the position that these issues should be decided by the jury. They cannot

---

[19] (*See* Trial Tr. at 328:15-23, 334:16-335:4 (Dr. Elist testified that he conceived of the use of internal pockets to make Penuma softer and more flexible); 335:11-337:1 (Dr. Elist planned to incorporate mesh at or around the distal tip to secure the implant in place, which could be used in combination with absorbable sutures); 1789:21-1791:11 (Defendants used the design concept trade secrets Cornell obtained during the Penuma training to obtain the '413 Patent and the '639 Patent); Exs. 29, 78 (Claims 1-10 of the '413 Patent and claims 1, and 13-17 of the '639 Patent based on Plaintiffs' internal pockets concept); Ex. 29 (Claims 11-15 of the '413 Patent based on Plaintiffs' design concepts for mesh tabs and absorbable sutures).)

[20] Plaintiffs also note that "Defendants argued in a bench brief that 'the question of inventorship must be submitted to the jury under the Seventh Amendment.'" (*Id*.)

1  now argue the opposite. *See New Hampshire v. Maine*, 532 U.S. 742, 749 (2001)

2  ("[W]here a party assumes a certain position in a legal proceeding, and succeeds in

3  maintaining that position, he may not thereafter, simply because his interests have

4  changed, assume a contrary position"). In any case, "the determination of secrecy

5  under the UTSA is not the same as the PTO's decision whether an invention is

6  obvious in view of the prior art," and this question of whether patent applications

7  or prior art made information generally known is a "fact-intensive question" for the

8  jury. *SkinMedica, Inc. v. Histogen Inc.,* 869 F. Supp. 2d 1176, 1195 (S.D. Cal.

9  2012). Accordingly, the Court denies the Motion for a new trial on this ground.

## IV.  CONCLUSION

Accordingly, the Court **DENIES** Defendants' Motion.

**IT IS SO ORDERED.**

DATED: March 14, 2025.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

15

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| International Medical Devices, et al, | Case No.: 2:20-cv-03503-CBM (RAOx) |
|---|---|
| Plaintiffs, | **ORDER RE: DEFENDANTS'** |
| v. | **MOTION FOR AMENDED OR** |
| Robert Cornell, MD, an individual, et al, | **ADDITIONAL FINDINGS, AND TO** |
| | **ALTER OR AMEND** |
| Defendants. | |

1    The matter before the Court is Motion for Amended or Additional Findings,

2    and to Alter or Amend, under <u>Federal Rules of Civil Procedure 52(a)</u> and 59(e).

3    (<u>Dkt. No. 715</u> ("Motion").)

## I.     BACKGROUND

5    This is a trade secrets case filed by Plaintiffs International Medical Devices,

6    Inc., Menova International, Inc., and James Elist, MD against multiple Defendants.[1]

7    (<u>Dkt. No. 578</u>.)  The parties are familiar with the factual and procedural background

8    of the case; therefore, the Court does not repeat the relevant facts herein.  On June

9    13, 2024, Defendants filed the instant Motion, and on June 24, 2024, Defendants

10   filed an amended version of the Motion.  (Dkt. Nos. 712, 715.)

## II.     STATEMENT OF THE LAW

12   <u>Federal Rule of Civil Procedure 52(a)</u> states that "[i]n an action tried on the

13   facts without a jury or with an advisory jury, the court must find the facts specially

14   and state its conclusions of law separately.  The findings and conclusions may be

15   stated on the record after the close of the evidence or may appear in an opinion or a

16   memorandum of decision filed by the court."

17   <u>Federal Rule of Civil Procedure 59(e)</u> states that a "motion to alter or amend

18   a judgment must be filed no later than 28 days after the entry of judgment."  "To

19   alter or amend the judgment requires a substantive change of mind by the court."

20   *Id.* (internal quotations, ellipses, and brackets omitted).  *United States ex rel.*

21   *Hoggett v. Univ. of Phoenix*, <u>863 F.3d 1105, 1108</u> (9th Cir. 2017) (internal

22   quotations and brackets omitted).  Thus, "amending a judgment after its entry

23   remains an extraordinary remedy which should be used sparingly." *Allstate Ins. Co.*

---

25   [1] Defendants are Robert Cornell, MD; Augmenta, LLC; Robert J. Cornell M.D.,

26   P.A.; Jonathan Clavell Hernandez, MD; Clavell Urology, PLLC; OAM LLC;
     Cornell Cosmetic Urology, LLC; David Louis Nichols; Huck Medical

27   Technologies, Inc.; Hans Mische; Hans Mische, LLC; Run Wang, MD; RW Global
     Men's Health Consulting Services, PLLC; Richard B. Finger; and Lata Lignum

28   LLC.  (<u>Dkt. No. 578 at 4</u>.)

*v. Herron*, 634 F.3d 1101, 1111 (9th Cir. 2011). "In general, there are four basic grounds upon which a Rule 59(e) motion may be granted: (1) if such motion is necessary to correct manifest errors of law or fact upon which the judgment rests; (2) if such motion is necessary to present newly discovered or previously unavailable evidence; (3) if such motion is necessary to prevent manifest injustice; or (4) if the amendment is justified by an intervening change in controlling law." *Id*. "A court considering a Rule 59(e) motion is not limited merely to these four situations, however." *Id*. "Since specific grounds for a motion to amend or alter are not listed in the rule, the district court enjoys considerable discretion in granting or denying the motion." *Id*.

## III.   DISCUSSION

### A.   Failure to Comply with Rule 52(a)

Defendants argue that the Court "failed to provide the necessary findings of fact to support" the compensatory and exemplary damages and permanent injunction it ordered. (Mot. at 6.)

In the Court's Order re Plaintiffs' Post-Trial Motion for Award, the Court included a section titled "The Court's Findings re Reasonably Royalty" which set forth the facts upon which the Court found a reasonably royalty of $5,772,044. (Dkt. No. 698 at 12–13 (citing Trial Ex. 6-020; Trial Tr. 1190:21-1191:8; Trial Exs. 29, 78).) Based on these facts, the Court found that "the nature and extent of Defendants' use of IMD's trade secrets weighs in favor of a reasonable royalty higher than that proposed by Dr. Hatch [Defendants' expert witness]," and adopted Mr. Arst's approach to finding reasonable royalties instead. (*Id*.) The Court also explained its reasoning in calculating the royalty award using Mr. Arst's calculations. (*Id*. at 13.) Finally, the Court found "the conduct in which the Defendants engaged amounted to a willful and malicious misappropriation," which was the basis for the Court's award of exemplary damages. *See* Cal. Civ. Code § 3426.3(c).

1    Thus, the Court properly analyzed and made factual findings regarding the

2    nature of the misconduct and the amount of compensatory damages.  The Court did

3    not make any findings as to Defendants' financial condition, but, as Plaintiffs

4    explain, this "was not considered by the Court because the Parties stipulated at the

5    October 25, 2023 post-trial hearing that neither side would offer evidence of

6    Defendants' net worth, and that Defendants would not challenge an exemplary

7    damages award for such lack of evidence."  (Opp. at 24.)  The transcript of the

8    October 25, 2023 evidentiary hearing confirms this:

9
> The parties agree that neither side will offer or be required to offer any

10
> evidence of net worth for Dr. Robert Cornell, Richard Finger, Robert J.
> Cornell, M.D., PA, Cornell Cosmetic Urology, LLC, Augmenta, LLC,

11
> or Augmenta Investors, LLC.  Defendants agree that, should the Court

12
> make an award of any exemplary damages against Dr. Robert Cornell,

13
> Richard Finger, Robert J. Cornell, M.D., PA, Cornell Cosmetic
> Urology, LLC, Augmenta, LLC, or Augmenta Investors, LLC,

14
> defendants will not challenge such finding on the basis that plaintiffs

15
> did not adduce any evidence of net worth for Dr. Robert Cornell,
> Richard Finger, Robert J. Cornell, M.D., PA, Cornell Cosmetics

16
> Urology, LLC, Augmenta, LLC, or Augmenta Investors, LLC.

17
> Defendants further agree not to challenge on appeal any such
> exemplary damages award on the basis that there is no evidence of net

18
> worth.

19    (Dkt. No. 733-3 ("Evid. Hearing Tr.") at 247:14-248:8.)

20    The Court's Order re Plaintiffs' Post-Trial Motion for Award sufficiently

21    details how the Court calculated the award such that an appellate court can

22    "adequately resolve objections raised regarding validity of an award."  *Simeonoff v.*

23    *Hiner*, 249 F.3d 883, 891–92 (9th Cir. 2001) (rejecting appellant's Rule 52(a)

24    challenge because his arguments "are merely observations that the district court's

25    award for past and future economic damages are lump sum awards" and "[l]ump

26    sum damage awards are not per se insufficient under Rule 52(a)").  Accordingly,

27    the Court's ruling complied with Rule 52(a).

28

**B.    Compensatory Damages**

Defendants contend that the Court "offered an inadequate reasoning for" adopting Plaintiffs' expert Mr. Arst's model for calculating reasonable royalties over Defendants' expert Dr. Hatch's model.  (Mot. at 9.)  Defendants contend that the Court should "reconsider its findings regarding the award of compensatory damages" because '[t]here are several critical deficiencies in Mr. Arst's opinion." (*Id.*)  Defendants essentially attempt to re-litigate issues regarding the validity of Arst's expert opinion that the Court has already ruled on multiple times.[2]  These arguments are no more convincing on the third try.[3]  The fact that there were no sales of the Augmenta product and the preliminary injunction in this case barred Defendants from profiting off Agumenta does not preclude an award of reasonable royalties.[4]  *See Atl. Inertial Sys. Inc. v. Condor Pac. Indus. of California, Inc.*, 2015 WL 3825318, at *5 (C.D. Cal. June 18, 2015) ("section 3426.3(b) permits a royalty award even where a defendant was not found as a matter of fact to have profited

---

[2] (*See* Dkt. Nos. 539 (finding Arst's reliance on statements by Dr. Elist and Mr. Elist sufficient, his apportionment of value attributable to the trade secrets proper, and his reliance on the October 2018 projection sufficient); 698 (noting Dr. Hatch's criticisms of Arst's model and finding that the "nature and extent of Defendants' use of IMD's trade secrets weighs in favor" of adopting Arst's model rather than Hatch's).)

[3] Defendants' cites to *LaserDynamics, Inc. v. Quanta Computer, Inc.*, 694 F.3d 51, 69 (Fed. Cir. 2012) and *LinkCo, Inc. v. Fujitsu Ltd*, 232 F. Supp. 2d 182, 188–89 (S.D.N.Y. 2002) were already addressed by the Court in an earlier order (Dkt. No. 539 at 2) and are inapposite.  Defendants' cite to *Carborundum Co. v. Molten Metal Equip. Innovations, Inc.*, 72 F.3d 872, 882 (Fed. Cir. 1995) does not support its position that IMD can only seek damages for "past sales" and not "future sales"— the *Carborundum* court noted that because Metaullics "did not attempt to obtain damages for *future* repair parts sales" because of an injunction, Metaullics "was not fully compensated for the infringement because the damages award did not include future lost sales of repair parts for which Metaullics had established entitlement."

[4] *Sinclair Ref. Co. v. Jenkins Petroleum Process Co.*, does not state what Defendants contend it states—nothing in the case holds that use of projected sales in determining royalties is improper.  289 U.S. 689, 697 (1933).

1   from his misappropriation," "allowing misappropriators to gamble with other

2   people's trade secrets would undermine 'important standards of commercial

3   ethics,'" and "even if a defendant does not profit from a misappropriated trade

4   secret, he may nonetheless achieve non-pecuniary benefits from the secret")

5   (discussing *Ajaxo Inc. v. E\*Trade Fin. Corp.*, 187 Cal. App. 4th 1295 (2010)).

6         Defendants provide no evidence that there has been a "manifest error of law

7   or fact upon which the judgment rests," "newly discovered or previously

8   unavailable evidence," a "manifest injustice," or an "intervening change in

9   controlling law" that would warrant a "substantive change of mind by the Court"

10  on the compensatory damages awarded.  *Allstate*, 634 F.3d at 1111.  Accordingly,

11  amendment of findings on this basis is unwarranted.

12  **C.    Exemplary Damages**

13        Defendants contend that the Court erred in awarding exemplary damages for

14  trade secret misappropriation because (1) Plaintiffs "waived any right to recover

15  exemplary damages by omitting it from the Final Pretrial Order"; (2) whether

16  misappropriation was "willful and malicious" is an issue for the jury, not the Court;

17  (3) exemplary damages requires a finding that a "particular defendant" engaged in

18  willful and malicious appropriation; (4) a finding of willful misappropriation only

19  permits the Court to exercise discretion in awarding damages and does not

20  "automatically lead[]" to exemplary damages; and (5) joint and several liability is

21  inappropriate.  (Mot. a 12–18.)  Each of these arguments is addressed in turn below.

22        *1.    Waiver of Right to Exemplary Damages*

23        Defendants contend that Plaintiffs waived their right to recover exemplary

24  damages because they omitted it from the Final Pretrial Order, and that because the

25  Final Pretrial Order "supersedes the pleadings and governs the course of the trial of

26  this cause," Plaintiffs forfeited any claim for exemplary damages.  (Mot. at 12

27  (brackets omitted).)  This argument is not credible given the parties' stipulation

28  during the evidentiary hearing, in which Defendants made no mention that they

believed exemplary damages were waived altogether by way of the Final Pretrial
Conference Order and in fact acknowledged that the Court may make an award of
exemplary damages against Defendants.[5]    (*See* Evid. Hearing Tr. at 247:11-248:8
("Defendants agree that, should the Court make an award of any exemplary
damages against [Defendants] . . .").)    Therefore, this is not a basis for amending
the Court's findings on exemplary damages.

### 2.    *Willful and Malicious Determination*

Defendants contend that Plaintiffs also forfeited exemplary damages "by
failing to secure (or even request) a jury finding that any misappropriation was
willful and malicious" because this question is "a triable issue by a jury in federal
court." (Mot. at 13.)    Defendants contend that under federal patent law (section
284), there is a right to a jury trial on the question of willfulness—therefore, there
is also a right to jury trial on the question of willful and malicious misappropriation
under the CUTSA, and the Court "violate[d] Defendants' rights to a jury trial under
the Seventh Amendment" by deciding the issue itself.    (*Id*.)    Defendants contend
that Ninth Circuit precedent is not controlling because "[t]his case will be decided
on appeal by the Federal Circuit," which holds that the willfulness question "must

---

[5] The cases cited by Defendants are inapposite, and none held that exemplary
damages are forfeited when not included in the final pretrial conference order.    *See
Rockwell Int'l*, 549 U.S. at 474 (discussing final pretrial order precluding claims);
*S. California Retail Clerks Union & Food Emps. Joint Pension Tr. Fund v.
Bjorklund*, 728 F.2d 1262, 1264 (9th Cir. 1984) (finding defendant failed to preserve
"the issue of whether Warren was acting as an agent of the plaintiff Trust Funds");
*Eagle v. American Telephone and Telegraph Co.*, 769 F.2d 541, 548 (9th Cir. 1985)
(finding pretrial conference order precluded plaintiff from raising a new *theory* of
damages); *Lisle Corp. v. A.J. Mfg. Co.*, 398 F.3d 1306, 1317 (Fed. Cir. 2005)
(finding defendant waived affirmative defenses that were not included in the final
pretrial order); *Arriaga v. Logix Fed. Credit Union*, 2022 WL 3098495 (C.D. Cal.
Apr. 22, 2022) (same); *Asfall v. Los Angeles Unified Sch. Dist.*, 2020 WL 2951920
(C.D. Cal. Feb. 11, 2020) (finding it would prejudice defendant to allow plaintiff to
obtain injunctive relief when defendant "was not on notice that the adequacy of its
Title IX training program would be at issue").

1    be decided by the jury." (*Id*. at 8.)

2    　　　Defendants' argument is belied by the parties' stipulation prior to trial that

3    the Court, not the jury, would consider harm and appropriate damages for trade

4    secret liability (*see* Dkt. No. 599), and the parties' stipulation at the October 25,

5    2023 evidentiary hearing that acknowledged that the Court may award exemplary

6    damages.  If Defendants wished for the jury to determine whether conduct was

7    willful and malicious, they could have raised the issue before the Court excused the

8    jury.  They did not—consequently, the issue was not preserved for the jury.

9    　　　In any case, Ninth Circuit law appears to allow district courts to determine

10   whether misappropriation was willful and malicious.  The CUTSA states that "[i]f

11   willful and malicious misappropriation exists, the court may award exemplary

12   damages in an amount not exceeding twice any award made under subdivision (a)

13   or (b)."  Cal. Civ. Code § 3426.3(c).  CACI 4411 commentary states that "[n]o

14   reported California state court case has addressed whether the jury or the court

15   should decide whether any misappropriation was "willful and malicious."  *Yeti by*

16   *Molly, Ltd. v. Deckers Outdoor Corp*. involved the Montana Unfair Trade Practices

17   Act, not the CUTSA—but the MUTSA contains the same comment in the CUTSA

18   Defendants rely on to argue that the Court should find "willful and malicious

19   misappropriation" is a question for the jury.  259 F.3d 1101, 1112 (9th Cir. 2001)

20   (noting MUTSA's official commentary states the exemplary damages provision

21   "follows federal patent law in leaving discretionary trebling to the judge even

22   though there may be a jury").  Despite this commentary, the Ninth Circuit still

23   "reverse[d] the district court's refusal to consider plaintiff's motion for exemplary

24   damages and attorney's fees" and remanded to "allow the district court to make an

25   independent judgment about whether [the] misappropriation was 'willful and

26   malicious.'"  *Id*.

27   　　　Defendants' argument that this issue is governed by Federal Circuit law is

28   incorrect.  "The Federal Circuit applies its own law with respect to issues of

substantive patent law and certain procedural issues pertaining to patent law, but applies the law of our sister circuits to non-patent issues." *Rsch. Corp. Techs. v. Microsoft Corp.*, 536 F.3d 1247, 1255 (Fed. Cir. 2008).  In *Uroplasty, Inc. v. Advanced Uroscience, Inc.*, 239 F.3d 1277 (Fed. Cir. 2001), the Federal Circuit held that the plaintiff's "state law trade-secrets claim" was "not governed by federal patent law" because although the relevant "patent may be evidence in support of Uroplasty's allegations, [] the mere presence of the patent does not create a substantial issue of patent law." *Id*. at 1280; *see also Intellisoft, Ltd. v. Acer Am. Corp.*, 955 F.3d 927, 933 (Fed. Cir. 2020) ("We have made clear that a plaintiff's reliance on a patent as evidence to support its state law claims does not necessarily require resolution of a substantial patent question").  Thus, Ninth Circuit law applies here.[6]

Therefore, amendment of the findings on this basis is unwarranted.

### 3.    *Willfulness of Each Defendant*

Defendants contend that the "CUTSA allows for exemplary damages only against a particular defendant that engaged in willful and malicious appropriation," and that Plaintiffs needed but failed to "present evidence of . . . willful and malicious appropriation for each defendant separately for each trade secret."  (Mot. at 15.) But nothing in the CUTSA statutory provision states that there must be a finding of willful and malicious misappropriation as to each Defendant separately before imposing exemplary damages.  *See* Cal. Civ. Code § 3426.3(c).  The only case Defendants cite in support is an out-of-circuit case where the district court found that certain defendants' conduct did not "evince willfulness or malice" because "their motives were purely competitive, in the interest of acquiring a valuable new customer." *Advanced Fluid Sys., Inc. v. Huber*, 295 F. Supp. 3d 467, 494 (M.D. Pa. 2018).

---

[6] Defendants' cases from the Federal Circuit involved federal patent claims, not state trade secrets claims.

Under CACI 4411, "willful" conduct is where the defendant "acted with a purpose or willingness to commit the act or engage in the conduct in question, and the conduct was not reasonable under the circumstances at the time and was not undertaken in good faith." "Malicious" conduct is where a defendant "acted with an intent to cause injury, or that [defendant's] conduct was despicable and was done with a willful and knowing disregard for the rights of others." CACI 4411; *see also Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 579 U.S. 93, 103–04 (2016) ("[t]he sort of conduct warranting enhanced damages has been variously described in our cases as willful, wanton, malicious, bad-faith, deliberate, consciously wrongful, flagrant or . . . characteristic of a pirate."). Malice may be proven either expressly by direct evidence probative of the existence of ill-will, or by implication from indirect evidence. *Neal v. Farmers Ins. Exch.*, 21 Cal.3d 910, 923 n.6 (1978); *Ajaxo Inc. v. E\*Trade Grp., Inc.*, 135 Cal. App. 4th 21, 66–67 (2005).

The Court's Order Granting the Motion for Award cites to evidence supporting its finding of willful and malicious misappropriation as to each Defendant. (*See* Dkt. No. 698 at 13–14 (citing Trial Tr. 1254:1-25, 1061:20-1065:2; Trial Exs. 6, 14, 17, 206).) The direct and indirect evidence cited by Plaintiffs also support a finding of willfulness.[7] Based on this record, all Defendants (1) knew that

---

[7] (*See* Trial Tr. at 354:11-357:9, 1088:19-1097:9, 1605:24-1610:12, 1773:16-1779:25, Exs. 123, 308 (testimony and exhibits re Cornell's attendance at Penuma training session, taking notes "to document his theft" of trade secrets, and signing an NDA); 1254:1-25 (testimony regarding Cornell's correspondence with Mische); 1090:18-1091:20, 1100:2-25, Ex. 123 (testimony and exhibits regarding HMT's involvement with Augmenta); 1192:13-1195:16; Exs. 24, 25, 511, 531 (testimony and exhibits regarding Cornell's personal medical practice advertising and using Penuma trademark and maintaining a patient waiting list based on inquiries received from advertising); 1060:18-20, 1040:24-1042:7, 1043:19-22, 1048:21-1049:1, Exs. 206, 324 (testimony and exhibits related to Finger's involvement in Augmenta Investors and that Finger knew Cornell's Penuma training was covered by an NDA); Ex. 280 (email from Finger to Wang noting that Wang provided "invaluable design input" to Augmenta); Ex. 258 (flow chart of Augmenta Investors LLC organization).)

1    Cornell learned certain information during the Penuma training, and (2) aimed to

2    introduce a competing product into the market.   The evidence also indirectly

3    suggests that all Defendants knew the Penuma training was part of how Cornell

4    developed the technology for Augmenta.   Therefore, the Court's finding of willful

5    and malicious misappropriation was supported by evidence, and amendment of the

6    findings on this ground is unwarranted.

7        *4.*    *Discretion in Awarding Damages*

8        Defendants contend that the Court "erroneously impl[ied] that willful and

9    malicious misappropriation automatically leads to exemplary damages of twice the

10   compensatory damages." (Mot. at 16.)  Defendants' argument is unpersuasive for

11   the reasons addressed above.  The Court's Order addressed the nature and extent of

12   the misconduct and the amount of compensatory damages.  The third factor was not

13   addressed because the parties stipulated that they would not submit evidence related

14   to Defendants' net worth.  Further, nothing in the Order indicates that the Court

15   "automatically" applied exemplary damages after finding willful and malicious

16   misappropriation.    Therefore, amendment of the findings on this ground is

17   unwarranted.

18       *5.*    *Joint and Several Liability*

19       Finally, Defendants argue that joint and several liability for exemplary

20   damages is inappropriate and "has no basis in CUTSA," and that exemplary

21   damages "must be tailored to the specific situation of each individual actor." (Mot.

22   at 18.)  Nothing in the text of the CUTSA provision supports this position, and the

23   statute does not prohibit the Court from imposing joint and several liability.

24   Defendants' cited cases do not involve the CUTSA or trade secret misappropriation,

25   but rather stand for the general proposition that punitive damages must be tied to

26   the egregiousness of a defendant's conduct.[8]  In contrast, *Brocade Communications*

27   _____

28   [8] *See Magallanes v. Superior Ct.*, <u>167 Cal. App. 3d 878, 888</u> (Ct. App. 1985) (noting
     the "measure of that malice or oppression requires the determination of the state of

1  *Systems., Inc. V. A10 Networks, Inc.* addressed whether joint and several liability is

2  appropriate in the context of CUTSA and concluded that it is. <u>873 F. Supp. 2d 1192</u>

3  (N.D. Cal. 2012) *on reconsideration in part*, <u>2012 WL 12925716</u> (N.D. Cal. July 8,

4  2012).  Like here, the individual defendants in *Brocade* argued that "Brocade had

5  not established damages as against each of them to support a claim of trade secret

6  misappropriation." <u>873 F. Supp. 2d at 1217</u>.  The district court concluded that "the

7  rule allowing joint and several liability in trade secret misappropriation cases likely

8  survived the adoption of CUTSA."  *Id*. at 1218 (noting that "[c]ommentators on

9  trade secret law also suggest that, in general, liability for misappropriation claims is

10  joint and several").  Defendants do not cite any authority holding that liability for

11  exemplary damages should be treated differently than compensatory damages.

12  Therefore, amendment of the findings on this basis is unwarranted.

13  **D.    Permanent Injunction**

14         "A district court has considerable discretion in fashioning suitable relief and

15  defining the terms of an injunction.    Appellate review of those terms 'is

16  correspondingly narrow.'" *Lamb-Weston, Inc. v. McCain Foods, Ltd.*, <u>941 F.2d</u>

17  <u>970, 974</u> (9th Cir. 1991).  <u>California Civil Code section 3426.2(a)</u> states that "[u]pon

18  application to the court, an injunction shall be terminated when the trade secret has

19  ceased to exist, but the injunction may be continued for an additional period of time

20  in order to eliminate commercial advantage that otherwise would be derived from

21

22  ──────────────

   mind of the particular defendant while committing the alleged wrongful act"); *BMW*

23  *of N. Am., Inc. v. Gore*, <u>517 U.S. 559, 582</u> (1996) (holding a $2 million punitive

   damages award was "grossly excessive" when considering "the degree of

24  reprehensibility of the nondisclosure," that $2 million was "500 times the amount

   of [] actual harm as determined by the jury," and "the difference between this

25  remedy and the civil penalties authorized or imposed in comparable cases"); *State*

26  *Farm Mut. Auto. Ins. Co. v. Campbell*, <u>538 U.S. 408</u> (2003) (reversing judgment of

   Utah Supreme Court where "most relevant civil sanction under Utah state law for

27  the wrong done" was a $10,000 fine, "an amount dwarfed by the $145 million

28  punitive damages award").

the misappropriation." Therefore, the Court had discretion to enter an injunction in order to eliminate the commercial advantage Defendants would otherwise derive from their misappropriation.  The Court's Order Granting Permanent Injunction stated that the five-year limit is "the period of time during which IMD could have prohibited Dr. Cornell from using the trade secrets based on the duration of the [NDA] . . . signed on March 30, 2018." (Dkt. No. 699 at 6.) This is actually shorter than "it would have taken [the defendant], either by reverse engineering or by independent development, to develop [the product] legitimately without use of [plaintiff's] trade secrets." *Lamb-Weston*, 941 F.2d at 974.  The NDA would only have prevented Defendants from using the trade secrets to develop Augmenta for five years; instead, Cornell began developing the product only weeks after the Penuma training.  Therefore, the record reflects that the head start Defendants obtained was about five years.

Defendants raise the same arguments they raised in Defendants' Motion to Dissolve Paragraphs 1a-1b of Preliminary Injunction. (*See* Dkt. No. 666.) The Court already considered and found these arguments unpersuasive. (*See* Dkt. No. 699 (granting permanent injunction and denying Defendants' Motion to Dissolve).) Defendants provide no new arguments that warrant a different conclusion. Therefore, the Court finds that amendment of the permanent injunction is unwarranted.

## IV.  CONCLUSION

Accordingly, the Court **DENIES** Defendants' Motion.

**IT IS SO ORDERED.**

DATED:  March 14, 2025.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC.; et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ROBERT CORNELL, MD, an individual; et al.,<br><br>       Defendants. | Case No. 2:20-cv-03503-CBM (RAOx)<br><br>**ORDER RE PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER TO CORRECT AMENDED FINAL JUDGMENT [723]**<br><br>Judge: Hon. Consuelo B. Marshall |

Having considered Plaintiffs' *Ex Parte* Application for an Order correcting the Amended Final Judgment (the "Application"), and good cause appearing, the Court **GRANTS** the Application.  The dollar figures apportioned to each of the trade secrets in the royalty and exemplary damages portions of the Amended Final Judgment (Section 2.a-d and 3.a-d of Dkt. 708) shall be corrected based on the following tables:

Reasonable Royalty:

| Incorrect Trade Secret 1 | $2,886,022.00 | Corrected Trade Secret 1 | $3,037,917.90 |
|---|---|---|---|
| Incorrect Trade Secret 2 | $1,154,408.80 | Corrected Trade Secret 2 | $1,215,167.16 |
| Incorrect Trade Secret 3 | $865,806.60 | Corrected Trade Secret 3 | $911,375.36.00 |
| Incorrect Trade Secret 4 | $577,204.40 | Corrected Trade Secret 4 | $607,583.58 |

Exemplary Damages:

| Incorrect Trade Secret 1 | $5,772,044.00 | Corrected Trade Secret 1 | $6,075,835.79 |
|---|---|---|---|
| Incorrect Trade Secret 2 | $2,308,817.60 | Corrected Trade Secret 2 | $2,430,334.32 |
| Incorrect Trade Secret 3 | $1,731,613.20 | Corrected Trade Secret 3 | $1,822,750.74 |
| Incorrect Trade Secret 4 | $1,154,408.80 | Corrected Trade Secret 4 | $1,215,167.15 |

It Is So Ordered.

Dated: March 19, 2025

Hon. Consuelo B. Marshall
United States District Judge



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC. et al, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT CORNELL, M.D. ; ROBERT J. CORNELL, M.D., P.A. ; AUGMENTA, LLC ; AUGMENTA INVESTORS, LLC ; CORNELL COSMETIC UROLOGY, LLC ; DAVID LOUIS NICHOLS ; HUCK MEDICAL TECHNOLOGIES, INC. ; HANS MISCHE ; HANS MISCHE, LLC ; RUN WANG, M.D. ; and RICHARD B. FINGER, <br><br> Defendants. | Case No. 2:20-cv-03503-CBM (RAOx) <br><br> **CORRECTED AMENDED FINAL JUDGMENT** <br><br><br> Judge: Hon. Consuelo B. Marshall <br> Trial Date: June 6, 2023 |

1    In accordance with the jury's verdict in this matter (Dkt. 649) and the Court's

2  Orders on Plaintiffs International Medical Devices, Inc. ("IMD"); Menova

3  International, Inc. ("Menova"); and James Elist, M.D.'s (collectively, "Plaintiffs'")

4  Post-Trial Motion for Award of Reasonable Royalties, Disgorgement, Statutory

5  Damages, Prejudgment Interest, and Exemplary Damages (Dkt. 698) and Plaintiffs'

6  Motion for Injunctive Relief and Patent Invalidation (Dkt. 699), the Court, pursuant

7  to Federal Rule of Civil Procedure 58, enters this Corrected Amended Final

8  Judgment in favor of Plaintiffs and against Defendants Robert Cornell, M.D., Robert

9  J. Cornell, M.D., P.A.; Augmenta, LLC; Augmenta Investors, LLC; Cornell

10  Cosmetic Urology, LLC; David Louis Nichols; Huck Medical Technologies, Inc.;

11  Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B. Finger

12  (collectively, "Defendants") as follows:

13    It is hereby **ORDERED AND ADJUDGED** that:

14    1.   Judgment is hereby entered in favor of Plaintiffs and against

15  Defendants.

16    2.   Defendants are jointly and severally liable to Plaintiff IMD for

17  Misappropriation of Trade Secrets under the California Uniform Trade Secrets Act

18  ("CUTSA"), Cal. Civ. Code §§ 1836, *et seq.*, for a reasonable royalty as follows:

19      a.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

20         Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

21         Urology, LLC; David Louis Nichols; Huck Medical Technologies;

22         Run Wang, M.D.; and Richard B. Finger are jointly and severally

23         liable for a reasonable royalty of $3,037,917.90 for misappropriation

24         of a trade secret consisting of the incorporation of internal pockets or

25         voids of space within the silicone body of a cosmetic penile silicone

26         implant to add softness and elasticity;

27      b.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

28         Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

1

Urology, LLC; David Louis Nichols; Huck Medical Technologies; Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B. Finger are jointly and severally liable for a reasonable royalty of $1,215,167.16 for misappropriation of a trade secret consisting of the incorporation of mesh tabs embedded in or around the distal tip of a cosmetic penile implant to facilitate tissue ingrowth;

c. Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.; Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic Urology, LLC; David Louis Nichols; Huck Medical Technologies; Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B. Finger are jointly and severally liable for a reasonable royalty of $911,375.36 for misappropriation of the incorporation a trade secret consisting of the use of absorbable sutures as part of the cosmetic silicone penile implant procedure paired or in combination with mesh tabs embedded in and around the distal tip of the implant to hold the implant; and

d. Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.; Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic Urology, LLC; Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B. Finger are jointly and severally liable for a reasonable royalty of $607,583.58 for misappropriation of the incorporation a trade secret consisting of a particular list of instruments and materials used to perform the surgical method associated with the placement of a cosmetic penile implant referred to as the Penuma Instrument and Supply List.

e. Defendants are liable for prejudgment interest at a rate of 7% pursuant to Cal. Civ. Code § 3287(c) accruing from March 30, 2018—the date

1          the trade secrets were misappropriated—until the date of entry of this

2          Final Judgment.

3              3.    Defendants are liable to Plaintiff IMD for exemplary damages for

4    willful and malicious trade secret misappropriation under CUTSA § 3426.3(c) as

5    follows:

6              a.   Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

7          Augmenta, LLC; Augmenta Investors, LLC; Cornell

8          CosmeticUrology, LLC; David Louis Nichols; Huck Medical

9          Technologies; Run Wang, M.D.; and Richard B. Finger are jointly and

10         severally liable for exemplary damages of $6,075,835.79 for willful

11         and malicious misappropriation of a trade secret consisting of the

12         incorporation of internal pockets or voids of space within the silicone

13         body of a cosmetic penile silicone implant to add softness and

14         elasticity;

15             b.   Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

16         Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

17         Urology, LLC; David Louis Nichols; Huck Medical Technologies;

18         Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B.

19         Finger are jointly and severally liable for exemplary damages of

20         $2,430,334.32 for the willful and malicious misappropriation of a trade

21         secret consisting of the incorporation of mesh tabs embedded in or

22         around the distal tip of a cosmetic penile implant to facilitate tissue

23         ingrowth;

24             c.   Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

25         Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

26         Urology, LLC; David Louis Nichols; Huck Medical Technologies;

27         Hans Mische; Hans Mische, LLC; Run Wang, M.D.; and Richard B.

28         Finger are jointly and severally liable for exemplary damages of

3

1                $1,822,750.74 for the willful and malicious misappropriation of a trade

2                secret consisting of the use of absorbable sutures as part of the

3                cosmetic silicone penile implant procedure paired or in combination

4                with mesh tabs embedded in and around the distal tip of the implant to

5                hold the implant; and

6       d.  Defendants Robert Cornell, M.D.; Robert J. Cornell, M.D., P.A.;

7           Augmenta, LLC; Augmenta Investors, LLC; Cornell Cosmetic

8           Urology, LLC; Hans Mische; Hans Mische, LLC; Run Wang, M.D.;

9           and Richard B. Finger are jointly and severally liable for exemplary

10          damages of $1,215,167.15 for the willful and malicious

11          misappropriation of a trade secret consisting of particular list of

12          instruments and materials used to perform the surgical method

13          associated with the placement of a cosmetic penile implant referred to

14          as the Penuma Instrument and Supply List.

15     4.  Defendant Robert Cornell is liable to Plaintiffs for breach of the Non-

16 Disclosure Agreement. This finding supports an alternative basis for a reasonable

17 royalty award to Plaintiffs in the amount of $5,772,044 and against Defendant

18 Robert Cornell only.

19     5.  Defendants Robert Cornell and Robert J. Cornell M.D., P.A. are liable

20 to Plaintiff Menova for $1,000,000 in statutory damages for use of a counterfeit

21 mark under 15 U.S.C. § 1117(c)(2), plus prejudgment interest in accordance with 26

22 U.S.C. § 6621(a)(2), accruing from April 22, 2020—the date Defendants were

23 served with the original Complaint in this action—until the date of entry of this

24 Final Judgment.

25     6.  Defendants Robert Cornell, Hans Mische, and David Louis Nichols are

26 liable to Plaintiffs in the amount of $1,650 for copyright infringement under 17

27 U.S.C. § 501.

28

7.    Defendant Run Wang is liable to Plaintiffs for nominal damages in the amount of $1 for breach of contract.

8.    Defendants shall pay post judgment interest on any amounts due after 30 days of the entry of the Amended Final Judgment (Dkt. No. 708) pursuant to 28 U.S.C. § 1961.

9.    The Court entered a Permanent Injunction at Dkt. No. 700.

10.    Violation of the Permanent Injunction shall expose Defendants and all other persons bound by such permanent injunction to all applicable penalties, including sanctions and contempt of Court.

11.    The lifting of the Permanent Injunction is conditioned upon full payment of the royalty and damages ordered in paragraphs 2-7 above.

12.    This Court shall retain continuing jurisdiction to modify and/or enforce the Permanent Injunction, which may also be enforced by any other court of competent jurisdiction.

13.    Pursuant to CUTSA § 3426.4 and 15 U.S.C. § 1117(a), Defendants may be liable for attorneys' fees and costs in an amount to be determined by motion or stipulation. The Court retains jurisdiction to adjudicate any motion for reasonable attorneys' fees and costs. To the extent the Parties are unable to stipulate to an award of attorneys' fees and costs, Plaintiffs' motion shall be brought within 28 days of entry of this Final Judgment.

14.    The jury found by clear and convincing evidence that Defendants' '413 and '639 Patents are invalid.

**IT IS SO ORDERED.**

Dated: March 19, 2025          By: _____
                                        Honorable Consuelo B. Marshall
                                        United States District Judge