NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES ELIST,**
*Plaintiffs-Appellees*

v.

**ROBERT CORNELL, AUGMENTA, LLC, CORNELL COSMETIC UROLOGY LLC, DAVID LOUIS NICHOLS, HUCK MEDICAL TECHNOLOGIES INC., HANS MISCHE, HANS MISCHE LLC, RUN WANG, ROBERT J. CORNELL, M.D., P.A., RICHARD B. FINGER,**
*Defendants-Appellants*

**DOES, 1 THROUGH 10, INCLUSIVE,**
*Defendants*

2025-1580, 2025-1605

Appeals from the United States District Court for the Central District of California in No. 2:20-cv-03503-CBM-RAO, Senior Judge Consuelo Bland Marshall.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. Appellants' opening briefs are due May 27, 2025.

FOR THE COURT

April 24, 2025
Date

Jarrett B. Perlow
Clerk of Court