# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1580

**Short Case Caption:** International Medical Devices, Inc. v. Cornell

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

International Medical Devices, Inc., Menova International, Inc., James Elist

| | | |
|---|---|---|
| **Principal Counsel:** Nathan S. Mammen | | Admission Date: 12/14/2004 |
| Firm/Agency/Org.: Reichman Jorgensen Lehman & Feldberg LLP | | |
| Address: 1909 K Street NW, Suite 800, Washington, DC 20006 | | |
| Phone: 202-988-2827 | | Email: nmammen@reichmanjorgensen.com |
| **Other Counsel:** Ryan Baker | | Admission Date: 4/11/2025 |
| Firm/Agency/Org.: Waymaker LLP | | |
| Address: 515 Flower Street, Suite 3500, Los Angeles, CA 90071 | | |
| Phone: 424-652-7800 | | Email: rbaker@waymakerlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/4/26　　　　　　　Signature: /s/ Nathan S. Mammen

　　　　　　　　　　　　　Name: Nathan S. Mammen

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** May Chan | Admission Date: 2/28/2002 |
|---|---|
| Firm/Agency/Org.: Waymaker LLP | |
| Address: 515 Flower Street, Suite 3500, Los Angeles, CA 90071 | |
| Phone: 424-652-7800 | Email: mchan@waymakerlaw.com |
| **Other Counsel:** Cole T. Tipton | Admission Date: 9/26/2024 |
| Firm/Agency/Org.: Reichman Jorgensen Lehman & Feldberg LLP | |
| Address: 1909 K Street, NW, Suite 800, Washington, DC 20006 | |
| Phone: 650-623-5071 | Email: ctipton@reichmanjorgensen.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |