# United States Court of Appeals for the Federal Circuit

---

**INTERNATIONAL MEDICAL DEVICES, INC., MENOVA INTERNATIONAL, INC., JAMES ELIST,**
*Plaintiffs-Appellees*

**v.**

**ROBERT CORNELL, AUGMENTA, LLC, CORNELL COSMETIC UROLOGY LLC, DAVID LOUIS NICHOLS, HUCK MEDICAL TECHNOLOGIES INC., HANS MISCHE, HANS MISCHE LLC, RUN WANG, ROBERT J. CORNELL, M.D., P.A., RICHARD B. FINGER,**
*Defendants-Appellants*

**DOES, 1 through 10, inclusive,**
*Defendant*

---

2025-1580, 2025-1605

---

Appeals from the United States District Court for the Central District of California in No. 2:20-cv-03503-CBM-RAO, Senior Judge Consuelo Bland Marshall.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, REVERSED-IN-PART.**

FOR THE COURT

April 17, 2026
Date

Jarrett B. Perlow
Clerk of Court